UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
SECURITIES AND EXCHANGE COMMISSION,      :
                                         :        19cv5296(DLC)
                        Plaintiff,       :
                                         :        ORDER
        -v-                              :
                                         :
LONGFIN CORP. and VENKATA S. MEENAVALI,  :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  8|15|2019

DENISE COTE, District Judge:

Plaintiff obtained a certificate of default as to defendant

Longfin Corp. from the Clerk of Court on August 5, 2019.

Plaintiff has not, however, filed a motion for a default

judgment in accordance with this Court's individual practices.

Accordingly, it is hereby

ORDERED that plaintiff shall file a motion for a default

judgment by **August 23, 2019** or show cause why the claims against

defendant Longfin Corp. should not be dismissed pursuant to Rule

41, Fed. R. Civ. P., for failure to prosecute.


Dated:    New York, New York
          August 15, 2019

                              _____
                                      DENISE COTE
                              United States District Judge