**Stephan J. Schlegelmilch**
**Samantha M. Williams**
**Adam B. Gottlieb**
**SECURITIES AND EXCHANGE COMMISSION**
100 F Street, NE Washington, DC  20549
Tel.: (202) 551-4061 (Williams)

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------------x
:
:
**SECURITIES AND EXCHANGE COMMISSION,**  :
                       **Plaintiff,**  :
:
        – against –   :   1:19-cv-05296 (DLC)
:
**LONGFIN CORP., and**   :
**VENKATA S. MEENAVALLI,**   :
                     **Defendants.**  :
:
-----------------------------------------------------------------------------x

**[PROPOSED]**
**ORDER FOR ALTERNATIVE SERVICE ON DEFENDANT MEENAVALLI**

    This matter came before the Court on a Motion, filed by the Securities and Exchange Commission (the "SEC") pursuant to Fed. R. Civ. P. 4(f)(3), for an order authorizing alternative service of process on Defendant Venkata S. Meenavalli ("Meenavalli"), who purports to reside in the United Arab Emirates ("UAE"). The Court, having reviewed the Motion and being duly advised, hereby **GRANTS** the Motion.

    The Court hereby **FINDS** that service of process on Defendant Venkata S. Meenavalli via email at chairman@longfin.com and via Federal Express to BURJ 2000 Building, Flat No. 1338, Damas Tower, Rolla, Sharjah, UAE, are each reasonably calculated to give notice to Meenavalli; and it is further

**ORDERED** that the SEC is authorized to, and shall, undertake service on Meenavalli by the means specified above within ten (10) days of the issuance of this Order.

**SO ORDERED.**

Dated: _____                                      _____
                                                                                            DENISE L. COTE
                                                                                            United States District Judge