# EXHIBIT D

## KeyBank ☗⚷   Business/Public Entity Signature Card

| Account Number | Entity |
|---|---|
| ▮▮▮▮▮▮▮▮ | ☒ Corporation   ☐ Partnership |
| ☐ Multiple Accounts - Refer to Exhibit A | ☐ Sole Proprietorship   ☐ Trust |
| Legal Title of Account | ☐ Non-Profit   ☐ LLC |
| COLONIAL STOCK TRANSFER CO INC | ☐ Public Entity |
| ESCROW #10 | ☐ Organization/Association |

| Principal Business Address | | | |
|---|---|---|---|
| 66 E EXCHANGE PL | | | |

| City | State | ZIP Code | Telephone Number |
|---|---|---|---|
| SALT LAKE CITY | UT | 84111-2713 | (801) 355-5740 |

| Statement Mailing Address | City | State | ZIP Code |
|---|---|---|---|
| 66 E EXCHANGE PL | SALT LAKE CITY | UTAH | 84111-2713 |

| Signer's Name | Title | Signer's SSN / TIN | US Citizen (Y/N) | Signature |
|---|---|---|---|---|
| JASON R CARTER | VICE PRESIDENT SALES | ▮▮▮▮▮ | Y | ▮▮▮▮▮ |
| KATHLEEN CARTER | PRESIDENT | ▮▮▮▮▮ | Y | ▮▮▮▮▮ |
| DANIEL W CARTER | VICE PRESIDENT | ▮▮▮▮▮ | | ▮▮▮▮▮ |

*If this entity has additional Designated Signers enter Signer's information on page 3 and check here ☐*
By signing above, each signer authorizes KeyBank to obtain a consumer report for them individually. We may also report information about the Account to a consumer reporting agency.

By signing below, the client listed above ("Client") authorizes KeyBank National Association ("KeyBank"), at its discretion, to open and close one or more business or non-personal accounts owned by the Client with the same Account Title listed above and with the same Designated Signers listed above, and upon receipt of electronic, written or oral Instructions from the Client without obtaining an additional Signature Card ("Account" or "Accounts"). Accounts opened hereunder are listed above and on Exhibit A attached hereto and made a part hereof, as such Exhibit may be amended or supplemented by the Client from time to time. Addition of a new account to Exhibit A shall be effective only upon receipt by KeyBank of a new Exhibit A in a form acceptable to KeyBank in its sole discretion. The Client acknowledges and agrees that all Accounts opened under this Signature Card are governed by the terms and conditions of the Deposit Account Agreement and Funds Availability Policy ("Agreement") and Disclosures governing the Accounts. KeyBank may change the Agreement at any time. By signing below, Client acknowledges receipt of the Agreement and Disclosures.

The Client authorizes KeyBank to operate all current and future Accounts opened under this Signature Card. The authority to operate each Account includes: (i) to act upon instructions from any of the designated signers to deposit ,withdraw or transfer funds to or from any other accounts at the Bank when opening new accounts; (ii) to recognize and honor the signature of any of the designated signers on checks (if withdrawal by check is permitted) and withdrawal slips and honor any other electronic, written or oral requests for withdrawals or transfers of funds, including transfers to KeyBank or to third parties; and (iii) to act upon instructions from any Designated Signer for the transaction of any business on any Accounts (including to close accounts) covered by this Signature Card. KeyBank may rely on this authorization for the Accounts opened under this Signature Card until KeyBank receives written notice revoking the authorization and has reasonable time to act upon it. Until such notice is actually received, the authority conferred herein to the Designated Signers noted below shall remain in full force and effect and KeyBank shall be indemnified and saved harmless from any loss suffered or liability incurred by it in pursuance of this Authorization.

Note: The information you are providing to open your new KeyBank account is subject to review and verification. KeyBank reserves the right to close your account in the event we are unable to verify, to our satisfaction, the information you provided.
Certification of Taxpayer Identification Number:
Under penalties of perjury, I certify that:
1.   The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2.   I am not subject to backup withholding because : (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3.   I am a U.S. citizen or other U.S. person, defined as:
   • An individual who is a U.S. citizen or U.S resident alien.

- A partnership, corporation, company or association created organized in the United States or under the laws of the United States.
- An estate (other than a foreign estate), or
- A domestic trust (as defined in Regulations section 301.7701-7.

4.   I am exempt from the Foreign Account Tax Compliance Act (FACTA).

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. If you are a foreign person, cross out the above Certification section and U.S. Person on the line next to your signature below. Complete the appropriate IRS Form W-8.

The Internal Revenue Service does not require your consent to any provisions of this document other than the certification required to avoid backup withholding.

Tax Identification Number: ▮▮▮▮▮▮▮          Title for Legal Owner of TIN: COLONIAL *STOCK* TRANSFER CO INC

*Refer to the list of payees exempt from backup withholding and for which no information reporting is required.*

*If this Entity is exempt from backup withholding and information reporting under IRS regulations, enter your correct TIN in the previous section and check here:* ☐

*If you are a foreign person, cross out above certification section and U.S. Person on the line under your signature below. Complete the appropriate Form W-8.*

IN WITNESS WHEREOF, Company has signed below by a duly authorized officer.

Signature: ▮▮▮▮▮▮▮▮▮▮   Printed Name: _Jason Carter_   Title: _VP Sales_   Date: _7/26/17_

Authorizing          Officer
(Signature of U.S. Person)

Accepted and Identified/Verified by an authorized representative of Bank:

Signature: ▮▮▮▮▮▮▮▮   Printed Name: _Kamron Wilson_   Title: _SLRM_   Date: _7/26/17_

Bank Representative

Notarization required if document is not signed in the presence of a Bank employee.

*State of _____ )
                                                  ) ss.
County of _____ )

The foregoing instrument was acknowledged before me
this, authorized signer. _____   day of _____ , 20___   By _____

_____
Notary Public
My commission expires: _____

## Payees and Payments Exempt from Backup Withholding

The following is a list of payees exempt from backup withholding and for which no information reporting is required. For interest and dividends, all listed payees are exempt except item 9. For broker transactions, payees listed in 1 through 13, and a person registered under the Investment Advisers Act of 1940 who regularly acts as a broker are exempt.

Payments subject to reporting under sections 6041 and 6041A are generally exempt from backup withholding only if made to payees described in items 1 through 7, except a corporation that provides medical and health care services or bills and collects payments for such services in not exempt from backup withholding or information reporting. Only payees described in items 2 through 6 are exempt from backup withholding for barter exchange transactions, patronage dividends, and payments by certain fishing boat operators.

1. A corporation.
2. A Client exempt from tax under section 501(a), or an IRA, or a custodial account under section 403(b)(7).
3. The United States or any of its agencies or instrumentalities.
4. A state, the District of Columbia, a possession of the United States, or any of their political subdivisions or instrumentalities.
5. A foreign government or any of its political subdivisions, agencies or instrumentalities.
6. An international Client or any of its agencies or instrumentalities.
7. A foreign central bank of issue.
8. A dealer in securities or commodities required to register in the United States or a possession of the United States.
9. A futures commission merchant registered with the Commodity Futures Trading Commission.
10. A real estate investment trust.
11. An entity registered at all times during the tax year under the Investment Company Act of 1940.
12. A common trust fund operated by a bank under section 584(a).
13. A financial institution.
14. A middleman known in the investment community as a nominee or listed in the most recent publication of the American Society of Corporate Secretaries, Inc., Nominee List.
15. A trust exempt from tax under section 664 or described in section 4947.

**KeyBank**   Business/Public Entity Depository Certificate

| | |
|---|---|
| **Company Name:** | COLONIAL STOCK TRANSFER CO INC |
| **State of Organization:** | UTAH |
| **Principal Address of Business:** | SALT LAKE CITY  UTAH  84111-2713 |

For purposes of this Certificate, "Company" shall refer to any of the entities or organizations listed below. "Officer" shall mean any officer or other duly-authorized representative.

☐  SOLE PROPRIETORSHIP: The undersigned hereby certifies that he/she is the sole owner of the above-named business with its principal place of business at the above address, which is a trade name used by the Company for the conduct of this business, and further certifies that the Company is an unincorporated form of business, and in consideration of the acceptance of the Company's depository accounts by the Bank, the undersigned hereby agrees to and adopts the resolutions below.

☐  PARTNERSHIP: The undersigned hereby certifies that each of them is a duly authorized general partner of the above-referenced partnership, whether general or limited with its principal place of business at the above address; and in consideration of the acceptance of the Company's depository accounts by Bank, the Company hereby agrees to and adopts the resolutions below.

☐  LIMITED LIABILITY COMPANY: The undersigned hereby certifies to that each is a member / manager of the above-named limited liability company, which is duly organized, validly existing and in good standing under the laws of the state of its organization, with its principal place of business at the above address, and further certifies that each of them is either (a) a member and the management of the Company is reserved to its members, or (b) a manager and the management of the Company is reserved to its managers, and in consideration of the acceptance of the Company's depository accounts by Bank, the Company hereby agrees to and adopts the resolutions below.

☒  CORPORATION: The undersigned hereby certifies to Bank that she/he is the secretary of the above named corporation, including nonprofit corporations, which is duly organized, validly existing and in good standing under the laws of the state of its incorporation, with its principal place of business at the above address, and further certifies that the following is a true copy of the resolutions in full force and effect which were duly adopted at a meeting of the Board of Directors/Trustees of the Company, duly held pursuant to notice and at which a quorum was present and acting throughout, or by unanimous written action/consent of all members of the Board of Directors/Trustees, in accordance with applicable state laws; and said proceedings and the Resolution adopted thereby are in conformity with and do not in any respect contravene the provisions of applicable statutes, the Articles of Incorporation, Corporate Charter, Code of Regulations, or Bylaws of the Company.

☐  PUBLIC ENTITY: The undersigned hereby certifies that he/she is the secretary or other authorized officer of the board of trustees (or such other governing body as is authorized to designate depositories and to transact or delegate the authority to transact the banking business of the Public Entity) of the Public Entity, which is duly organized, validly existing and in good standing under the laws of the applicable governmental unit, political subdivision or instrumentality, with its principal place of business at the above address, and the undersigned further certifies that the following is a full and true copy of resolutions duly adopted at a meeting of the board of trustees or other governing body of the Public Entity in accord with and pursuant to the charter and organizational documents of the Public Entity and such resolution is now in full force and effect, and said proceedings and the Resolution adopted thereby are in conformity with and do not in any respect contravene the provisions of applicable statutes, regulations, administrative code or other document governing or in effect for the Public Entity.

☐  TRUST: The undersigned hereby certifies that he/she is a duly appointed and authorized trustee of the above-referenced trust, or, in the case of corporate trustees, the duly authorized representative of that trustee, and that the appointment is current and in force, and further certifies that the trust instrument and applicable law authorize him/her to enter into this Certificate and other contractual obligations. In the event that there is more than one trustee, the undersigned certifies that he/she has the authority to act independently on behalf of the trust. The undersigned hereby affirms the provisions of the resolution below.

☐  UNINCORPORATED ASSOCIATION: The undersigned hereby certifies that he/she is the secretary of the above-named unincorporated association or organization, , and that the following is a full and true copy of resolutions duly adopted at a meeting of the membership, executive committee, directors, or trustees, the governing body of the Company, duly held pursuant to notice and at which a quorum was present and acting throughout, and the same are now in full force; and further certifies that the referenced governing body is the duly authorized body to adopt these resolutions and that these resolutions and the powers granted therein conform to the organizational documents of the Company now in force and effect, and that the Bank may conclusively assume that persons so certified to be signatories of the Company shall continue as such until receipt by the Bank of written notice to the contrary.

## RESOLVED:

1. That Bank is designated a depository of this Company, and that any one of the following officers of the Company ("Authorized Officers") are authorized to open and close accounts ("Accounts") and to designate authorized Transaction Signers (defined below) for Accounts opened with the Bank:

| Authorized Officer Name | Authorized Officer Title | Authorized Officer Legal Signature |
|---|---|---|
| KATHLEEN CARTER | President | |
| JASON R CARTER | VP Sales | |
| DANIEL W CARTER | VP, Client Services | |
| | | |
| | | |
| | | |

2. That funds deposited with Bank may be withdrawn by checks, drafts, or other orders issued in the name of the Company, signed by any one or more officers, members, managers, or partners of the Company or by any one or more persons, whether or not an officer, member, manager, or partner of the Company, identified on signature cards delivered to the Bank from time to time ("Transaction Signers") by any one of the Authorized Officers of the Company; that Bank may accept the instructions of any Transaction Signer for the transaction of all business in connection with said funds; and that the Bank may conclusively assume that each Transaction Signer shall continue as such until receipt by the Bank of written notice to the contrary, such notice to be given to each office of the Bank in which any account of this Company may be maintained.

3. That Bank is authorized to rely upon and to accept as genuine and authorized the facsimile signature of any Transaction Signer or such signatures that resemble facsimile signatures on any check, draft or other order, without any duty to determine the genuineness of the such facsimile signature or whether it was authorized by the Company.

4. That Bank is hereby authorized to honor, receive, and pay all such instruments when signed in accordance with this Resolution, without inquiry as to the circumstances of their issue or the disposition of their proceeds, whether drawn to the individual order of or tendered in payment of individual obligations of any Transaction Signer or of any other officer, employee or agent of Company, or otherwise.

5. That all checks, drafts, or other orders for the payment of money belonging to Company may be endorsed in blank, or otherwise, on behalf of Company, by a written or stamped endorsement, and Bank is authorized to honor and pay such instruments and also to receive the same for the individual credit of or in payment of the individual obligation of any Transaction Signer, or any other officer, employee or agent of Company, or any other holder, without inquiry as to the circumstances of endorsement or the disposition of the proceeds, and Company hereby guarantees to Bank the payment of all such instruments so received by Bank as well as those instruments deposited on behalf of Company for collection or credit without its endorsement appearing thereon; and that Bank may pay to any Transaction Signer or any other officer, employee or agent of Company the proceeds, in cash or otherwise, of any instrument referred to herein, signed or endorsed in the manner above indicated, whether the same be drawn on Bank, on another bank, or otherwise, and whether payable or endorsed to Company, bearer, Bank or otherwise.

6. That all present and future rules and regulations of Bank governing Accounts are hereby assented to and shall be binding upon Company; that any statements, unpaid items, canceled vouchers or checks may be delivered to Company by mailing the same to the last known address of the Company as shown by the records of the Bank or by delivering the same to any Transaction Signer, or any other officer, manager, member, partner, employee or agent of Company, and any and all such deliveries by Bank shall constitute good and valid deliveries to Company.

7. That any Transaction Signer is authorized and empowered to apply to Bank for the use of its night depository facilities, including automated teller machines, and in connection with such use to execute and deliver to Bank such agreements containing such terms and provisions as Bank may require, and in the event any such agreement contemplates that bags of Company found by Bank in any of its night depository receptacles are to be received and receipted for by Company, then any Transaction Signer is authorized and empowered to receive and receipt for any such bags and to (i) designate any person or persons who shall each be authorized to receive and receipt for any such bags; (ii) in writing revoke the authority of any persons so designated; and (iii) certify the name of each such designated person to Bank together with a specimen signature of such person.

8. That any Authorized Officer and Transaction Signer or other officer or employee designated by any one of the Authorized Officers in writing is also authorized to make any withdrawal or disbursement of funds from the Accounts initiated by means other than written payment orders, checks, drafts or other physical instruments, including without limitation the withdrawal or disbursement of funds by wire, computer, automated clearing house, or other electronic means.

9. That Authorized Officers can execute and deliver, or authorize other officers or employees of the Company in writing to execute and deliver, agreements for cash management or other treasury services and bind the Company thereto.

10. That all controversies and questions regarding this Certificate shall be governed by and construed under the laws of the State of Ohio (without regard for conflict of law rules) and applicable federal law.

11. That this Certificate shall remain in full force and effect until written notice of amendment or rescission shall have been received by Bank, and that receipt of notice shall not affect action taken by the Bank prior to such receipt. That all previous authorizations for the signing and honoring of items are hereby ratified and continued in full force and effect. The Company agrees to indemnify and hold the Bank harmless from any and all claims, suits, judgments, losses, costs and expenses (including reasonable attorneys' fees) that Bank may incur as a result of the Bank continuing to act in pursuance of this Agreement.

IN WITNESS WHEREOF, Company has signed below by a duly authorized officer.

Signature: ▓▓▓▓▓▓▓▓   Printed Name: _Jason Carter_ Title: _VP Sales_ Date: _7/26/17_
Authorizing Officer

Accepted and Identified/Verified by an authorized representative of Bank:

Signature: ▓▓▓▓▓▓▓▓   Printed Name: _Kamri nulson_ Title: _SLZM_ Date: _7/26/17_
Bank Representative

**Notarization required if document is not signed in the presence of a Bank employee.**

*State of                              )
                                       ) ss.
County of                              )

The foregoing instrument was acknowledged before me         day of              , 20___    by
this, authorized signer.        _____        _____              _____

_____
Notary Public
My commission expires: _____

---

*FOR BANK USE ONLY*

| Deposit Certificate Received By: | |
|---|---|
| Employee Name: | |
| Date Received: | |

# EXHIBIT E



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**July 31, 2017**
**page 1 of 2**

████████

```
               T   52 00000 R EM T1
```

COLONIAL STOCK TRANSFER CO INC
ESCROW #10
66 E EXCHANGE PL
SALT LAKE CITY UT 84111-2713

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

### Key Business Reward Checking   ████████
COLONIAL STOCK TRANSFER CO INC
ESCROW #10

| | |
|---|---:|
| Beginning balance 7-26-17 | $0.00 |
| 1 Addition | +250.00 |
| **Ending balance 7-31-17** | **$250.00** |

## Rewards

Rewards point balance, as of  07-29-2017                    0

| Rewards Number | Name | Rewards Number | Name |
|---|---|---|---|
| 440521004976000 | COLONIAL STOCK TRANSFER CO INC | 440521004976002 | KATHLEEN CARTER |
| 440521004976001 | JASON R CARTER | | |

Visit key.com/rewards for details

## Additions

| Deposits | Date | Serial # | Source | | |
|---|---|---|---|---|---:|
| | 7-26 | | Trf Fr DDA 0000000560010795 | 4451 | $250.00 |
| | | | **Total additions** | | **$250.00** |

████████    - 04451

2725

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth in Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

> \* KeyBank
> Customer Disputes
> NY 31 17 0128
> 17 Corporate Woods Blvd
> Albany, NY 12211

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | Transfer to Savings Account |
| XFER FROM SAV | Transfer from Savings Account |
| XFER TO CKG | Transfer to Checking Account |
| XFER FROM CKG | Transfer from Checking Account |
| PMT TO CR CARD | Payment to Credit Card |
| ADV CR CARD | Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101 5885.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, and add any new advances or debits, and subtract any payments and credits, any non financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

> Key Credit Research Department
> P.O. Box 94518
> Cleveland, Ohio 44101 4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

---

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

**INSTRUCTIONS**

❶ Verify and check off in your check register each deposit, check or other transaction shown on this statement.

Enter into your check register and SUBTRACT:
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

Enter into your check register and ADD:
- Deposits or other credits shown on our statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are *not* shown on your statement. | | ❺ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| Check # or Date | Amount | Date | Amount |
| | | | |
| | | | |
| | | | |
| | | TOTAL ➔ | $ |

| ❻ Enter ending balance shown on your statement. | |
|---|---|
| $ | |

| ❼ Add 5 and 6 and enter total here. | |
|---|---|
| $ | |

| ❽ Enter total from 4. | |
|---|---|
| $ | |

| ❾ Subtract 8 from 7 and enter difference here. | |
|---|---|
| $ | |

This amount should agree with your check register balance.

| TOTAL ➔ | $ |
|---|---|

- 04451
2725



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**August 31, 2017**
**page 1 of 3**

31        T    52 00000 R EM AO

COLONIAL STOCK TRANSFER CO INC
ESCROW #10
66 E EXCHANGE PL
SALT LAKE CITY UT 84111-2713

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

## Key Business Reward Checking
COLONIAL STOCK TRANSFER CO INC
ESCROW #10

| | |
|---|---|
| Beginning balance 7-31-17 | $250.00 |
| 37 Additions | +159,455.00 |
| 1 Subtraction | -250.00 |
| **Ending balance 8-31-17** | **$159,455.00** |

## Rewards

Rewards point balance, as of  08-31-2017          2,600

| Rewards Number | Name | Rewards Number | Name |
|---|---|---|---|
| | COLONIAL STOCK TRANSFER CO INC | | KATHLEEN CARTER |
| | JASON R CARTER | | |

Visit key.com/rewards for details

## Additions

| Deposits | Date | Serial # | Source | | |
|---|---|---|---|---|---|
| | 8-1 | 5007 | Wire Deposit | Chintan N Shah   5191 | $500.00 |
| | 8-1 | 5131 | Wire Deposit | Nitin Ambalal Sh 4239 | 500.00 |
| | 8-1 | 5191 | Wire Deposit | Thunguntla Naga 3612 | 500.00 |
| | 8-1 | 4528 | Wire Deposit | Neeru Nitin Sham 2935 | 500.00 |
| | 8-2 | 1728 | Wire Deposit | Nagendra Babu Mu 8131 | 494.00 |
| | 8-2 | 1781 | Wire Deposit | Narasimha Rao G  3771 | 494.00 |
| | 8-2 | 4120 | Wire Deposit | Meenavalli Usha  0055 | 500.00 |
| | 8-3 | 3123 | Wire Deposit | Dasi Emmanuel   0061 | 500.00 |
| | 8-3 | 3128 | Wire Deposit | Tammineedu Sures 7556 | 500.00 |
| | 8-3 | 2690 | Wire Deposit | Nanduri Kalyana  1344 | 40,216.00 |

- 04451
4452

**Business Banking Statement**
**August 31, 2017**
**page 2 of 3**

## Additions
*(con't)*

| Deposits | Date | Serial # | Source | | |
|---|---|---|---|---|---|
| | 8-4 | 2706 | Wire Deposit | Meenavalli Krish 0885 | 500.00 |
| | 8-4 | 3955 | Wire Deposit | P Partha Sarathi 5360 | 500.00 |
| | 8-7 | 3599 | Wire Deposit | B Prabhakara Rao 7883 | 500.00 |
| | 8-7 | 3601 | Wire Deposit | Aruna Tammineedi 0153 | 500.00 |
| | 8-7 | 2126 | Wire Deposit | Madhubabu Kothar 3288 | 500.00 |
| | 8-7 | 2818 | Wire Deposit | Uma Kumari Nandu 0714 | 40,000.00 |
| | 8-8 | 2718 | Wire Deposit | Mitta Ashwin Red 0952 | 500.00 |
| | 8-8 | 5580 | Wire Deposit | Dorababu Penumar 2752 | 500.00 |
| | 8-8 | 4546 | Wire Deposit | Venkayamma Parim 0680 | 500.00 |
| | 8-9 | 2889 | Wire Deposit | Dasigi Prakash R 9187 | 500.00 |
| | 8-9 | 9778 | Wire Deposit | Satvika Nanduri  4826 | 38,450.00 |
| | 8-10 | 1820 | Wire Deposit | Maraka Vasudeva  6001 | 500.00 |
| | 8-11 | 12092 | Wire Deposit | Samanthapudi B R 7943 | 500.00 |
| | 8-15 | | Direct Deposit, | Western Union Fitransfer | 500.00 |
| | 8-18 | 3260 | Wire Deposit | D Kameswari     0959 | 493.00 |
| | 8-18 | 3057 | Wire Deposit | Hemalatha K      5448 | 6,000.00 |
| | 8-21 | 1921 | Wire Deposit | Viswanath Chowda 0958 | 500.00 |
| | 8-23 | 1497 | Wire Deposit | Miss Krisha Keta 4166 | 500.00 |
| | 8-23 | 1498 | Wire Deposit | Miss Krisha Keta 4166 | 500.00 |
| | 8-23 | 2442 | Wire Deposit | Nitya Lingam     9706 | 7,720.00 |
| | 8-24 | 3906 | Wire Deposit | Satya Srikanth K 0289 | 500.00 |
| | 8-29 | 2824 | Wire Deposit | Shivaprasad Kusu 3137 | 500.00 |
| | 8-30 | 2547 | Wire Deposit | Althuru Latha Re 1731 | 3,095.00 |
| | 8-31 | 4904 | Wire Deposit | Dasigi Sailaja  1451 | 493.00 |
| | 8-31 | 3051 | Wire Deposit | Azamjahi Syed   7454 | 500.00 |
| | 8-31 | 3133 | Wire Deposit | Dinesh Pratap Si 3272 | 1,750.00 |
| | 8-31 | 4896 | Wire Deposit | Althuru Sahini R 8480 | 7,750.00 |
| | | | **Total additions** | | **$159,455.00** |

## Subtractions

| Withdrawals | Date | Serial # | Location | | |
|---|---|---|---|---|---|
| | 8-30 | | Internet Trf To DDA 0000000560010795 | 4451 | $250.00 |
| | | | **Total subtractions** | | **$250.00** |



## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth in Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

\* KeyBank
Customer Disputes
NY 31 17 0128
17 Corporate Woods Blvd
Albany, NY 12211

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | Transfer to Savings Account |
| XFER FROM SAV | Transfer from Savings Account |
| XFER TO CKG | Transfer to Checking Account |
| XFER FROM CKG | Transfer from Checking Account |
| PMT TO CR CARD | Payment to Credit Card |
| ADV CR CARD | Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O. Box 93885, Cleveland, OH 44101 5885.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement.  You must notify us of any potential errors in writing.  You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.  But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period).  We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle.  To get the Average Daily Balance we take the beginning balance of your line of credit each day, and add any new advances or debits, and subtract any payments and credits, any non financed fees and unpaid interest.  This gives us the daily balance.  Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:**  If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101 4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

---

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

**❶** Verify and check off in your check register each deposit, check or other transaction shown on this statement.

Enter into your check register and SUBTRACT:

- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

Enter into your check register and ADD:

- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are *not* shown on your statement. | | ❺ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| **Check # or Date** | **Amount** | **Date** | **Amount** |
| | | | |
| | | | |
| | | | |
| | | **TOTAL →** | $ |

| ❻ Enter ending balance shown on your statement. |
|---|
| $ |

| ❼ Add 5 and 6 and enter total here. |
|---|
| $ |

| ❽ Enter total from 4. |
|---|
| $ |

| ❾ Subtract 8 from 7 and enter difference here. |
|---|
| $ |

This amount should agree with your check register balance.

| **TOTAL →** | $ |
|---|---|



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**September 30, 2017**
**page 1 of 6**

███████████

31        T    52 00000 R EM AO
COLONIAL STOCK TRANSFER CO INC
ESCROW #10
66 E EXCHANGE PL
SALT LAKE CITY UT 84111-2713

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

---

### Key Business Reward Checking   ███████████
COLONIAL STOCK TRANSFER CO INC
ESCROW #10

| | |
|---|---|
| Beginning balance 8-31-17 | $159,455.00 |
| 123 Additions | +126,971.00 |
| 1 Subtraction | -159,115.00 |
| **Ending balance 9-30-17** | **$127,311.00** |

### Rewards

Rewards point balance, as of 09-29-2017          2,650

| Rewards Number | Name | Rewards Number | Name |
|---|---|---|---|
| ██████████ | COLONIAL STOCK TRANSFER CO INC | ██████████ | KATHLEEN CARTER |
| ██████████ | JASON R CARTER | | |

Visit key.com/rewards for details

### Additions

| Deposits | Date | Serial # | Source | | |
|---|---|---|---|---|---|
| | 9-1 | 3420 | Wire Deposit | Sri Srinivas PRA 9982 | $1,000.00 |
| | 9-1 | 4818 | Wire Deposit | Murali Krishnam  0837 | 5,000.00 |
| | 9-1 | 3062 | Wire Deposit | Ratna Kumar Ling 9706 | 7,720.00 |
| | 9-5 | 4899 | Wire Deposit | Krishnam Raju MA 8925 | 500.00 |
| | 9-5 | 4668 | Wire Deposit | Goli Harinath Re 0010 | 500.00 |
| | 9-5 | 3890 | Wire Deposit | Uma Devi Lingam, 2587 | 6,970.00 |
| | 9-6 | 1956 | Wire Deposit | Hemalatha G    1768 | 500.00 |
| | 9-6 | 2514 | Wire Deposit | Sruthi Chillakur 2742 | 6,975.00 |
| | 9-6 | 2516 | Wire Deposit | Trivikram L    5356 | 6,975.00 |
| | 9-12 | 1722 | Wire Deposit | Mvss Srinivas   2345 | 500.00 |

███████ - 04451
5240

**Business Banking Statement**
**September 30, 2017**
**page 2 of 6**

## Additions
*(con't)*

| Deposits | Date | Serial # | Source | | |
|---|---|---|---|---|---|
| | 9-12 | 2974 | Wire Deposit | M V Kamaladevi   0115 | 500.00 |
| | 9-12 | 3940 | Wire Deposit | D Vineela Roseli 0930 | 500.00 |
| | 9-12 | 3950 | Wire Deposit | Harshita Catheri 1664 | 500.00 |
| | 9-12 | 9889 | Wire Deposit | Annapurna Pendur 1857 | 19,000.00 |
| | 9-14 | 1797 | Wire Deposit | Anantha Lakshmi  8938 | 494.00 |
| | 9-14 | 3952 | Wire Deposit | Gouse Shaik     3570 | 500.00 |
| | 9-14 | 5317 | Wire Deposit | 1/Mr. Sri Naga S 4378 | 500.00 |
| | 9-15 | 3569 | Wire Deposit | M V D Tanuja    0251 | 500.00 |
| | 9-15 | 2763 | Wire Deposit | Andhavarapu Srid 7301 | 500.00 |
| | 9-15 | 2634 | Wire Deposit | Chervu Venkata R 4296 | 993.00 |
| | 9-19 | 2515 | Wire Deposit | Vempati Suresh  8255 | 500.00 |
| | 9-19 | 4875 | Wire Deposit | S Srinivas Vemul 5871 | 500.00 |
| | 9-20 | 2536 | Wire Deposit | Pendurthi Veer R 1325 | 7,970.00 |
| | 9-21 | 1780 | Wire Deposit | Tapan J Mehta   1631 | 500.00 |
| | 9-22 | 3529 | Wire Deposit | A Krishna Veni  2851 | 494.00 |
| | 9-22 | 2091 | Wire Deposit | Praveen Chaganti 0349 | 500.00 |
| | 9-22 | 9219 | Wire Deposit | Pangea Capital P 7296 | 500.00 |
| | 9-22 | 8476 | Wire Deposit | Venkataramana Ja 4906 | 500.00 |
| | 9-22 | 8173 | Wire Deposit | Puppala Santhosh 7431 | 500.00 |
| | 9-22 | 8061 | Wire Deposit | Venkateshwarlu A 7441 | 500.00 |
| | 9-22 | 7369 | Wire Deposit | Thomas K Nichols 2685 | 500.00 |
| | 9-22 | 4285 | Wire Deposit | Pindi Vinodh Kum 7747 | 500.00 |
| | 9-22 | 4085 | Wire Deposit | Narendar Prasad  7530 | 500.00 |
| | 9-22 | 4096 | Wire Deposit | Koduri Kiran     1205 | 500.00 |
| | 9-22 | 2563 | Wire Deposit | Y Vijaya Kumari  1112 | 500.00 |
| | 9-22 | 2569 | Wire Deposit | Ramesh Yarlagadd 0344 | 500.00 |
| | 9-22 | 2801 | Wire Deposit | Tapan J Mehta    1648 | 500.00 |
| | 9-22 | 2802 | Wire Deposit | K K N Bhimeswara 0849 | 500.00 |
| | 9-22 | 2803 | Wire Deposit | Kancharla Nagesw 7025 | 500.00 |
| | 9-22 | 2804 | Wire Deposit | Ghousia Begum    5390 | 500.00 |
| | 9-22 | 2838 | Wire Deposit | V Krishnayya Nek 3015 | 500.00 |
| | 9-22 | 2864 | Wire Deposit | Srinivas D      7386 | 500.00 |
| | 9-22 | 6638 | Wire Deposit | Choda Swetha     7820 | 500.00 |
| | 9-22 | 7896 | Wire Deposit | Sonia Anand Nich 6271 | 1,000.00 |
| | 9-25 | 2795 | Wire Deposit | Suresh Kumar Nal 4308 | 500.00 |
| | 9-25 | 2971 | Wire Deposit | Gadde Tulasi Rat 8766 | 500.00 |
| | 9-25 | 2972 | Wire Deposit | Sudheer Vegi     0595 | 500.00 |
| | 9-25 | 4183 | Wire Deposit | Meenavalli Venka 6060 | 500.00 |
| | 9-25 | 4185 | Wire Deposit | Dasharath Nasa   3364 | 500.00 |
| | 9-25 | 4215 | Wire Deposit | Shaikh Mastan    1611 | 500.00 |
| | 9-25 | 4221 | Wire Deposit | Manyam Neelima   5191 | 500.00 |
| | 9-25 | 4222 | Wire Deposit | Mutya S Murthy   7179 | 500.00 |
| | 9-25 | 4223 | Wire Deposit | Tammineedi Venka 2755 | 500.00 |
| | 9-25 | 4404 | Wire Deposit | Kolahalam Rajesh 7467 | 500.00 |
| | 9-25 | 9327 | Wire Deposit | Satyanarayana Bo 7043 | 500.00 |
| | 9-26 | 9547 | Wire Deposit | Mohammad Khasim  0913 | 500.00 |
| | 9-26 | 10600 | Wire Deposit | Michael V Cina   0667 | 500.00 |
| | 9-26 | 2714 | Wire Deposit | Pyla Divya      4096 | 500.00 |
| | 9-26 | 2718 | Wire Deposit | Tatipaka Sriniva 3041 | 500.00 |
| | 9-26 | 2777 | Wire Deposit | V S Satya Kumar  6187 | 500.00 |

5240                - 04451



## Additions
*(con't)*

| Deposits | Date | Serial # | Source | | |
|---|---|---|---|---|---|
| | 9-26 | 2778 | Wire Deposit | Mallina Satyajyo 9478 | 500.00 |
| | 9-26 | 2779 | Wire Deposit | A Ramesh Kumar R 0605 | 500.00 |
| | 9-26 | 2775 | Wire Deposit | Venu Guda     2847 | 500.00 |
| | 9-26 | 2776 | Wire Deposit | Ganesh Kumar    7130 | 500.00 |
| | 9-26 | 2719 | Wire Deposit | Sri Mounya Chowd 1092 | 500.00 |
| | 9-26 | 3436 | Wire Deposit | Satish Reddy Ven 8486 | 500.00 |
| | 9-26 | 3558 | Wire Deposit | Krishna Mohan ME 0912 | 500.00 |
| | 9-26 | 3719 | Wire Deposit | Srikanth T     7270 | 500.00 |
| | 9-26 | 4228 | Wire Deposit | MD Shareef     0890 | 500.00 |
| | 9-26 | 6460 | Wire Deposit | K Srinivasa Raju 7572 | 500.00 |
| | 9-26 | 5289 | Wire Deposit | V Venkateswara R 5036 | 500.00 |
| | 9-26 | 5284 | Wire Deposit | Batchu Gopikrish 6417 | 500.00 |
| | 9-26 | 5445 | Wire Deposit | Sridhar T     0469 | 500.00 |
| | 9-27 | 2041 | Wire Deposit | V Krishnayya Nek 3015 | 100.00 |
| | 9-27 | 2762 | Wire Deposit | Tatipaka Srihari 5892 | 485.00 |
| | 9-27 | 2752 | Wire Deposit | Tatipaka Srihari 5892 | 485.00 |
| | 9-27 | 13317 | Wire Deposit | K Siva Rama Kris 6252 | 490.00 |
| | 9-27 | 13318 | Wire Deposit | Chukka Siva Saty 6442 | 490.00 |
| | 9-27 | 13319 | Wire Deposit | Chukka Lakshmi   0951 | 490.00 |
| | 9-27 | 1911 | Wire Deposit | Sujani Chalagall 1686 | 494.00 |
| | 9-27 | 3009 | Wire Deposit | Jammula Sai Babu 0232 | 500.00 |
| | 9-27 | 3010 | Wire Deposit | K K N Bhimeswara 0849 | 500.00 |
| | 9-27 | 2703 | Wire Deposit | K Durga Prasad   7945 | 500.00 |
| | 9-27 | 1944 | Wire Deposit | Vegi Rajani     1618 | 500.00 |
| | 9-27 | 2042 | Wire Deposit | Kancharla Nagesw 7025 | 500.00 |
| | 9-27 | 15068 | Wire Deposit | Batchu Gopikrish 6417 | 500.00 |
| | 9-27 | 15626 | Wire Deposit | L Padmavathi     2158 | 500.00 |
| | 9-27 | 15627 | Wire Deposit | Mutya Venkata Su 7036 | 500.00 |
| | 9-27 | 15628 | Wire Deposit | Syed Noori     6857 | 500.00 |
| | 9-27 | 4842 | Wire Deposit | Koduri Kiran     1205 | 500.00 |
| | 9-28 | 1641 | Wire Deposit | Kollipara Bhanu  0476 | 494.00 |
| | 9-28 | 1642 | Wire Deposit | Harika Majeti     5175 | 494.00 |
| | 9-28 | 1640 | Wire Deposit | Srinivas Nekkant 8065 | 494.00 |
| | 9-28 | 1592 | Wire Deposit | Priyanka Money   5367 | 494.00 |
| | 9-28 | 11905 | Wire Deposit | Thomas W Ferrone 8394 | 500.00 |
| | 9-28 | 13828 | Wire Deposit | Choda Swetha     7820 | 500.00 |
| | 9-28 | 2967 | Wire Deposit | Jagadeesh Prasad 7721 | 500.00 |
| | 9-28 | 1841 | Wire Deposit | Srinivas D     7386 | 500.00 |
| | 9-28 | 9001 | Wire Deposit | Praveen Chaganti 0349 | 500.00 |
| | 9-28 | 2965 | Wire Deposit | Bandaaru Suma   6941 | 1,000.00 |
| | 9-28 | 2966 | Wire Deposit | Bodake Babaji Sh 7122 | 1,500.00 |
| | 9-28 | 13560 | Wire Deposit | Venkat Subba Rao 7162 | 2,500.00 |
| | 9-29 | 4575 | Wire Deposit | V Krishnayya Nek 3015 | 400.00 |
| | 9-29 | 2182 | Wire Deposit | Priyanka N K     4989 | 494.00 |
| | 9-29 | 2894 | Wire Deposit | Raghavendra Rao  3975 | 494.00 |
| | 9-29 | 1992 | Wire Deposit | Dhanesh Perumall 0808 | 494.00 |
| | 9-29 | 2127 | Wire Deposit | Naresh Pamidi   4925 | 494.00 |
| | 9-29 | 2150 | Wire Deposit | Dhanesh Perumall 0808 | 494.00 |
| | 9-29 | 3392 | Wire Deposit | Ganesh Kumar     7130 | 500.00 |
| | 9-29 | 4572 | Wire Deposit | Sudheer Vegi     0595 | 500.00 |

- 04451

5240

**Business Banking Statement**
**September 30, 2017**
**page 4 of 6**

## Additions
(con't)

| Deposits | Date | Serial # | Source | | |
|---|---|---|---|---|---|
| | 9-29 | 4573 | Wire Deposit | Jagadeesh Prasad 7721 | 500.00 |
| | 9-29 | 4574 | Wire Deposit | Nagendra Babu Mu 7428 | 500.00 |
| | 9-29 | 4576 | Wire Deposit | Jagadeesh Prasad 7721 | 500.00 |
| | 9-29 | 4577 | Wire Deposit | Venkata Sri Vams 4148 | 500.00 |
| | 9-29 | 8015 | Wire Deposit | Koduri Kiran     1205 | 500.00 |
| | 9-29 | 12293 | Wire Deposit | Christopher D Sa 1334 | 500.00 |
| | 9-29 | 9286 | Wire Deposit | Michael A Conde  5066 | 500.00 |
| | 9-29 | 9287 | Wire Deposit | 1/Mr. Abdul  Kar 2946 | 500.00 |
| | 9-29 | 10002 | Wire Deposit | Koduri Kiran     1205 | 500.00 |
| | 9-29 | 13843 | Wire Deposit | Christopher D Sa 1334 | 500.00 |
| | 9-29 | 19673 | Wire Deposit | Suzanne Shugg    7303 | 500.00 |
| | 9-29 | 12189 | Wire Deposit | Surya K Meka     3688 | 2,500.00 |
| | 9-29 | 17176 | Wire Deposit | Sri Sai Yarlagad 1205 | 2,500.00 |
| | | | **Total additions** | | **$126,971.00** |

## Subtractions

| Withdrawals | Date | Serial # | Location | | |
|---|---|---|---|---|---|
| | 9-5 | 11490 | Wire Withdrawal  Longfin Corp | 1598 | $159,115.00 |
| | | | **Total subtractions** | | **$159,115.00** |

## Fees and charges

| Date | | Quantity | Unit Charge | |
|---|---|---|---|---|
| 9-22-17 | Refund Fedwire Service Charge | 1 | 20.00 | +$20.00 |
| 9-22-17 | Refund Fedwire Service Charge | 1 | 20.00 | +20.00 |
| 9-22-17 | Refund Fedwire Service Charge | 1 | 20.00 | +20.00 |
| 9-22-17 | Refund Fedwire Service Charge | 1 | 20.00 | +20.00 |
| 9-22-17 | Refund Fedwire Service Charge | 1 | 20.00 | +20.00 |
| 9-22-17 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 9-22-17 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 9-22-17 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 9-22-17 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 9-22-17 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 9-26-17 | Refund Fedwire Service Charge | 1 | 20.00 | +20.00 |
| 9-26-17 | Refund Fedwire Service Charge | 1 | 20.00 | +20.00 |
| 9-26-17 | Refund Fedwire Service Charge | 1 | 20.00 | +20.00 |
| 9-26-17 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 9-26-17 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 9-26-17 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 9-27-17 | Refund Fedwire Service Charge | 1 | 20.00 | +20.00 |
| 9-27-17 | Refund Fedwire Service Charge | 1 | 20.00 | +20.00 |
| 9-27-17 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 9-27-17 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 9-29-17 | Refund Fedwire Service Charge | 1 | 20.00 | +20.00 |
| 9-29-17 | Refund Fedwire Service Charge | 1 | 20.00 | +20.00 |
| 9-29-17 | Refund Fedwire Service Charge | 1 | 20.00 | +20.00 |
| 9-29-17 | Refund Fedwire Service Charge | 1 | 20.00 | +20.00 |

5240    - 04451



**Business Banking Statement**
**September 30, 2017**
**page 5 of 6**

**Fees and charges**
*(con't)*

| Date | | Quantity | Unit Charge | |
|------|---|----------|-------------|---|
| 9-29-17 | Refund Fedwire Service Charge | 1 | 20.00 | +20.00 |
| 9-29-17 | Refund Fedwire Service Charge | 1 | 20.00 | +20.00 |
| 9-29-17 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 9-29-17 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 9-29-17 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 9-29-17 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 9-29-17 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 9-29-17 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| | **Fees and charges   this period** | | | **$0.00** |

- 04451
5240

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth in Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

\* KeyBank
Customer Disputes
NY 31 17 0128
17 Corporate Woods Blvd
Albany, NY 12211

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | Transfer to Savings Account |
| XFER FROM SAV | Transfer from Savings Account |
| XFER TO CKG | Transfer to Checking Account |
| XFER FROM CKG | Transfer from Checking Account |
| PMT TO CR CARD | Payment to Credit Card |
| ADV CR CARD | Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101 5885.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101 4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

❶ Verify and check off in your check register each deposit, check or other transaction shown on this statement.

Enter into your check register and SUBTRACT:
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

Enter into your check register and ADD:
- Deposits or other credits shown on your statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are *not* shown on your statement. | | ❺ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| Check # or Date | Amount | Date | Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL ➔ | $ |

| ❻ Enter ending balance shown on your statement. |
|---|
| $ |

| ❼ Add 5 and 6 and enter total here. |
|---|
| $ |

| ❽ Enter total from 4. |
|---|
| $ |

| ❾ Subtract 8 from 7 and enter difference here. |
|---|
| $ |

This amount should agree with your check register balance.

| TOTAL ➔ | $ |
|---|---|

- 04451
5240



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**October 31, 2017**
**page 1 of 4**

```
    31        T    52 00000 R EM AO
```
COLONIAL STOCK TRANSFER CO INC
ESCROW #10
66 E EXCHANGE PL
SALT LAKE CITY UT 84111-2713

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

### Key Business Reward Checking

COLONIAL STOCK TRANSFER CO INC
ESCROW #10

| | |
|---|---:|
| Beginning balance 9-30-17 | $127,311.00 |
| 66 Additions | +51,409.00 |
| 1 Subtraction | -164,750.00 |
| **Ending balance 10-31-17** | **$13,970.00** |

### Rewards

Rewards point balance, as of 10-31-2017                5,400

| Rewards Number | Name | Rewards Number | Name |
|---|---|---|---|
| | COLONIAL STOCK TRANSFER CO INC | | KATHLEEN CARTER |
| | JASON R CARTER | | |

Visit key.com/rewards for details

### Additions

| Deposits | Date | Serial # | Source | | |
|---|---|---|---|---|---:|
| | 10-2 | 2740 | Wire Deposit | John H Flake OR  9539 | $500.00 |
| | 10-2 | 8834 | Wire Deposit | Bhavna  Singh    6288 | 985.00 |
| | 10-2 | 3452 | Wire Deposit | Nitesh Chowdhary 5192 | 2,500.00 |
| | 10-3 | 9646 | Wire Deposit | Tumaati Bhaskara 0504 | 500.00 |
| | 10-3 | 3083 | Wire Deposit | 1/MS. Swapna  ME 9765 | 500.00 |
| | 10-3 | 2977 | Wire Deposit | Hemalatha G      1768 | 500.00 |
| | 10-3 | 2978 | Wire Deposit | Sudheer Vegi     0595 | 500.00 |
| | 10-3 | 2979 | Wire Deposit | Gadde Tulasi Rat 8766 | 500.00 |
| | 10-3 | 2980 | Wire Deposit | Sudheer Vegi     0595 | 500.00 |
| | 10-3 | 2981 | Wire Deposit | Sudheer Vegi     0595 | 500.00 |

- 04451

4065

**Business Banking Statement**
**October 31, 2017**
**page 2 of 4**

## Additions
*(con't)*

| Deposits | Date | Serial # | Source | | |
|---|---|---|---|---|---|
| | 10-3 | 2986 | Wire Deposit | Jagadeesh Prasad 7721 | 500.00 |
| | 10-3 | 2987 | Wire Deposit | Surendra Mandada 0723 | 500.00 |
| | 10-3 | 2988 | Wire Deposit | Vikram R      3477 | 500.00 |
| | 10-3 | 2989 | Wire Deposit | Gaddi Lingamurth 7569 | 500.00 |
| | 10-3 | 2990 | Wire Deposit | Vemulapalli Kris 8155 | 500.00 |
| | 10-3 | 2991 | Wire Deposit | A Ramesh Kumar R 0605 | 500.00 |
| | 10-3 | 2992 | Wire Deposit | Gadde Tulasi Rat 8766 | 500.00 |
| | 10-3 | 2993 | Wire Deposit | Vikram R      3477 | 500.00 |
| | 10-3 | 4419 | Wire Deposit | Ratakonda Vivek  6597 | 500.00 |
| | 10-3 | 4420 | Wire Deposit | Ratakonda Sneha  5133 | 500.00 |
| | 10-3 | 5241 | Wire Deposit | Lavakush      7064 | 500.00 |
| | 10-3 | 5390 | Wire Deposit | 1/Mrs. Naga Sury 0603 | 500.00 |
| | 10-3 | 5919 | Wire Deposit | K V L Narasimha  5871 | 500.00 |
| | 10-3 | 5925 | Wire Deposit | Srl Madhusudhan  8492 | 500.00 |
| | 10-3 | 5970 | Wire Deposit | Eric Thomas Cast 5391 | 500.00 |
| | 10-3 | 12823 | Wire Deposit | Naveen Prudhvi  7708 | 500.00 |
| | 10-3 | 2983 | Wire Deposit | Harinath Gupta J 4538 | 1,000.00 |
| | 10-3 | 2982 | Wire Deposit | Dasi Emmanuel    0061 | 1,500.00 |
| | 10-3 | 2994 | Wire Deposit | Tammineedu Sures 0766 | 2,000.00 |
| | 10-3 | 6427 | Wire Deposit | M Venkati      7151 | 2,000.00 |
| | 10-3 | 2107 | Wire Deposit | Harinath Gupta J 4538 | 3,000.00 |
| | 10-4 | | Direct Deposit,   Usha Akella    Sender | | 200.00 |
| | 10-4 | 1667 | Wire Deposit | Raghu Ram Guntur 9127 | 494.00 |
| | 10-4 | 7431 | Wire Deposit | Ramulu M      7263 | 500.00 |
| | 10-4 | 6474 | Wire Deposit | Harinath Gupta J 4538 | 500.00 |
| | 10-4 | 2776 | Wire Deposit | Jaya Prakash Vad 4580 | 500.00 |
| | 10-4 | 2777 | Wire Deposit | Gadde Tulasi Rat 8766 | 500.00 |
| | 10-4 | 2539 | Wire Deposit | Ratakonda Jhansi 2416 | 500.00 |
| | 10-4 | 2778 | Wire Deposit | Venu Guda      2847 | 500.00 |
| | 10-4 | 2779 | Wire Deposit | B Prabhakara Rao 7883 | 500.00 |
| | 10-4 | 4427 | Wire Deposit | Ratakonda Anurad 7533 | 500.00 |
| | 10-4 | 4414 | Wire Deposit | 1/Mr. Viswanadh  6458 | 500.00 |
| | 10-4 | 11579 | Wire Deposit | Aswani Meka      9226 | 500.00 |
| | 10-4 | 5332 | Wire Deposit | Pradeep K Patel  6017 | 1,000.00 |
| | 10-5 | 7145 | Wire Deposit | Sowjanya  Tripur 3927 | 490.00 |
| | 10-5 | 2758 | Wire Deposit | Venka Reddy Bath 5812 | 500.00 |
| | 10-5 | 2759 | Wire Deposit | Tammineedi Venka 2755 | 500.00 |
| | 10-5 | 5942 | Wire Deposit | Colby Dowling An 7397 | 500.00 |
| | 10-6 | 3927 | Wire Deposit | Ch.Lakshmi Brama 7539 | 480.00 |
| | 10-6 | 14418 | Wire Deposit | K V K K Durga    6252 | 490.00 |
| | 10-6 | 1930 | Wire Deposit | Maraka Vasudeva  6001 | 500.00 |
| | 10-6 | 1987 | Wire Deposit | Likhitha Vemulap 9834 | 500.00 |
| | 10-6 | 5973 | Wire Deposit | Thomas C Egg    2946 | 500.00 |
| | 10-6 | 2977 | Wire Deposit | Dasigi Prakash R 9187 | 1,000.00 |
| | 10-10 | 3234 | Wire Deposit | Karishma Patel  9417 | 500.00 |
| | 10-11 | 3433 | Wire Deposit | 1/Mr. Narasimha  0941 | 500.00 |
| | 10-11 | 3501 | Wire Deposit | A.Latha Reddy    1731 | 2,970.00 |
| | 10-12 | 4028 | Wire Deposit | Althuru Sahini R 8480 | 1,500.00 |
| | 10-12 | 9942 | Wire Deposit | Manohar Reddy En 8840 | 5,000.00 |
| | 10-13 | 6683 | Wire Deposit | Len C Devary    2615 | 500.00 |



**Business Banking Statement**
**October 31, 2017**
**page 3 of 4**

## Additions
*(con't)*

| Deposits | Date | Serial # | Source | | |
|---|---|---|---|---|---|
| | 10-13 | 6684 | Wire Deposit | Len C Devary    2615 | 500.00 |
| | 10-16 | 2851 | Wire Deposit | Trisha Patel    1018 | 500.00 |
| | 10-16 | 9854 | Wire Deposit | Mohammed Rafi    7148 | 500.00 |
| | 10-16 | 2312 | Wire Deposit | Vemulapalli Kris 8155 | 1,000.00 |
| | 10-17 | 9308 | Wire Deposit | Charles A Hughes 4815 | 500.00 |
| | 10-18 | | Direct Deposit, | Usha Akella    Sender | 300.00 |
| | | | **Total additions** | | **$51,409.00** |

## Subtractions

| Withdrawals | Date | Serial # | Location | | |
|---|---|---|---|---|---|
| | 10-16 | | Internet Trf To DDA 0000440521003283    4451 | | $164,750.00 |
| | | | **Total subtractions** | | **$164,750.00** |

## Fees and charges

| Date | | Quantity | Unit Charge | |
|---|---|---|---|---|
| 10-3-17 | Refund Fedwire Service Charge | 1 | 20.00 | +$20.00 |
| 10-3-17 | Refund Fedwire Service Charge | 1 | 20.00 | +20.00 |
| 10-3-17 | Refund Fedwire Service Charge | 1 | 20.00 | +20.00 |
| 10-3-17 | Refund Fedwire Service Charge | 1 | 20.00 | +20.00 |
| 10-3-17 | Refund Fedwire Service Charge | 1 | 20.00 | +20.00 |
| 10-3-17 | Refund Fedwire Service Charge | 1 | 20.00 | +20.00 |
| 10-3-17 | Refund Fedwire Service Charge | 1 | 20.00 | +20.00 |
| 10-3-17 | Refund Fedwire Service Charge | 1 | 20.00 | +20.00 |
| 10-3-17 | Refund Fedwire Service Charge | 1 | 20.00 | +20.00 |
| 10-3-17 | Refund Fedwire Service Charge | 1 | 20.00 | +20.00 |
| 10-3-17 | Refund Fedwire Service Charge | 1 | 20.00 | +20.00 |
| 10-3-17 | Refund Fedwire Service Charge | 1 | 20.00 | +20.00 |
| 10-3-17 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 10-3-17 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 10-3-17 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 10-3-17 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 10-3-17 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 10-3-17 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 10-3-17 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 10-3-17 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 10-3-17 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 10-3-17 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 10-3-17 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| 10-3-17 | Fedwire Service Charge | 1 | 20.00 | -20.00 |
| | **Fees and charges   this period** | | | **$0.00** |

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth in Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

* KeyBank
Customer Disputes
NY 31 17 0128
17 Corporate Woods Blvd
Albany, NY 12211

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | Transfer to Savings Account |
| XFER FROM SAV | Transfer from Savings Account |
| XFER TO CKG | Transfer to Checking Account |
| XFER FROM CKG | Transfer from Checking Account |
| PMT TO CR CARD | Payment to Credit Card |
| ADV CR CARD | Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101 5885.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101 4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

**INSTRUCTIONS**

**❶** Verify and check off in your check register each deposit, check or other transaction shown on this statement.

Enter into your check register and SUBTRACT:
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

Enter into your check register and ADD:
- Deposits or other credits shown on our statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are *not* shown on your statement. | | ❺ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| **Check # or Date** | **Amount** | **Date** | **Amount** |
| | | | |
| | | | |
| | | | |
| | | **TOTAL ➜** | $ |

| ❻ Enter ending balance shown on your statement. | |
|---|---|
| $ | |

| ❼ Add 5 and 6 and enter total here. | |
|---|---|
| $ | |

| ❽ Enter total from 4. | |
|---|---|
| $ | |

| ❾ Subtract 8 from 7 and enter difference here. | |
|---|---|
| $ | |
| This amount should agree with your check register balance. | |

| **TOTAL ➜** | $ |
|---|---|

KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**November 30, 2017**
**page 1 of 3**

31          T     52 00000 R EM AO

COLONIAL STOCK TRANSFER CO INC
ESCROW #10
66 E EXCHANGE PL
SALT LAKE CITY UT 84111-2713

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

---

## KeyNotes

*Revisions will be made to the Deposit Account Agreement and Funds Availability Policy provided to you when you opened your KeyBank Account as amended. Effective November 15, 2017, PART II - FUNDS AVAILABILITY POLICY section 6. Longer Delays May Apply. Exception Holds: will be revised to change the length of time an Exception Hold is placed on funds you deposit by check from no later than the seventh business day after the day of your deposit to no later than the fifth business day after the day of your deposit. Also effective November 15, 2017, section 7. Special Rules for New Accounts will be revised to change the length of time a New Account Hold is placed on funds you deposit by check from no later than the ninth business day after the day of your deposit to no later than the fifth business day after the day of your deposit.*
.
*Section 6. Exception Holds will be revised as follows:*
.
*Exception Holds: In addition, funds you deposit by check may be delayed for a longer period under the following circumstances:*
    *\* We believe a check you deposit will not be paid.*
    *\* You deposit checks totaling more than $5,000 on any one day.*
    *\* You redeposit a check that has been returned unpaid.*
    *\* You have overdrawn your account repeatedly in the last six months.*
    *\* There is an emergency, such as failure of computer or communications equipment or other conditions beyond our control.*
.
*We will notify you if we delay your ability to withdraw funds for any of these reasons, and we will tell you when the funds will be available. They will generally be available for withdrawal no later than the fifth business day after the day of your deposit. In case of emergency conditions, a notification of any delay in your ability to withdraw funds will be provided within a reasonable time and in a reasonable manner given the emergency circumstances unless funds subject to this delay are made available before such notification must be provided.*
.
*Section 7. Special Rules for New Accounts will be revised as follows:*
.
*7. Special Rules for New Accounts. If you are a new customer, the following*

- 04451
4330

**Business Banking Statement**
**November 30, 2017**
page 2 of 3

## KeyNotes    *(con't)*

*special rules may apply, at our discretion, during the first 30 days your account is open instead of the rules described above.*

*Funds from electronic direct deposits to your account will be available on the business day that the funds are due to you. Funds from deposits of cash, wire transfers, and the first $5,000 of a day's total deposits of cashier's, certified, teller's, traveler's, and federal, state and local government checks will be available on the first business day after the day of your deposit if the deposit meets certain conditions. For example, the checks must be payable to you (and you may have to use a special deposit slip). The excess over $5,000 will be available no later than the fifth business day after the day of your deposit. If your deposit of these checks (other than a U.S. Treasury check) is not made in person to one of our employees, the first $5,000 will not be available until the second business day after the day of your deposit.*

*Funds held from all other check deposits will be available no later than the fifth business day after the day of your deposit.*

*If you have any questions about these changes, please call the phone number on this statement.*

*Please read and retain this important information with all of your Account opening Agreements and Disclosures. A complete copy of the revised Deposit Account Agreement and Funds Availability Policy is available at any KeyBank branch and online at key.com.*

**Key Business Reward Checking**
COLONIAL STOCK TRANSFER CO INC
ESCROW #10

| | |
|---|---|
| Beginning balance 10-31-17 | $13,970.00 |
| 1 Addition | +500.00 |
| **Ending balance 11-30-17** | **$14,470.00** |

## Rewards

Rewards point balance, as of 11-30-2017          5,450

| Rewards Number | Name | Rewards Number | Name |
|---|---|---|---|
| 440521004976000 | COLONIAL STOCK TRANSFER CO INC | 440521004976002 | KATHLEEN CARTER |
| 440521004976001 | JASON R CARTER | | |

Visit key.com/rewards for details

## Additions

| Deposits | Date | Serial # | Source | | |
|---|---|---|---|---|---|
| | 11-16 | 6477 | Wire Deposit | D V S S Lakshmin 0405 | $500.00 |
| | | | **Total additions** | | **$500.00** |

- 04451

4330



**page 3 of 3**

## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth in Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

\* KeyBank
Customer Disputes
NY 31 17 0128
17 Corporate Woods Blvd
Albany, NY 12211

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | Transfer to Savings Account |
| XFER FROM SAV | Transfer from Savings Account |
| XFER TO CKG | Transfer to Checking Account |
| XFER FROM CKG | Transfer from Checking Account |
| PMT TO CR CARD | Payment to Credit Card |
| ADV CR CARD | Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101 5885.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101 4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

### INSTRUCTIONS

**❶** Verify and check off in your check register each deposit, check or other transaction shown on this statement.

Enter into your check register and SUBTRACT:
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

Enter into your check register and ADD:
- Deposits or other credits shown on our statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| **❹** List from your check register any checks or other deductions that are *not* shown on your statement. | | **❺** List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| Check # or Date | Amount | Date | Amount |
| | | | |
| | | | |
| | | | |
| | | TOTAL ➜ | $ |

| **❻** Enter ending balance shown on your statement. |
|---|
| $ |

| **❼** Add 5 and 6 and enter total here. |
|---|
| $ |

| **❽** Enter total from 4. |
|---|
| $ |

| **❾** Subtract 8 from 7 and enter difference here. |
|---|
| $ |

This amount should agree with your check register balance.

| TOTAL ➜ | $ |
|---|---|

04451
4330



KeyBank
P.O. Box 93885
Cleveland, OH 44101-5885

**Business Banking Statement**
**December 31, 2017**
**page 1 of 3**

1 31        T    52 00000 R EM AO
COLONIAL STOCK TRANSFER CO INC
ESCROW #10
66 E EXCHANGE PL
SALT LAKE CITY UT 84111-2713

*Questions or comments?*
Call our Key Business Resource Center
1-888-KEY4BIZ (1-888-539-4249)

---

*Enroll in Online Banking today at Key.com.*
*Access your available accounts, transfer funds and view your transactions right from your PC.*

---

### KeyNotes

*Your account was overdrawn this period.  Enjoy the peace of mind that overdraft protection offers by calling 1-800-KEY2YOU (1-800-539-2968), Key Business Resource Center for more information on all of KeyBank's overdraft protection services.*

---

**Key Business Reward Checking**
COLONIAL STOCK TRANSFER CO INC
ESCROW #10

| | |
|---|---:|
| Beginning balance 11-30-17 | $14,470.00 |
| 1 Addition | +500.00 |
| 3 Subtractions | -16,371.00 |
| Net fees and charges | -60.50 |
| **Ending balance 12-31-17** | **-$1,461.50** |

---

### Rewards

Rewards point balance, as of  12-29-2017        5,500

| Rewards Number | Name | Rewards Number | Name |
|---|---|---|---|
| | COLONIAL STOCK TRANSFER CO INC | | KATHLEEN CARTER |
| | JASON R CARTER | | |

Visit key.com/rewards for details

---

### Additions

| Deposits | Date | Serial # | Source | | |
|---|---|---|---|---|---:|
| | 12-14 | 6324 | Wire Deposit | Andrea M Anzevin 0555 | $500.00 |
| | | | **Total additions** | | **$500.00** |

---

- 04451

5205

**Business Banking Statement**
**December 31, 2017**
**page 2 of 3**

## Subtractions

*Paper Checks*          *check missing from sequence

| Check | Date | Amount |
|-------|------|--------|
| 1872 | 12-19 | $1,901.00 |

**Paper Checks Paid**          **$1,901.00**

| *Withdrawals* | *Date* | *Serial #* | *Location* | | |
|---------------|--------|-----------|-----------|------|------|
| | 12-1 | | Internet Trf To DDA 0000000560010795 | 4451 | $2,345.00 |
| | 12-1 | | Internet Trf To DDA 0000440521003283 | 4451 | 12,125.00 |
| | | | **Total subtractions** | | **$16,371.00** |

## Fees and charges

| Date | | Quantity | Unit Charge | |
|------|--|----------|-------------|--|
| 12-19-17 | Overdraft Item Charge | 1 | 32.00 | -$32.00 |
| 12-26-17 | Recurring Overdraft Service Charge | 1 | 28.50 | -28.50 |
| | **Fees and charges  assessed this period** | | | **-$60.50** |

- 04451

5205



## CUSTOMER ACCOUNT DISCLOSURES

The following disclosures apply only to accounts covered by the Federal Truth in Lending Act or the Federal Electronic Funds Transfer Act, as amended, or similar state laws.

**IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS:**

Call us at the phone number indicated on the first page of this statement, OR write us at the address listed below*, as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

* KeyBank
Customer Disputes
NY 31 17 0128
17 Corporate Woods Blvd
Albany, NY 12211

- Tell us your name and Account number;
- Describe the error or transfer that you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information;
- Tell us the dollar amount of the suspected error.

If you tell us orally, we may require that you send us your complaint or question in writing within ten (10) business days.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**COMMON ELECTRONIC TRANSACTION DESCRIPTIONS:**

| | |
|---|---|
| XFER TO SAV | Transfer to Savings Account |
| XFER FROM SAV | Transfer from Savings Account |
| XFER TO CKG | Transfer to Checking Account |
| XFER FROM CKG | Transfer from Checking Account |
| PMT TO CR CARD | Payment to Credit Card |
| ADV CR CARD | Advance from Credit Card |

**Preauthorized Credits:** If you have arranged to have direct deposits made to your Account at least once every sixty (60) days from the same person or company, you can call us at the number indicated on the reverse side to find out whether or not the deposit has been made.

**IMPORTANT LINE OF CREDIT INFORMATION**

**What To Do If You Think You Find A Mistake on Your Statement:** If you think there is an error on your statement, write us at: KeyBank N.A., P.O Box 93885, Cleveland, OH 44101 5885.

In your letter, give us the following information:

- Account Information : Your name and account number.
- Dollar Amount : The dollar amount of the suspected error.
- Description of the Problem : If you think there is an error on your bill, describe what you believe is wrong and why you believe it was a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Explanation of Finance Charge:** Your Finance Charge attributable to interest (hereinafter referred to as interest) is computed using the Average Daily Balance method.

**Average Daily Balance method (Balance Subject to Interest Rate):** Your interest is computed on all purchases and cash advances (collectively "advances") from the date each advance is posted until we receive payment in full (there is no grace period). We figure the interest on your line of credit by multiplying the daily periodic rate by the "Average Daily Balance" of your line of credit (including current transactions) and multiplying by the number of days in the billing cycle. To get the Average Daily Balance we take the beginning balance of your line of credit each day, add any new advances or debits, and subtract any payments and credits, any non financed fees and unpaid interest. This gives us the daily balance. Then we add up all of your daily balances in the billing cycle and divide this total by the number of days in the billing cycle to get your Average Daily Balance.

**CREDIT INFORMATION:** If you believe we have reported inaccurate information about your account to a credit reporting agency, you may contact the credit reporting agency or write to us at:

Key Credit Research Department
P.O. Box 94518
Cleveland, Ohio 44101 4518

Please include your account number, a copy of your credit report reflecting the inaccurate information, name, address, city, state, and zip code, and an explanation of why you believe the information is inaccurate.

### BALANCING YOUR ACCOUNT

Please examine your statement and paid check information upon receipt. Erasures, alterations or irregularities should be reported promptly in accordance with your account agreement. The suggested steps below will help you balance your account.

**INSTRUCTIONS**

❶ Verify and check off in your check register each deposit, check or other transaction shown on this statement.

Enter into your check register and SUBTRACT:
- Checks or other deductions shown on our statement that you have *not* already entered.
- The "Service charges", if any, shown on your statement.

Enter into your check register and ADD:
- Deposits or other credits shown on our statement that you have *not* already entered.
- The "Interest earned" shown on your statement, if any.

| ❹ List from your check register any checks or other deductions that are *not* shown on your statement. | | ❺ List any deposits from your check register that are *not* shown on your statement. | |
|---|---|---|---|
| **Check # or Date** | **Amount** | **Date** | **Amount** |
| | | | |
| | | | |
| | | | |
| | | **TOTAL ➔** | $ |

| ❻ Enter ending balance shown on your statement. | |
|---|---|
| $ | |

| ❼ Add 5 and 6 and enter total here. | |
|---|---|
| $ | |

| ❽ Enter total from 4. | |
|---|---|
| $ | |

| ❾ Subtract 8 from 7 and enter difference here. | |
|---|---|
| $ | |

| **TOTAL ➔** | $ |
|---|---|

This amount should agree with your check register balance.

# EXHIBIT F

# *LONGFIN CORP*

## CONTROL LOG

### CL A Common stock

### Thursday, December 21, 2017

| DATE SHAREHOLDER | CERT | STATUS | CANCELLED | ISSUED |
|---|---|---|---|---|
| **7 /6 /2017**   **Starting Balance - Shares Outstanding** | | | | **0.00** |
| Transactions | | | | |
| 7/7/2017 | | | | |
| VENKATA SRINIVAS MEENAVALLI | 1001 | RC | | 10,000,000.00 |
| STAMPEDE CAPITAL LIMITED | 1002 | RC | | 27,500,000.00 |
| **Balance after transaction** | | | | 37,500,000.00 |
| 9/1/2017 | | | | |
| VASUDEVA RAO MARAKA | 900001 | | | 100.00 |
| DORABABU PENUMARTHI | 900002 | | | 100.00 |
| CHINTAN NITIN SHAH | 900003 | | | 100.00 |
| NITIN AMBALAL SHAH | 900004 | | | 100.00 |
| NEERU NITIN SHAH | 900005 | | | 100.00 |
| THUNUGUNTLA NAGA SATYA RANJITH KUMAR | 900006 | | | 100.00 |
| G NARASIMHA RAO | 900007 | | | 100.00 |
| NAGENDRA BABU MUPPAVARAPU | 900008 | | | 100.00 |
| EMMANUEL DASI | 900009 | | | 100.00 |
| MADHU BABU KOTHARU | 900010 | | | 100.00 |
| KUSUMA SHIVA PRASAD | 900011 | | | 100.00 |
| SURESH TAMMINEEDI | 900012 | | | 100.00 |
| BOTU PRABHAKARARAO | 900013 | | | 100.00 |
| DVS PRAKASH RAO | 900014 | | | 100.00 |
| SATVIKA NANDURI | 900015 | | | 7,700.00 |
| MEENAVALLI KRISHNA MOHAN | 900016 | | | 100.00 |
| SAILAJA DASIGI | 900017 | | | 100.00 |
| T ARUNA | 900018 | | | 100.00 |
| VENKAYAMMA PARIMI | 900019 | | | 100.00 |
| UMA KUMARI NANDURI | 900020 | | | 8,000.00 |
| ASHWIN REDDY MITTA | 900021 | | | 100.00 |
| KAMESWARI DASIGI | 900022 | | | 100.00 |
| KALYANA SAHITHI NANDURI | 900023 | | | 8,000.00 |
| RAJU SAMANTHAPUDI B | 900024 | | | 100.00 |
| HEMALATHA K | 900025 | | | 1,200.00 |
| PAREKH VENESSA K | 900026 | | | 100.00 |

# *LONGFIN CORP*

## CONTROL LOG

### CL A Common stock

### Thursday, December 21, 2017

| DATE SHAREHOLDER | CERT | STATUS | CANCELLED | ISSUED |
|---|---|---|---|---|
| PAREKH KRISHA K | 900027 | | | 100.00 |
| PRATHIPATI PARTHASARATHI | 900028 | | | 100.00 |
| MEENAVALLI VISWANATH C | 900029 | | | 100.00 |
| DINESH PRATAP SINGH | 900030 | | | 350.00 |
| LINGAM NITYA | 900031 | | | 1,550.00 |
| ALTHURU SAHINI REDDY | 900032 | | | 1,550.00 |
| SYED AZAMJAHI | 900033 | | | 100.00 |
| ALTHURU LATHA REDDY | 900034 | | | 625.00 |
| SATYA SRIKANTH KARATURI | 900035 | | | 100.00 |
| MEENAVALLI USHARANI | 900036 | | | 100.00 |
| **Balance after transaction** | | | | 37,531,775.00 |
| 9/15/2017 | | | | |
| KRISHANU SINGHAL | 900037 | RC | | 3,375,000.00 |
| ANDY ALTAHAWI | 900038 | RC | | 2,025,000.00 |
| **Balance after transaction** | | | | 42,931,775.00 |
| 10/16/2017 | | | | |
| INDIRAMMA KANCHARLA | 900039 | | | 100.00 |
| ABDUL KAREEM FEROZ | 900040 | | | 100.00 |
| ANIL KUMAR SEERA | 900041 | | | 100.00 |
| PENDURTHI ANNAPURNA | 900042 | | | 3,800.00 |
| D. ANUSHA GAYATRI | 900043 | | | 100.00 |
| ARCHANA AYSOLA | 900044 | | | 100.00 |
| ASWANI K MEKA | 900045 | | | 100.00 |
| BANDHAVI M | 900046 | | | 100.00 |
| SURYA BHAGAVAN BHOGIREDDI | 900047 | | | 100.00 |
| KOLLIPARA BHANU PRAKASH | 900048 | | | 100.00 |
| THUMATI BHASKAR RAO | 900049 | | | 100.00 |
| BHAVNA SINGH | 900050 | | | 200.00 |
| KRISHNA KUMARI VEMULAPALLI | 900051 | | | 100.00 |
| BODAKE BABAJI SHAMRAO | 900052 | | | 100.00 |
| SHUBHAM BODAKE | 900053 | | | 100.00 |
| BANDARU PRABHAKAR | 900054 | | | 100.00 |
| BATHINA VENKA REDDY | 900055 | | | 100.00 |
| PRAVEEN CHAGANTI | 900056 | | | 100.00 |

# *LONGFIN CORP*

## CONTROL LOG

### CL A Common stock

### Thursday, December 21, 2017

| DATE SHAREHOLDER | CERT | STATUS | CANCELLED | ISSUED |
|---|---|---|---|---|
| MADHAVI JAVVAJI | 900057 | | | 100.00 |
| CHERUKURI RAVINDRA | 900058 | | | 100.00 |
| SRINIVAS NEKKANTI | 900059 | | | 100.00 |
| CHODA RAJESWARI | 900060 | | | 100.00 |
| CHUKKA LAKSHMI | 900061 | | | 100.00 |
| CHUKKA SIVA SATYA SRINIVAS | 900062 | | | 100.00 |
| DASARATH NASA | 900063 | | | 100.00 |
| DASI SAMUEL | 900064 | | | 100.00 |
| BHAVANI DUMPALA | 900065 | | | 100.00 |
| J V RAMANA | 900066 | | | 100.00 |
| DHANESH PERUMALLA | 900067 | | | 100.00 |
| DIVYA PYLA | 900068 | | | 100.00 |
| DAVID NICHOLS | 900069 | | | 100.00 |
| SRINIVAS DONDAPATI | 900070 | | | 200.00 |
| DURGA PRASAD KOTTALANKA | 900071 | | | 100.00 |
| MIGUEL COND | 900072 | | | 100.00 |
| ERIC T CASTORINA | 900073 | | | 100.00 |
| DASI PHEBE | 900074 | | | 100.00 |
| GADAM AASHISH JOHN | 900075 | | | 100.00 |
| GALI PADMA | 900076 | | | 100.00 |
| GALI SURESH BABU | 900077 | | | 100.00 |
| V.S SATYA KUMAR GAMIDI | 900078 | | | 100.00 |
| GHOUSIA BEGUM | 900079 | | | 100.00 |
| NAGA SURYA NALINI GUNTURU | 900080 | | | 100.00 |
| B GOPI KRISHNA | 900081 | | | 100.00 |
| MARAKA GOWRI SIREESHA | 900082 | | | 100.00 |
| BEEDAVALLI GRACE EVANGELINE | 900083 | | | 100.00 |
| HARINTH GUPTA JAVVAJI | 900084 | | | 100.00 |
| GUNTURU VISWANATH RAKESH | 900085 | | | 100.00 |
| HARIKA MAJETI | 900086 | | | 100.00 |
| GOLI HARINATH REDDY | 900087 | | | 100.00 |
| PATEL KARISHMA | 900088 | | | 100.00 |
| HARSHA KALYAN GUNDALA | 900089 | | | 100.00 |
| HARSHITA CATHERINE | 900090 | | | 100.00 |

# *LONGFIN CORP*

## CONTROL LOG

### CL A Common stock

### Thursday, December 21, 2017

| DATE SHAREHOLDER | CERT | STATUS | CANCELLED | ISSUED |
|---|---|---|---|---|
| G HEMALATHA | 900091 | | | 100.00 |
| JAGADEESH PRASAD VEGI | 900092 | | | 100.00 |
| RENDUCHINTALA SRI NAGA SATYA VENKATA JAGANNADHA PRASAD | 900093 | | | 100.00 |
| JOHN H FLAKE | 900094 | | | 100.00 |
| SAIBABU JAMMULA | 900095 | | | 100.00 |
| M.V KAMALDEVI | 900096 | | | 100.00 |
| KARINGAM AVINASH | 900097 | | | 100.00 |
| KARINGAM SAPNA | 900098 | | | 100.00 |
| SRINIVAS REDDY KARVEDA | 900099 | | | 100.00 |
| SHARADHA REDDY KARVEDA | 900100 | | | 100.00 |
| KODURI KIRAN | 900101 | | | 100.00 |
| KARINGAM JANARDHAN REDDY | 900102 | | | 100.00 |
| KANCHARLA KUMARA NAGA BHIMESWARA RAO | 900103 | | | 100.00 |
| KORPU V K K DURGA | 900104 | | | 100.00 |
| V KRISHNAYYA NEKKANTI | 900105 | | | 100.00 |
| KRISHNAVENI AMBALA | 900106 | | | 100.00 |
| SAILAJA KANCHARLA | 900107 | | | 100.00 |
| KORPU SIVARAM KRISHNA | 900108 | | | 100.00 |
| YARLAGADDA VIJAYA KUMARI | 900109 | | | 100.00 |
| HIMANSHU LAL | 900110 | | | 100.00 |
| BANU CHANDRA S V G VASHISHTA LAVETI | 900111 | | | 100.00 |
| CH.LAKSHMI BRAMARAMBA | 900112 | | | 100.00 |
| LIKHITHA NUTHAKKI | 900113 | | | 100.00 |
| LINGAM TRIVIKRAM | 900114 | | | 1,400.00 |
| LINGAM RATNA KUMAR | 900115 | | | 1,550.00 |
| LAVAKUSH | 900116 | | | 100.00 |
| SRL MADHUSUDHAN | 900117 | | | 100.00 |
| GANESH KUMAR PILLA | 900118 | | | 100.00 |
| RATHIKA MUTHURAMAN | 900119 | | | 100.00 |
| M V SATISH REDDY | 900120 | | | 100.00 |
| MEENAVALLI KRISHNA MOHAN | 900121 | | | 100.00 |
| KRISHNAM RAJU MANTHENA | 900122 | | | 100.00 |
| MICHAEL V CINA | 900123 | | | 100.00 |

# *LONGFIN CORP*

## CONTROL LOG

### CL A Common stock

### Thursday, December 21, 2017

| DATE SHAREHOLDER | CERT | STATUS | CANCELLED | ISSUED |
|---|---|---|---|---|
| MOHAMMAD KHASIM | 900124 | | | 100.00 |
| M RAMULU | 900125 | | | 100.00 |
| GADDI LINGA MURTHY | 900126 | | | 100.00 |
| MUTYA SURYANARAYANA MURTHY | 900127 | | | 100.00 |
| M. RAGHAVENDRA RAO | 900128 | | | 100.00 |
| MEENAVALLI VENKAT LAKSHMI | 900129 | | | 100.00 |
| VEGI NAGADEVI | 900130 | | | 100.00 |
| NAGESWARA RAO KANCHARLA | 900131 | | | 100.00 |
| KALAKOTA VENKATA LAXMI NARASIMHA RAO | 900132 | | | 100.00 |
| Y SURENDRA NATH | 900133 | | | 100.00 |
| NAVEEN PRITHVI | 900134 | | | 100.00 |
| M NEELIMA REDDY | 900135 | | | 100.00 |
| NITESH CHOWDHARY BALUSU | 900136 | | | 100.00 |
| PRAVEENA BALUSU | 900137 | | | 100.00 |
| LINGAM UMADEVI | 900138 | | | 1,400.00 |
| PADMAVATHI ANAKALLA | 900139 | | | 100.00 |
| NARESH PAMIDI | 900140 | | | 100.00 |
| PAUL R ANDERSON | 900141 | | | 100.00 |
| PAVITHRA YARLAGADDA | 900142 | | | 100.00 |
| MEHTA PAYAL TAPAN | 900143 | | | 100.00 |
| PATEL ASHA | 900144 | | | 200.00 |
| PENUMETCHA MURALI KRISHNAM RAJU | 900145 | | | 1,000.00 |
| KOLLIMARLA NARENDRA PRASAD | 900146 | | | 100.00 |
| N K PRIYANKA | 900147 | | | 100.00 |
| PENDURTHI VEER RAJU | 900148 | | | 1,600.00 |
| GUNTUR RAGHU RAM | 900149 | | | 100.00 |
| VEGI RAJANI | 900150 | | | 100.00 |
| RAJESHWAR RAJU KOLAHALAM | 900151 | | | 100.00 |
| SRINIVASA RAJU KAKARLAPUDI | 900152 | | | 100.00 |
| VARUN RAJ JANNAIKODA | 900153 | | | 100.00 |
| SWAPNA MEKALA | 900154 | | | 100.00 |
| RENDUCHINTALA ANANTHA LAKSHMI | 900155 | | | 100.00 |
| D V S RAMALAKSHMI | 900156 | | | 100.00 |
| RAMESH MANAVARTHI | 900157 | | | 100.00 |

# *LONGFIN CORP*

## CONTROL LOG

### CL A Common stock

### Thursday, December 21, 2017

| DATE SHAREHOLDER | CERT | STATUS | CANCELLED | ISSUED |
|---|---|---|---|---|
| YARLAGADDA RAMESH | 900158 | | | 100.00 |
| RAMESH KUMAR REDDY ANAKALLA | 900159 | | | 100.00 |
| RATNAJI GADDE CHOWDARY | 900160 | | | 100.00 |
| RATAKONDA VIVEK KUMAR | 900161 | | | 100.00 |
| ROHINI MOPURI | 900162 | | | 100.00 |
| RATAKONDA SNEHA SAI | 900163 | | | 100.00 |
| S SRINIVAS VEMULAPALLI | 900164 | | | 100.00 |
| CHRIS D SANTALUCIA | 900165 | | | 100.00 |
| PUPPALA SANTHOSH KUMAR | 900166 | | | 100.00 |
| S SASIKALA | 900167 | | | 100.00 |
| SATYANARAYANA BOLLA | 900168 | | | 100.00 |
| TAMMINEEDI SATYAVATHI | 900169 | | | 100.00 |
| JYOTHI MALLINA | 900170 | | | 100.00 |
| SATYANARAYANA TAMMINEEDI | 900171 | | | 100.00 |
| SARATH CHANDRA ROY BANDLA | 900172 | | | 100.00 |
| SHAIKH MASTAN | 900173 | | | 100.00 |
| TAMMINEEDI SRI MOUNYA CHOWDARY | 900174 | | | 100.00 |
| TATIPAKA SRINIVASA RAO | 900175 | | | 100.00 |
| SHAIK GOUSE | 900176 | | | 100.00 |
| SYED NOORI | 900177 | | | 100.00 |
| ANAND-NICHOLS, SONIA | 900178 | | | 100.00 |
| SRIDHAR TATIPAKA | 900179 | | | 100.00 |
| VEGI SRIHARI | 900180 | | | 100.00 |
| TATIPAKA SRIHARI RAO | 900181 | | | 100.00 |
| SRIKANTH TATIPAKA | 900182 | | | 100.00 |
| SRINATH REDDY BODDU | 900183 | | | 100.00 |
| M.V.S.S SRINIVAS | 900184 | | | 100.00 |
| CHILLAKURU SRUTHI | 900185 | | | 1,400.00 |
| SUDHEER VEGI | 900186 | | | 100.00 |
| SUJANI CHALAGALLA | 900187 | | | 100.00 |
| BODAKE SULABHA BABAJI | 900188 | | | 100.00 |
| BANDARU SUMA | 900189 | | | 100.00 |
| KARINGAM SUNANDA | 900190 | | | 100.00 |
| SUNKAVALLI GANGARAJU | 900191 | | | 100.00 |

# *LONGFIN CORP*

## CONTROL LOG

### CL A Common stock

### Thursday, December 21, 2017

| DATE SHAREHOLDER | CERT | STATUS | CANCELLED | ISSUED |
|---|---|---|---|---|
| SURENDRA MANDADAPU | 900192 | | | 100.00 |
| RAJESH TAMMINEEDI | 900193 | | | 100.00 |
| NALLA SURESH KUMAR | 900194 | | | 100.00 |
| ANUROOPA TAMMINEEDI | 900195 | | | 100.00 |
| MUTYA VENKATA SURYA KALA | 900196 | | | 100.00 |
| SURYA KUMAR MEKA | 900197 | | | 100.00 |
| CHODA SWETHA | 900198 | | | 100.00 |
| M.V.D TANUJA | 900199 | | | 100.00 |
| TAPAN J MEHTA | 900200 | | | 100.00 |
| THOMAS C EGG | 900201 | | | 100.00 |
| ABARAHAM PRABHU CHARAN REDDYPOGU | 900202 | | | 100.00 |
| PRIYANKA MONEY | 900203 | | | 100.00 |
| FERRONE, THOMAS, W | 900204 | | | 100.00 |
| THOMAS K NICHOLS | 900205 | | | 100.00 |
| RAMADEVI TATIPAKA | 900206 | | | 100.00 |
| T SOWJANYA | 900207 | | | 100.00 |
| VENKATA SRI VAMSI KRISHNA ADABALA | 900208 | | | 100.00 |
| VAMSI RAJ JANNEKOODE | 900209 | | | 100.00 |
| VEGI VENKATESWARA RAO | 900210 | | | 100.00 |
| VENKATESHWARLU AMBALA | 900211 | | | 100.00 |
| MANTRI VENKATI | 900212 | | | 100.00 |
| VENKAT S YARLAGADDA | 900213 | | | 100.00 |
| VENU GUDA | 900214 | | | 100.00 |
| R VIKRAM | 900215 | | | 100.00 |
| VINEELA ROSELIN | 900216 | | | 100.00 |
| VINODH KUMAR PINDI | 900217 | | | 100.00 |
| RATAKONDA JHANSI LAKSHMI | 900218 | | | 100.00 |
| TAMMINEEDI VENKATESWARA RAO | 900219 | | | 100.00 |
| SRI SAI YARLAGADDA | 900220 | | | 100.00 |
| GADDI RAMADEVI | 900221 | | | 100.00 |
| V JAYA PRAKASH | 900222 | | | 100.00 |
| GADDE KRISHNA | 900223 | | | 100.00 |
| GADDE UMA SHANKAR MAHESWARAO | 900224 | | | 100.00 |
| POLINA VEERA VENKATA SATYANARAYANA | 900225 | | | 100.00 |

# *LONGFIN CORP*

## CONTROL LOG

### CL A Common stock

### Thursday, December 21, 2017

| DATE | | | | | |
|------|------|--------|-----------|--------|
| SHAREHOLDER | CERT | STATUS | CANCELLED | ISSUED |
| MANTRI GOWTHAMI | 900226 | | | 100.00 |
| MANTRI PADMA LATHA | 900227 | | | 100.00 |
| MANTRI SRAVANI | 900228 | | | 100.00 |
| C.INDIRA PHANI | 900229 | | | 200.00 |
| KOTA SRINIVAS | 900230 | | | 100.00 |
| T PRAVEEN KUMAR | 900231 | | | 100.00 |
| V L PRIYANKA KONDAVEETI | 900232 | | | 100.00 |
| B OMKARESWARI | 900233 | | | 100.00 |
| SANTALUCIA KELLY | 900234 | | | 100.00 |
| LOKESWARA REDDY CHINNAM | 900235 | | | 100.00 |
| TAMMINEEDI SRI DEVI PADMA | 900236 | | | 100.00 |
| MICHAEL J NICHOLS | 900237 | | | 100.00 |
| N. V. SURENDRA KUMAR | 900238 | | | 100.00 |
| MEHARJI PILLA | 900239 | | | 100.00 |
| G PREMA LATHA | 900240 | | | 100.00 |
| RATAKONDA ANURADHA | 900241 | | | 100.00 |
| MOHAMMAD SHAREEF | 900242 | | | 100.00 |
| SANJAY A SINGURI | 900243 | | | 100.00 |
| ANDHAVARAPU SRIDHAR | 900244 | | | 100.00 |
| SUZANNE SHUGG | 900245 | | | 100.00 |
| SRI SRINVAS PRATHIPATI | 900246 | | | 200.00 |
| SURESH VEMPATI | 900247 | | | 100.00 |
| SWAPNA VEMULAPALLI | 900248 | | | 100.00 |
| MUTHUMULA VASANTHA KUMAR | 900249 | | | 100.00 |
| **Balance after transaction** | | | | **42,964,825.00** |
| 11/30/2017 | | | | |
| DRONAMRAJU VENKATA SURYA SUBRAHMANYA LAKSHMI NARAYANA | 900250 | | | 100.00 |
| J GAYATRIDEVI | 900251 | | | 100.00 |
| BEN B DEVARY | 900252 | | | 100.00 |
| MANOHAR R ENUGU | 900253 | | | 1,000.00 |
| RAFI MOHAMMED | 900254 | | | 100.00 |
| CHARLES A HUGHES | 900255 | | | 100.00 |
| LEN C DEVARY | 900256 | | | 100.00 |
| TRISHA PATEL | 900257 | | | 100.00 |

# *LONGFIN CORP*

## CONTROL LOG

### CL A Common stock

### Thursday, December 21, 2017

| DATE | | | | | |
|------|------|--------|-----------|--------|
| **SHAREHOLDER** | **CERT** | **STATUS** | **CANCELLED** | **ISSUED** |
| ALTHURU LATHA REDDY | 900258 | | | 600.00 |
| ALTHURU SAHINI REDDY | 900259 | | | 300.00 |
| KRISHNA KUMARI VEMULAPALLI | 900260 | | | 200.00 |
| AKELLA MANI | 900261 | | | 100.00 |
| **Balance after transaction** | | | | 42,967,725.00 |
| 12/6/2017 | | | | |
| VASUDEVA RAO MARAKA | 900262 | R | | 40,000.00 |
| DORABABU PENUMARTHI | 900263 | R | | 40,000.00 |
| SHAH CHINTAN NITIN | 900264 | R | | 5,000.00 |
| THUNUGUNTLA NAGA SATYA RANJITH KUMAR | 900265 | R | | 20,000.00 |
| RAO GUNTURU NARASIMHA | 900266 | R | | 40,000.00 |
| EMMANUEL DASI | 900267 | R | | 20,000.00 |
| SURESH TAMMINEEDI | 900268 | R | | 30,000.00 |
| SATVIKA NANDURI | 900269 | R | | 8,000.00 |
| PRATHIPATI PARTHASARATHI | 900270 | R | | 10,000.00 |
| ALTHURU SAHINI REDDY | 900271 | R | | 2,000.00 |
| SATYA SRIKANTH KARATURI | 900272 | R | | 10,000.00 |
| PENDURTHI ANNAPURNA | 900273 | R | | 2,000.00 |
| KARINGAM AVINASH | 900274 | R | | 10,000.00 |
| KORPU V K K DURGA | 900275 | R | | 10,000.00 |
| YARLAGADDA VIJAYA KUMARI | 900276 | R | | 10,000.00 |
| LINGAM TRIVIKRAM | 900277 | R | | 560.00 |
| LINGAM RATNA KUMAR | 900278 | R | | 600.00 |
| GADDI LINGA MURTHY | 900279 | R | | 50,000.00 |
| PENUMETCHA MURALI KRISHNAM RAJU | 900280 | R | | 30,000.00 |
| RATAKONDA VIVEK KUMAR | 900281 | R | | 50,000.00 |
| RATAKONDA SNEHA SAI | 900282 | R | | 7,000.00 |
| RATAKONDA JHANSI LAKSHMI | 900283 | R | | 7,000.00 |
| GADDI RAMADEVI | 900284 | R | | 7,000.00 |
| DRONAMRAJU VENKATA SURYA SUBRAHMANYA LAKSHMI NARAYANA | 900285 | R | | 200.00 |
| **Balance after transaction** | | | | 43,377,085.00 |
| 12/11/2017 | | | | |
| NETWORK FINANCIAL SECURITIES | 900286 | | | 663,904.00 |

# *LONGFIN CORP*

## CONTROL LOG

### CL A Common stock

### Thursday, December 21, 2017

| DATE SHAREHOLDER | CERT | STATUS | CANCELLED | ISSUED |
|---|---|---|---|---|
| **Balance after transaction** | | | | 44,040,989.00 |
| 12/19/2017 | | | | |
| UMA DEVI LINGAM | 900138 | | (1,400.00) | |
| CEDE & CO (FAST) | 900318 | | (857,089.00) | |
| CEDE & CO (FAST) | 900319 | | | 858,489.00 |
| **Balance after transaction** | | | | 44,040,989.00 |
| 12/20/2017 | | | | |
| MERIDIAN ENTERPRISES PTE LTD | 900327 | R | | 2,150,000.00 |
| GALAXY MEDIA LTD | 900328 | R | | 100,000.00 |
| BACHCHAN ABHISHEK | 900329 | R | | 125,000.00 |
| BACHCHAN AMITAB | 900330 | R | | 125,000.00 |
| **Balance after transaction** | | | | 46,540,989.00 |

**12/21/2017   Current Control Log Balance - Shares Outstanding                   46,540,989.00**

| | |
|---|---|
| Free Trading Stock | 1,140,989 |
| Restricted Stock | 45,400,000 |
| Shares Outstanding | 46,540,989 |

# EXHIBIT G



T    **STATEMENT OF ACCOUNT**

LONGFIN CORP
85 BROAD ST STE 16017
NEW YORK NY 10004

| | |
|---|---|
| Page: | 1 of 5 |
| Statement Period: | Sep 01 2017-Sep 30 2017 |
| Cust Ref #: | 4341651598-717-T-### |
| Primary Account #: | ████████ |

## TD Business Convenience Plus

LONGFIN CORP                                                          Account #  ████ 1598

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 12,684.73 | Average Collected Balance | 125,697.41 |
| Other Credits | 191,115.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 4,200.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 9,356.01 | Days in Period | 30 |
| Other Withdrawals | 81,255.00 | | |
| Service Charges | 2.00 | | |
| Ending Balance | 108,986.72 | | |

### DAILY ACCOUNT ACTIVITY

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/05 | WIRE TRANSFER INCOMING, COLONIAL STOCK TRANSFER CO INC | 159,115.00 |
| 09/05 | WIRE TRANSFER INCOMING, STAMPEDE TRADEX PTE. LTD. | 32,000.00 |
| | Subtotal: | 191,115.00 |

**Checks Paid**  No. Checks: 3    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 09/11 | 127 | 1,600.00 | 09/11 | 151* | 1,600.00 |
| 09/11 | 128 | 1,000.00 | | | |
| | | | | Subtotal: | 4,200.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/01 | CCD DEBIT, PAYCHEX INC. PAYROLL 72754700009672X | 3,609.05 |
| 09/05 | ACH DEBIT, 85 BROAD TENANT EPAY 55ZZBQ | 1,894.00 |
| 09/05 | CCD DEBIT, PAYCHEX TPS TAXES 72756800007982X | 1,794.55 |
| 09/05 | DEBIT CARD PURCHASE, AUT 083117 VISA DDA PUR ADVANCED COMPUTER INNOVA   585 385 3810  * NY 4085404018238570 | 135.39 |
| 09/05 | DEBIT CARD PURCHASE, AUT 083117 VISA DDA PUR ADVANCED COMPUTER INNOVA   585 385 3810  * NY 4085404018238570 | 135.38 |
| 09/05 | DEBIT CARD PAYMENT, AUT 090217 VISA DDA PUR VBS VONAGE BUSINESS   866 901 0242  * GA 4085404018238570 | 111.15 |
| 09/05 | CCD DEBIT, PAYCHEX EIB INVOICE X72754100013451 | 75.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page:          2 of 5

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.



| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS | ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS | WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  | ❷ |  |  |  |  |  | ❹ |

**FOR CONSUMER ACCOUNTS ONLY    IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

    Your name and account number.
    A description of the error or transaction you are unsure about.
    The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY    BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

    Your name and account number.
    The dollar amount of the suspected error.
    Describe the error and explain, if you can, why you believe there is an error.
    If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that may have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

**LONGFIN CORP**

| | |
|---|---|
| Page: | 3 of 5 |
| Statement Period: | Sep 01 2017-Sep 30 2017 |
| Cust Ref #: | 4341651598-717-T-### |
| Primary Account #: | |

---

**DAILY ACCOUNT ACTIVITY**

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/05 | DEBIT CARD PAYMENT, AUT 083117 VISA DDA PUR<br>FACEBK 7NRQQD6AN2      650 5434800  * CA<br>4085404018238570 | 57.88 |
| 09/05 | DEBIT CARD PAYMENT, AUT 090217 VISA DDA PUR<br>INTUIT  QB ONLINE      800 286 6800  * CA<br>4085404018238570 | 43.55 |
| 09/05 | DEBIT CARD PURCHASE, AUT 083117 VISA DDA PUR<br>ADVANCED COMPUTER INNOVA    585 385 3810  * NY<br>4085404018238570 | 35.53 |
| 09/05 | DEBIT CARD PURCHASE, AUT 083117 VISA DDA PUR<br>ADVANCED COMPUTER INNOVA    585 385 3810  * NY<br>4085404018238570 | 22.79 |
| 09/05 | DEBIT CARD PURCHASE, AUT 083117 VISA DDA PUR<br>ADVANCED COMPUTER INNOVA    585 385 3810  * NY<br>4085404018238570 | 19.74 |
| 09/07 | DEBIT CARD PAYMENT, AUT 090617 VISA DDA PUR<br>MSFT  E07004FYNW      800 642 7676  * WA<br>4085404018238570 | 13.61 |
| 09/07 | DEBIT CARD PURCHASE, AUT 090617 VISA DDA PUR<br>UBER SEP06 KY4QB HELP UB   800 5928996   * CA<br>4085404018238570 | 8.71 |
| 09/07 | DEBIT CARD PURCHASE, AUT 090617 VISA DDA PUR<br>UBER  TIP KY4QB        HELP UBER COM * CA<br>4085404018238570 | 2.00 |
| 09/08 | DEBIT CARD PURCHASE, AUT 090617 VISA DDA PUR<br>AMTRAK COM 249070258649   WASHINGTON   * DC<br>4085404018951479 | 540.20 |
| 09/08 | DEBIT CARD PURCHASE, AUT 090617 VISA DDA PUR<br>TRAVEL INSURANCE POLICY    800 729 6021  * VA<br>4085404018951479 | 36.00 |
| 09/15 | DEBIT CARD PURCHASE, AUT 091317 VISA DDA PUR<br>STAPLES      00101931    NEW YORK    * NY<br>4085404018951479 | 47.96 |
| 09/18 | DEBIT CARD PURCHASE, AUT 091517 VISA DDA PUR<br>ADVANCED COMPUTER INNOVA    585 385 3810  * NY<br>4085404018951479 | 135.48 |
| 09/18 | DEBIT CARD PURCHASE, AUT 091517 VISA DDA PUR<br>ADVANCED COMPUTER INNOVA    585 385 3810  * NY<br>4085404018951479 | 43.07 |
| 09/18 | DEBIT CARD PURCHASE, AUT 091517 VISA DDA PUR<br>ADVANCED COMPUTER INNOVA    585 385 3810  * NY<br>4085404018951479 | 22.38 |
| 09/18 | DEBIT CARD PURCHASE, AUT 091517 VISA DDA PUR<br>ADVANCED COMPUTER INNOVA    585 385 3810  * NY<br>4085404018951479 | 13.42 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

LONGFIN CORP

Page:                           4 of 5
Statement Period:    Sep 01 2017-Sep 30 2017
Cust Ref #:                 4341651598-717-T-###
Primary Account #:

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/18 | DEBIT CARD PURCHASE, AUT 091517 VISA DDA PUR ADVANCED COMPUTER INNOVA    585 385 3810  * NY 4085404018951479 | 9.01 |
| 09/18 | DEBIT CARD PURCHASE, AUT 091517 VISA DDA PUR ADVANCED COMPUTER INNOVA    585 385 3810  * NY 4085404018951479 | 9.00 |
| 09/20 | CCD DEBIT, PAYX-PIA-WC WC-PREMIUM 0000028907557 | 75.00 |
| 09/21 | DEBIT CARD PURCHASE, AUT 091917 VISA DDA PUR FEDEX 787781931291         MEMPHIS       * TN 4085404018951479 | 71.88 |
| 09/21 | DEBIT CARD PURCHASE, AUT 091917 VISA DDA PUR FEDEX 787781702587         MEMPHIS       * TN 4085404018951479 | 59.66 |
| 09/29 | DEBIT CARD PURCHASE, AUT 092817 VISA DDA PUR TMOBILE POSTPAID TEL        800 937 8997  * WA 4085404018951479 | 334.62 |
| | Subtotal: | 9,356.01 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/05 | WIRE TRANSFER FEE | 15.00 |
| 09/05 | WIRE TRANSFER FEE | 15.00 |
| 09/06 | WIRE TRANSFER OUTGOING, Andy Altahawi | 10,000.00 |
| 09/06 | WIRE TRANSFER OUTGOING, Giordano Group | 9,500.00 |
| 09/06 | WIRE TRANSFER OUTGOING, STE Holdings, LLC | 1,500.00 |
| 09/06 | WIRE TRANSFER FEE | 25.00 |
| 09/06 | WIRE TRANSFER FEE | 25.00 |
| 09/07 | WIRE TRANSFER OUTGOING, Yogesh Patel | 5,000.00 |
| 09/18 | WIRE TRANSFER OUTGOING, Rajan Subramanian | 2,500.00 |
| 09/18 | WIRE TRANSFER FEE | 25.00 |
| 09/19 | WIRE TRANSFER OUTGOING, Pangea Capital Partners Llc | 20,000.00 |
| 09/19 | WIRE TRANSFER OUTGOING, Trado LLC | 5,000.00 |
| 09/19 | WIRE TRANSFER OUTGOING, Tek and Company | 5,000.00 |
| 09/19 | WIRE TRANSFER FEE | 25.00 |
| 09/19 | WIRE TRANSFER FEE | 25.00 |
| 09/19 | WIRE TRANSFER FEE | 25.00 |
| 09/21 | WIRE TRANSFER OUTGOING, The Giordano Group | 9,500.00 |
| 09/21 | WIRE TRANSFER FEE | 25.00 |
| 09/22 | WIRE TRANSFER OUTGOING, Corporate Habitat NY LLC | 10,000.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

**LONGFIN CORP**

Page:                                        5 of 5
Statement Period:        Sep 01 2017-Sep 30 2017
Cust Ref #:                    4341651598-717-T-###
Primary Account #:

---

### DAILY ACCOUNT ACTIVITY

**Other Withdrawals (continued)**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 09/22 | WIRE TRANSFER OUTGOING, Adamson Brothers, Corp | | 3,000.00 |
| 09/22 | WIRE TRANSFER FEE | | 25.00 |
| 09/22 | WIRE TRANSFER FEE | | 25.00 |
| | | Subtotal: | 81,255.00 |

**Service Charges**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 09/29 | PAPER STATEMENT FEE | | 2.00 |
| | | Subtotal: | 2.00 |

---

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 08/31 | 12,684.73 | 09/15 | 164,937.24 |
| 09/01 | 9,075.68 | 09/18 | 162,179.88 |
| 09/05 | 195,835.72 | 09/19 | 132,104.88 |
| 09/06 | 174,785.72 | 09/20 | 132,029.88 |
| 09/07 | 169,761.40 | 09/21 | 122,373.34 |
| 09/08 | 169,185.20 | 09/22 | 109,323.34 |
| 09/11 | 164,985.20 | 09/29 | 108,986.72 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 



T       **STATEMENT OF ACCOUNT**

LONGFIN CORP
85 BROAD ST STE 16017
NEW YORK NY 10004

| | |
|---|---|
| Page: | 1 of 5 |
| Statement Period: | Oct 01 2017-Oct 31 2017 |
| Cust Ref #: | 4341651598-717-T-### |
| Primary Account #: | ████████ |

## TD Business Convenience Plus

LONGFIN CORP                                                      Account # ███1598

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 108,986.72 | Average Collected Balance | 107,144.23 |
| Other Credits | 164,750.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 8,959.74 | Annual Percentage Yield Earned | 0.00% |
| Other Withdrawals | 152,676.31 | Days in Period | 31 |
| Service Charges | 2.00 | | |
| Ending Balance | 112,098.67 | | |

### DAILY ACCOUNT ACTIVITY

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/16 | WIRE TRANSFER INCOMING, COLONIAL LOCK TRANSFER CO INC | 164,750.00 |
| | Subtotal: | 164,750.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/02 | DEBIT CARD PURCHASE, AUT 092817 VISA DDA PUR ADVANCED COMPUTER INNOVA   585 385 3810  * NY 4085404018951479 | 143.38 |
| 10/02 | DEBIT CARD PURCHASE, AUT 092817 VISA DDA PUR ADVANCED COMPUTER INNOVA   585 385 3810  * NY 4085404018951479 | 12.69 |
| 10/03 | ACH DEBIT, 85 BROAD TENANT EPAY 55ZZBQ | 1,919.00 |
| 10/04 | CCD DEBIT, PAYCHEX INC. PAYROLL 73141500012156X | 3,609.05 |
| 10/05 | CCD DEBIT, PAYCHEX TPS TAXES 73143700007210X | 1,976.55 |
| 10/05 | DEBIT CARD PAYMENT, AUT 100417 VISA DDA PUR VBS VONAGE BUSINESS       866 901 0242  * GA 4085404018951479 | 112.91 |
| 10/05 | CCD DEBIT, PAYCHEX EIB INVOICE X73155100020468 | 93.44 |
| 10/05 | CCD DEBIT, PAYX-PIA-WC WC-PREMIUM 0000028988257 | 44.86 |
| 10/06 | DEBIT CARD PURCHASE, AUT 100417 VISA DDA PUR ADVANCED COMPUTER INNOVA   585 385 3810  * NY 4085404018951479 | 143.35 |
| 10/06 | DEBIT CARD PAYMENT, AUT 100517 VISA DDA PUR INTUIT  QB ONLINE       800 286 6800  * CA 4085404018951479 | 43.55 |
| 10/06 | DEBIT POS, AUT 100617 DDA PURCHASE DUANE REA 67 BROAD ST     NEW YORK    * NY 4085404018951479 | 14.13 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

# How to Balance your Account

Page:          2 of 5

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.




| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS | ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS | WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | ❷ | | | | | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY    IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

   Your name and account number.
   A description of the error or transaction you are unsure about.
   The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY    BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

   Your name and account number.
   The dollar amount of the suspected error.
   Describe the error and explain, if you can, why you believe there is an error.
   If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

**LONGFIN CORP**

| | |
|---|---|
| Page: | 3 of 5 |
| Statement Period: | Oct 01 2017-Oct 31 2017 |
| Cust Ref #: | 4341651598-717-T-### |
| Primary Account #: | ■■■■■■■■ |

---

**DAILY ACCOUNT ACTIVITY**

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/06 | DEBIT CARD PURCHASE, AUT 100417 VISA DDA PUR ADVANCED COMPUTER INNOVA   585 385 3810  * NY 4085404018951479 | 9.00 |
| 10/10 | DEBIT CARD PURCHASE, AUT 100917 VISA DDA PUR MAD DOG AND BEANS        NEW YORK     * NY 4085404018951479 | 55.28 |
| 10/10 | DEBIT CARD PURCHASE, AUT 100617 VISA DDA PUR ADVANCED COMPUTER INNOVA   585 385 3810  * NY 4085404018951479 | 48.74 |
| 10/10 | DEBIT CARD PURCHASE, AUT 100617 VISA DDA PUR FEDEX 787988015408        MEMPHIS      * TN 4085404018951479 | 25.45 |
| 10/10 | DEBIT CARD PURCHASE, AUT 100617 VISA DDA PUR ADVANCED COMPUTER INNOVA   585 385 3810  * NY 4085404018951479 | 9.00 |
| 10/11 | DEBIT CARD PURCHASE, AUT 101017 VISA DDA PUR ROUTE 66                  NEW YORK     * NY 4085404018951479 | 41.00 |
| 10/12 | DEBIT CARD PURCHASE, AUT 101017 VISA DDA PUR ADVANCED COMPUTER INNOVA   585 385 3810  * NY 4085404018951479 | 9.00 |
| 10/13 | DEBIT CARD PURCHASE, AUT 101117 VISA DDA PUR OPEN KITCHEN 15 IN        NEW YORK     * NY 4085404018951479 | 48.90 |
| 10/16 | DEBIT CARD PURCHASE, AUT 101317 VISA DDA PUR BOMBAY S                  NEW YORK     * NY 4085404018951479 | 29.58 |
| 10/18 | DEBIT CARD PURCHASE, AUT 101617 VISA DDA PUR OPEN KITCHEN 15 IN        NEW YORK     * NY 4085404018951479 | 41.77 |
| 10/19 | DEBIT CARD PURCHASE, AUT 101717 VISA DDA PUR FEDEX 788109515302        MEMPHIS      * TN 4085404018951479 | 88.51 |
| 10/20 | CCD DEBIT, PAYCHEX TPS TAXES 73410300064359X | 200.00 |
| 10/24 | DEBIT CARD PURCHASE, AUT 102317 VISA DDA PUR BOMBAY S                  NEW YORK     * NY 4085404018951479 | 27.45 |
| 10/25 | DEBIT CARD PURCHASE, AUT 102417 VISA DDA PUR BOMBAY S                  NEW YORK     * NY 4085404018951479 | 48.64 |
| 10/25 | DEBIT CARD PURCHASE, AUT 102317 VISA DDA PUR ADVANCED COMPUTER INNOVA   585 385 3810  * NY 4085404018951479 | 22.48 |
| 10/27 | DEBIT CARD PURCHASE, AUT 102517 VISA DDA PUR OPEN KITCHEN 15 IN        NEW YORK     * NY 4085404018951479 | 35.93 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

**LONGFIN CORP**

STATEMENT OF ACCOUNT

| | |
|---|---|
| Page: | 4 of 5 |
| Statement Period: | Oct 01 2017-Oct 31 2017 |
| Cust Ref #: | 4341651598-717-T-### |
| Primary Account #: | ▮▮▮▮▮▮▮ |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/30 | DEBIT CARD PURCHASE, AUT 102717 VISA DDA PUR ADVANCED COMPUTER INNOVA   585 385 3810  * NY 4085404018951479 | 67.73 |
| 10/30 | DEBIT CARD PURCHASE, AUT 102717 VISA DDA PUR ADVANCED COMPUTER INNOVA   585 385 3810  * NY 4085404018951479 | 9.00 |
| 10/30 | DEBIT CARD PURCHASE, AUT 102717 VISA DDA PUR ADVANCED COMPUTER INNOVA   585 385 3810  * NY 4085404018951479 | 9.00 |
| 10/30 | DEBIT CARD PURCHASE, AUT 103017 VISA DDA PUR UBER  US OCT30 PHTA6     HELP UBER COM * CA 4085404018951479 | 8.66 |
| 10/30 | DEBIT CARD PURCHASE, AUT 102917 VISA DDA PUR UBER TECHNOLOGIES INC     866 576 1039  * CA 4085404018951479 | 6.71 |
| 10/30 | DEBIT CARD PURCHASE, AUT 102917 VISA DDA PUR UBER US OCT29 6HMXM HELP   800 5928996  * CA 4085404018951479 | 5.00 |
| | Subtotal: | 8,959.74 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/05 | WIRE TRANSFER OUTGOING, Longfin Corp | 8,000.00 |
| 10/05 | WIRE TRANSFER OUTGOING, Rajan Subramanian | 2,500.00 |
| 10/05 | WIRE TRANSFER FEE | 25.00 |
| 10/11 | WIRE TRANSFER OUTGOING, Andy Altahawi | 10,000.00 |
| 10/11 | WIRE TRANSFER OUTGOING, Giordano Group | 9,500.00 |
| 10/11 | WIRE TRANSFER FEE | 25.00 |
| 10/11 | WIRE TRANSFER FEE | 25.00 |
| 10/16 | WIRE TRANSFER OUTGOING, The Financial Investment Analyst | 6,500.00 |
| 10/16 | WIRE TRANSFER OUTGOING, Nasdaq, Inc. | 212.31 |
| 10/16 | WIRE TRANSFER FEE | 25.00 |
| 10/16 | WIRE TRANSFER FEE | 25.00 |
| 10/16 | WIRE TRANSFER FEE | 15.00 |
| 10/17 | WITHDRAWAL TRANSFER, To Checking 4338812658 | 104,000.00 |
| 10/23 | WIRE TRANSFER OUTGOING, Corporate Habitat NY LLC | 10,025.00 |
| 10/23 | WIRE TRANSFER FEE | 25.00 |
| 10/31 | WIRE TRANSFER OUTGOING, Krishanu Singhal | 1,734.00 |
| 10/31 | WIRE TRANSFER FEE | 40.00 |
| | Subtotal: | 152,676.31 |

 **Bank**

America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

LONGFIN CORP

| | |
|---|---|
| Page: | 5 of 5 |
| Statement Period: | Oct 01 2017-Oct 31 2017 |
| Cust Ref #: | 4341651598-717-T-### |
| Primary Account #: | ▮▮▮▮▮▮ |

---

## DAILY ACCOUNT ACTIVITY

**Service Charges**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/31 | PAPER STATEMENT FEE | | 2.00 |
| | | Subtotal: | 2.00 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/30 | 108,986.72 | 10/17 | 124,495.55 |
| 10/02 | 108,830.65 | 10/18 | 124,453.78 |
| 10/03 | 106,911.65 | 10/19 | 124,365.27 |
| 10/04 | 103,302.60 | 10/20 | 124,165.27 |
| 10/05 | 90,549.84 | 10/23 | 114,115.27 |
| 10/06 | 90,339.81 | 10/24 | 114,087.82 |
| 10/10 | 90,201.34 | 10/25 | 114,016.70 |
| 10/11 | 70,610.34 | 10/27 | 113,980.77 |
| 10/12 | 70,601.34 | 10/30 | 113,874.67 |
| 10/13 | 70,552.44 | 10/31 | 112,098.67 |
| 10/16 | 228,495.59 | | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 



T   **STATEMENT OF ACCOUNT**

LONGFIN CORP
85 BROAD ST STE 16017
NEW YORK NY 10004

| | |
|---|---|
| Page: | 1 of 5 |
| Statement Period: | Nov 01 2017-Nov 30 2017 |
| Cust Ref #: | 4341651598-717-T-### |
| Primary Account #: | ████████ |

## TD Business Convenience Plus

LONGFIN CORP

Account # ████1598

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 112,098.67 | Average Collected Balance | 92,319.86 |
| Other Credits | 40,000.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 5,522.52 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 12,416.32 | Days in Period | 30 |
| Other Withdrawals | 37,404.62 | | |
| Service Charges | 2.00 | | |
| Ending Balance | 96,753.21 | | |

### DAILY ACCOUNT ACTIVITY

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/16 | WIRE TRANSFER INCOMING, LONGFIN TRADEX PTE. LTD. | 40,000.00 |
| | Subtotal: | 40,000.00 |

**Checks Paid**   No. Checks: 3   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 11/02 | 131 | 5,222.52 | 11/29 | 157 | 225.00 |
| 11/29 | 156* | 75.00 | | | |
| | | | | Subtotal: | 5,522.52 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/02 | CCD DEBIT, PAYCHEX INC. PAYROLL 73594800009519X | 3,609.05 |
| 11/02 | ACH DEBIT, 85 BROAD TENANT EPAY 55ZZBQ | 1,905.00 |
| 11/02 | DEBIT POS, AUT 110217 DDA PURCHASE<br>DUANE REA 67 BROAD ST    NEW YORK    * NY<br>4085404018951479 | 4.89 |
| 11/03 | CCD DEBIT, PAYCHEX TPS TAXES 73589700031284X | 1,800.56 |
| 11/03 | DEBIT CARD PAYMENT, AUT 110217 VISA DDA PUR<br>VBS VONAGE BUSINESS     866 901 0242  * GA<br>4085404018951479 | 112.91 |
| 11/03 | CCD DEBIT, PAYCHEX EIB INVOICE X73600900022993 | 93.44 |
| 11/03 | DEBIT CARD PAYMENT, AUT 110217 VISA DDA PUR<br>INTUIT  QB ONLINE     800 286 6800  * CA<br>4085404018951479 | 43.55 |
| 11/03 | CCD DEBIT, PAYX-PIA-WC WC-PREMIUM 0000029222733 | 30.77 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

# How to Balance your Account

**Begin by adjusting your account register as follows:**

· Subtract any services charges shown on this statement.

· Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

· Add any interest earned if you have an interest-bearing account.

· Add any automatic deposit or overdraft line of credit.

· Review all withdrawals shown on this statement and check them off in your account register.

· Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.



| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS | ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS | WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | ❷ | | | | | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY   IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

    Your name and account number.
    A description of the error or transaction you are unsure about.
    The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY   BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

    Your name and account number.
    The dollar amount of the suspected error.
    Describe the error and explain, if you can, why you believe there is an error.
    If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**TD Bank**

America's Most Convenient Bank®

LONGFIN CORP

STATEMENT OF ACCOUNT

| | |
|---|---|
| Page: | 3 of 5 |
| Statement Period: | Nov 01 2017-Nov 30 2017 |
| Cust Ref #: | 4341651598-717-T-### |
| Primary Account #: | |

---

**DAILY ACCOUNT ACTIVITY**

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/03 | DEBIT POS, AUT 110317 DDA PURCHASE<br>RITE AID STORE  4964     NEW YORK     * NY<br>4085404018951479 | 4.44 |
| 11/06 | DEBIT CARD PURCHASE, AUT 110317 VISA DDA PUR<br>ADVANCED COMPUTER INNOVA   585 385 3810  * NY<br>4085404018951479 | 148.63 |
| 11/06 | DEBIT CARD PURCHASE, AUT 110317 VISA DDA PUR<br>ADVANCED COMPUTER INNOVA   585 385 3810  * NY<br>4085404018951479 | 9.01 |
| 11/06 | DEBIT CARD PURCHASE, AUT 110317 VISA DDA PUR<br>ADVANCED COMPUTER INNOVA   585 385 3810  * NY<br>4085404018951479 | 9.00 |
| 11/07 | DEBIT CARD PURCHASE, AUT 110617 VISA DDA PUR<br>RIGHTONWALLS          866 486 4149  * PA<br>4085404018951479 | 12.98 |
| 11/08 | DEBIT CARD PURCHASE, AUT 110717 VISA DDA PUR<br>SQ  CWT PRODUCTIONS INC    COLD SPRING H * NY<br>4085404018951479 | 691.36 |
| 11/09 | DEBIT CARD PURCHASE, AUT 110717 VISA DDA PUR<br>FEDEX 788367657814      MEMPHIS      * TN<br>4085404018951479 | 58.68 |
| 11/17 | DEBIT POS, AUT 111717 DDA PURCHASE<br>USPS KIOS 1 WHITEHALL     NEW YORK     * NY<br>4085404018951479 | 14.70 |
| 11/20 | DEBIT CARD PURCHASE, AUT 111617 VISA DDA PUR<br>VCORP SERVICES          845 4250077  * NY<br>4085404018951479 | 323.00 |
| 11/22 | DEBIT CARD PURCHASE, AUT 112017 VISA DDA PUR<br>ADVANCED COMPUTER INNOVA   585 385 3810  * NY<br>4085404018951479 | 9.00 |
| 11/24 | CCD DEBIT, COLONIAL STOCK T BILLANDPAY 1472606 | 2,185.00 |
| 11/24 | DEBIT CARD PURCHASE, AUT 112217 VISA DDA PUR<br>TMOBILE POSTPAID WEB      800 937 8997  * WA<br>4085404018951479 | 319.03 |
| 11/24 | DEBIT CARD PURCHASE, AUT 112217 VISA DDA PUR<br>WESTGUARD INS CO        800 673 2465  * PA<br>4085404018951479 | 125.00 |
| 11/24 | DEBIT CARD PURCHASE, AUT 112117 VISA DDA PUR<br>ADVANCED COMPUTER INNOVA   585 385 3810  * NY<br>4085404018951479 | 69.10 |
| 11/24 | DEBIT CARD PURCHASE, AUT 112117 VISA DDA PUR<br>OPEN KITCHEN 15 IN      NEW YORK    * NY<br>4085404018951479 | 66.94 |
| 11/24 | DEBIT CARD PURCHASE, AUT 112217 VISA DDA PUR<br>ADVANCED COMPUTER INNOVA   585 385 3810  * NY<br>4085404018951479 | 9.00 |

---

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 



America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

LONGFIN CORP

| | |
|---|---|
| Page: | 4 of 5 |
| Statement Period: | Nov 01 2017-Nov 30 2017 |
| Cust Ref #: | 4341651598-717-T-### |
| Primary Account #: | |

---

**DAILY ACCOUNT ACTIVITY**

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/24 | DEBIT CARD PURCHASE, AUT 112117 VISA DDA PUR<br>ADVANCED COMPUTER INNOVA   585 385 3810  * NY<br>4085404018951479 | 9.00 |
| 11/28 | DEBIT CARD PURCHASE, AUT 112617 VISA DDA PUR<br>ADVANCED COMPUTER INNOVA   585 385 3810  * NY<br>4085404018951479 | 44.83 |
| 11/28 | DEBIT CARD PURCHASE, AUT 112617 VISA DDA PUR<br>ADVANCED COMPUTER INNOVA   585 385 3810  * NY<br>4085404018951479 | 9.00 |
| 11/29 | DEBIT CARD PURCHASE, AUT 112717 VISA DDA PUR<br>MOBILE NOTARY SERVICES    NEW YORK   * NY<br>4085404018951479 | 350.00 |
| 11/30 | DEBIT CARD PURCHASE, AUT 112817 VISA DDA PUR<br>ADVANCED COMPUTER INNOVA   585 385 3810  * NY<br>4085404018951479 | 99.11 |
| 11/30 | DEBIT CARD PURCHASE, AUT 112817 VISA DDA PUR<br>ADVANCED COMPUTER INNOVA   585 385 3810  * NY<br>4085404018951479 | 99.10 |
| 11/30 | DEBIT CARD PURCHASE, AUT 112817 VISA DDA PUR<br>FEDEX 788656493987      MEMPHIS    * TN<br>4085404018951479 | 71.44 |
| 11/30 | DEBIT CARD PURCHASE, AUT 112817 VISA DDA PUR<br>ADVANCED COMPUTER INNOVA   585 385 3810  * NY<br>4085404018951479 | 22.82 |
| 11/30 | DEBIT CARD PURCHASE, AUT 112817 VISA DDA PUR<br>FEDEX 900225328847      MEMPHIS    * TN<br>4085404018951479 | 10.88 |
| 11/30 | DEBIT CARD PURCHASE, AUT 112817 VISA DDA PUR<br>ADVANCED COMPUTER INNOVA   585 385 3810  * NY<br>4085404018951479 | 9.04 |
| 11/30 | DEBIT CARD PURCHASE, AUT 112817 VISA DDA PUR<br>ADVANCED COMPUTER INNOVA   585 385 3810  * NY<br>4085404018951479 | 9.03 |
| 11/30 | DEBIT CARD PURCHASE, AUT 112817 VISA DDA PUR<br>ADVANCED COMPUTER INNOVA   585 385 3810  * NY<br>4085404018951479 | 9.02 |
| 11/30 | DEBIT CARD PURCHASE, AUT 112817 VISA DDA PUR<br>ADVANCED COMPUTER INNOVA   585 385 3810  * NY<br>4085404018951479 | 9.01 |
| 11/30 | DEBIT CARD PURCHASE, AUT 112817 VISA DDA PUR<br>ADVANCED COMPUTER INNOVA   585 385 3810  * NY<br>4085404018951479 | 9.00 |

| | | |
|---|---|---|
| | Subtotal: | 12,416.32 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

LONGFIN CORP

## DAILY ACCOUNT ACTIVITY

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/07 | WIRE TRANSFER OUTGOING, Corporate Habitat NY LLC | 10,000.00 |
| 11/07 | DEBIT | 10,000.00 |
| 11/07 | WIRE TRANSFER FEE | 25.00 |
| 11/08 | WIRE TRANSFER OUTGOING, Ajsh  Co Llp | 10,000.00 |
| 11/08 | WIRE TRANSFER FEE | 40.00 |
| 11/10 | WIRE TRANSFER OUTGOING, Nasdaq, Inc. | 424.62 |
| 11/10 | WIRE TRANSFER FEE | 25.00 |
| 11/15 | WIRE TRANSFER OUTGOING, Andy Altahawi | 2,000.00 |
| 11/15 | WIRE TRANSFER FEE | 25.00 |
| 11/16 | WIRE TRANSFER FEE | 15.00 |
| 11/21 | WIRE TRANSFER OUTGOING, Andy Altahawi | 2,000.00 |
| 11/21 | WIRE TRANSFER FEE | 25.00 |
| 11/30 | WIRE TRANSFER OUTGOING, Corporate Habitat NY LLC | 2,800.00 |
| 11/30 | WIRE TRANSFER FEE | 25.00 |
| | Subtotal: | 37,404.62 |

### Service Charges

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/30 | PAPER STATEMENT FEE | 2.00 |
| | Subtotal: | 2.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/31 | 112,098.67 | 11/16 | 105,787.26 |
| 11/02 | 101,357.21 | 11/17 | 105,772.56 |
| 11/03 | 99,271.54 | 11/20 | 105,449.56 |
| 11/06 | 99,104.90 | 11/21 | 103,424.56 |
| 11/07 | 79,066.92 | 11/22 | 103,415.56 |
| 11/08 | 68,335.56 | 11/24 | 100,632.49 |
| 11/09 | 68,276.88 | 11/28 | 100,578.66 |
| 11/10 | 67,827.26 | 11/29 | 99,928.66 |
| 11/15 | 65,802.26 | 11/30 | 96,753.21 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



T   **STATEMENT OF ACCOUNT**

LONGFIN CORP
85 BROAD ST STE 16017
NEW YORK NY 10004

| | |
|---|---|
| Page: | 1 of 6 |
| Statement Period: | Dec 01 2017-Dec 31 2017 |
| Cust Ref #: | 4341651598-717-T-### |
| Primary Account #: | |

## TD Business Convenience Plus

LONGFIN CORP

Account # ■■■■1598

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 96,753.21 | Average Collected Balance | 54,765.57 |
| Other Credits | 307,080.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 12,327.83 | Annual Percentage Yield Earned | 0.00% |
| Other Withdrawals | 343,375.00 | Days in Period | 31 |
| Service Charges | 2.00 | | |
| Ending Balance | 48,128.38 | | |

### DAILY ACCOUNT ACTIVITY

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/01 | WIRE TRANSFER INCOMING, COLONIAL LOCK TRANSFER CO INC | 12,125.00 |
| 12/11 | WIRE TRANSFER INCOMING, LONGFIN CORP | 100,000.00 |
| 12/11 | CREDIT | 100,000.00 |
| 12/11 | WIRE TRANSFER INCOMING, BANK OF AMERICA | 19,955.00 |
| 12/20 | WIRE TRANSFER INCOMING, LONGFIN CORP | 50,000.00 |
| 12/21 | WIRE TRANSFER INCOMING, LONGFIN CORP | 25,000.00 |
| | Subtotal: | 307,080.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/01 | DEBIT CARD PURCHASE, AUT 112917 VISA DDA PUR<br>ADVANCED COMPUTER INNOVA    585 385 3810  * NY<br>4085404018951479 | 69.10 |
| 12/01 | DEBIT CARD PURCHASE, AUT 112917 VISA DDA PUR<br>FEDEX 788681844991       MEMPHIS       * TN<br>4085404018951479 | 58.82 |
| 12/01 | DEBIT CARD PURCHASE, AUT 112917 VISA DDA PUR<br>ADVANCED COMPUTER INNOVA    585 385 3810  * NY<br>4085404018951479 | 9.00 |
| 12/04 | CCD DEBIT, PAYCHEX INC. PAYROLL 74018600037116X | 3,609.05 |
| 12/04 | ACH DEBIT, 85 BROAD TENANT EPAY 55ZZBQ | 2,075.00 |
| 12/04 | DEBIT CARD PAYMENT, AUT 120217 VISA DDA PUR<br>INTUIT  QB ONLINE       800 286 6800  * CA<br>4085404018951479 | 43.55 |
| 12/04 | DEBIT CARD PURCHASE, AUT 113017 VISA DDA PUR<br>ADVANCED COMPUTER INNOVA    585 385 3810  * NY<br>4085404018951479 | 9.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

# How to Balance your Account

Page:          2 of 6

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.



| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS | ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS | WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | ❷ | | | | | | ❹ |

## FOR CONSUMER ACCOUNTS ONLY    IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

    Your name and account number.
    A description of the error or transaction you are unsure about.
    The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

### INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

## FOR CONSUMER LOAN ACCOUNTS ONLY    BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

    Your name and account number.
    The dollar amount of the suspected error.
    Describe the error and explain, if you can, why you believe there is an error.
    If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

**LONGFIN CORP**

| | |
|---|---|
| Page: | 3 of 6 |
| Statement Period: | Dec 01 2017-Dec 31 2017 |
| Cust Ref #: | 4341651598-717-T-### |
| Primary Account #: | |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/04 | DEBIT CARD PURCHASE, AUT 113017 VISA DDA PUR<br>ADVANCED COMPUTER INNOVA    585 385 3810  * NY<br>4085404018951479 | 9.00 |
| 12/05 | CCD DEBIT, PAYCHEX TPS TAXES 74022300008459X | 1,764.55 |
| 12/05 | CCD DEBIT, PAYCHEX EIB INVOICE X74028800006935 | 93.44 |
| 12/05 | CCD DEBIT, PAYX-PIA-WC WC-PREMIUM 0000029428514 | 30.77 |
| 12/11 | DEBIT POS, AUT 121117 DDA PURCHASE<br>DUANE READE STO 711 3RD    NEW YORK    * NY<br>4085404018978795 | 43.59 |
| 12/12 | DEBIT CARD PURCHASE, AUT 121017 VISA DDA PUR<br>AMERICAN AIR001707305852   FORT WORTH   * TX<br>4085404018978795 | 420.60 |
| 12/13 | NONTD ATM DEBIT, AUT 121317 DDA WITHDRAW<br>CARDTRONICS CCSP         NEW YORK    * NY<br>4085404018951479 | 203.00 |
| 12/13 | NONTD ATM DEBIT, AUT 121317 DDA WITHDRAW<br>CARDTRONICS CCSP         NEW YORK    * NY<br>4085404018951479 | 203.00 |
| 12/13 | NONTD ATM DEBIT, AUT 121317 DDA WITHDRAW<br>CARDTRONICS CCSP         NEW YORK    * NY<br>4085404018951479 | 203.00 |
| 12/13 | DEBIT CARD PURCHASE, AUT 121217 VISA DDA PUR<br>NYCTAXI2T13          LODI      * NJ<br>4085404018978795 | 10.30 |
| 12/13 | NONTD ATM FEE | 3.00 |
| 12/13 | NONTD ATM FEE | 3.00 |
| 12/13 | NONTD ATM FEE | 3.00 |
| 12/15 | TD ATM DEBIT, AUT 121517 DDA WITHDRAW<br>576 SECOND AVENUE      NEW YORK    * NY<br>4085404018978795 | 500.00 |
| 12/15 | DEBIT CARD PURCHASE, AUT 121417 VISA DDA PUR<br>PERSHING SQUARE        NEW YORK    * NY<br>4085404018978795 | 21.51 |
| 12/18 | DEBIT CARD PURCHASE, AUT 121617 VISA DDA PUR<br>TIFFIN WALLA INC       NEW YORK    * NY<br>4085404018978795 | 165.56 |
| 12/18 | DEBIT POS, AUT 121717 DDA PURCHASE<br>LIRR TVM         JAMAICA    * NY<br>4085404018978795 | 24.00 |
| 12/19 | DEBIT POS, AUT 121917 DDA PURCHASE<br>LIRR TVM         JAMAICA    * NY<br>4085404018978795 | 8.75 |
| 12/19 | DEBIT POS, AUT 121917 DDA PURCHASE<br>LIRR TVM         JAMAICA    * NY<br>4085404018978795 | 6.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**





**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

**LONGFIN CORP**

| | |
|---|---|
| Page: | 4 of 6 |
| Statement Period: | Dec 01 2017-Dec 31 2017 |
| Cust Ref #: | 4341651598-717-T-### |
| Primary Account #: | |

---

**DAILY ACCOUNT ACTIVITY**

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/20 | DEBIT CARD PURCHASE, AUT 121817 VISA DDA PUR<br>VILLA BERULIA        NEW YORK    * NY<br>4085404018978795 | 623.97 |
| 12/20 | DEBIT CARD PURCHASE, AUT 121817 VISA DDA PUR<br>SMITH  WOLLENSKY        NEW YORK    * NY<br>4085404018978795 | 212.64 |
| 12/20 | DEBIT CARD PURCHASE, AUT 121917 VISA DDA PUR<br>PERSHING SQUARE        NEW YORK    * NY<br>4085404018978795 | 72.06 |
| 12/20 | DEBIT POS, AUT 122017 DDA PURCHASE<br>TRADER JOE S  5        NEW YORK    * NY<br>4085404018978795 | 57.83 |
| 12/20 | DEBIT POS, AUT 122017 DDA PURCHASE<br>KALUSTYAN S        NEW YORK    * NY<br>4085404018978795 | 24.01 |
| 12/21 | DEBIT CARD PURCHASE, AUT 121917 VISA DDA PUR<br>PRICELINE HOTEL ROOMS    800 774 2354  * CT<br>4085404018951479 | 1,046.76 |
| 12/22 | DEBIT CARD PURCHASE, AUT 122117 VISA DDA PUR<br>NYCTAXISBV168        BROOKLYN    * NY<br>4085404018978795 | 23.30 |
| 12/26 | DEBIT CARD PURCHASE, AUT 122217 VISA DDA PUR<br>TST  CHOTE NAWAB        NEW YORK    * NY<br>4085404018978795 | 223.58 |
| 12/26 | DEBIT CARD PURCHASE, AUT 122317 VISA DDA PUR<br>TAXI SVC SOUTH OZONE P    SOUTH OZONE P * NY<br>4085404018978795 | 70.27 |
| 12/26 | DEBIT CARD PURCHASE, AUT 122217 VISA DDA PUR<br>PANDA EXPRESS 2595        NEW YORK    * NY<br>4085404018978795 | 31.25 |
| 12/26 | DEBIT CARD PURCHASE, AUT 122117 VISA DDA PUR<br>TAXI SVC LONG ISLAND C    BROOKLYN    * NY<br>4085404018978795 | 27.30 |
| 12/26 | DEBIT CARD PURCHASE, AUT 122117 VISA DDA PUR<br>NYCTAXI2A92        LONG IS CITY * NY<br>4085404018978795 | 8.30 |
| 12/26 | DEBIT CARD PURCHASE, AUT 122317 VISA DDA PUR<br>JFK INTERNATIONAL AIRP    JAMAICA    * NY<br>4085404018978795 | 6.53 |

---

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

**LONGFIN CORP**

| | |
|---|---|
| Page: | 5 of 6 |
| Statement Period: | Dec 01 2017-Dec 31 2017 |
| Cust Ref #: | 4341651598-717-T-### |
| Primary Account #: | |

---

**DAILY ACCOUNT ACTIVITY**

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/26 | DEBIT CARD PURCHASE, AUT 122117 VISA DDA PUR<br>UBER  TRIP COI6W         HELP UBER COM * CA<br>4085404018951479 | 4.81 |
| 12/29 | DEBIT CARD PURCHASE, AUT 122817 VISA DDA PUR<br>TMOBILE POSTPAID WEB      800 937 8997  * WA<br>4085404018951479 | 300.00 |
| 12/29 | DEBIT CARD PURCHASE, AUT 122817 VISA DDA PUR<br>TMOBILE POSTPAID WEB      800 937 8997  * WA<br>4085404018951479 | 5.63 |
| | Subtotal: | 12,327.83 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/01 | WIRE TRANSFER FEE | 15.00 |
| 12/04 | WIRE TRANSFER OUTGOING, Nasdaq, Inc. | 70,000.00 |
| 12/04 | WIRE TRANSFER FEE | 25.00 |
| 12/07 | WIRE TRANSFER OUTGOING, Andy Altahawi | 7,500.00 |
| 12/07 | WIRE TRANSFER FEE | 25.00 |
| 12/08 | WIRE TRANSFER OUTGOING, Corporate Habitat NY LLC | 1,300.00 |
| 12/08 | WIRE TRANSFER OUTGOING, Corporate Habitat NY LLC | 840.00 |
| 12/08 | WIRE TRANSFER FEE | 25.00 |
| 12/08 | WIRE TRANSFER FEE | 25.00 |
| 12/11 | WIRE TRANSFER OUTGOING, Andy Altahawi | 20,000.00 |
| 12/11 | WIRE TRANSFER OUTGOING, Christopher A. Kozlowski | 2,000.00 |
| 12/11 | WIRE TRANSFER FEE | 25.00 |
| 12/11 | WIRE TRANSFER FEE | 25.00 |
| 12/12 | DEBIT | 115,000.00 |
| 12/12 | WIRE TRANSFER OUTGOING, Dragon Gate Investment Partners | 20,000.00 |
| 12/12 | WIRE TRANSFER OUTGOING, Adamson  Brothers Corp | 20,000.00 |
| 12/12 | WIRE TRANSFER OUTGOING, The Doney Law Firm | 2,500.00 |
| 12/12 | WIRE TRANSFER FEE | 25.00 |
| 12/12 | WIRE TRANSFER FEE | 25.00 |
| 12/12 | WIRE TRANSFER FEE | 25.00 |
| 12/14 | WIRE TRANSFER OUTGOING, Financial Buzz Media Networks | 20,000.00 |
| 12/14 | WIRE TRANSFER FEE | 25.00 |
| 12/20 | WIRE TRANSFER OUTGOING, Joseph Gunnar & Co., LLC - GECM | 25,000.00 |
| 12/20 | WIRE TRANSFER FEE | 25.00 |
| 12/21 | WIRE TRANSFER OUTGOING, Loeb & Loeb LLP -General Account | 25,000.00 |
| 12/21 | WIRE TRANSFER OUTGOING, Loeb & Loeb Llp - General Account | 7,500.00 |
| 12/21 | WIRE TRANSFER FEE | 25.00 |
| 12/21 | WIRE TRANSFER FEE | 25.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 



America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

**LONGFIN CORP**

| | |
|---|---|
| Page: | 6 of 6 |
| Statement Period: | Dec 01 2017-Dec 31 2017 |
| Cust Ref #: | 4341651598-717-T-### |
| Primary Account #: | |

## DAILY ACCOUNT ACTIVITY

### Other Withdrawals (continued)

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 12/22 | WIRE TRANSFER OUTGOING, Adamson Brothers, Corp | | 5,500.00 |
| 12/22 | WIRE TRANSFER FEE | | 25.00 |
| 12/26 | WIRE TRANSFER OUTGOING, Yogesh Patel | | 870.00 |
| | | Subtotal: | 343,375.00 |

### Service Charges

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 12/29 | PAPER STATEMENT FEE | | 2.00 |
| | | Subtotal: | 2.00 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 96,753.21 | 12/14 | 40,564.44 |
| 12/01 | 108,726.29 | 12/15 | 40,042.93 |
| 12/04 | 32,955.69 | 12/18 | 39,853.37 |
| 12/05 | 31,066.93 | 12/19 | 39,838.62 |
| 12/07 | 23,541.93 | 12/20 | 63,823.11 |
| 12/08 | 21,351.93 | 12/21 | 55,226.35 |
| 12/11 | 219,213.34 | 12/22 | 49,678.05 |
| 12/12 | 61,217.74 | 12/26 | 48,436.01 |
| 12/13 | 60,589.44 | 12/29 | 48,128.38 |

# EXHIBIT H

PART II AND III 2 longfin1_a_pos2.htm FORM 1-A POS

## EXPLANATORY NOTE

This Post-Qualification Offering Circular Amendment No 2 amends the offering circular of Longfin Corp  as qualified on June 16, 2017, and as may be amended and supplemented from time to time (the "offering circular"), to add, update and/or replace information contained in the offering circular

**Post-Qualification Offering Circular**
**Amendment No.2**
**File No. 024-10684**

**Longfin Corp.**

Up to 10,000,000 Class A Common Shares
Minimum purchase: 100 Class A Common Share ($500)

We are offering up to 10,000,000 Class A common shares on a "best efforts" basis  Since there is no minimum amount of securities that must be purchased, all investor funds will be available to the company upon commencement of this Offering and no investor funds will be returned if an insufficient number of shares are sold to cover the expenses of this Offering and provide net proceeds to the company

**Generally, no sale may be made to you in this Offering if the aggregate purchase price you pay is more than 10% of the greater of your annual income or net worth. Different rules apply to accredited investors and non-natural persons. Before making any representation that your investment does not exceed applicable thresholds, we encourage you to review Rule 251(d)(2)(i)(C) of Regulation A. For general information on investing, we encourage you to refer to www.investor.gov**

Sale of these shares has not commenced as of July 18th, 2017  and will commence within two calendar days post submission of this Post-Qualification Offering Circular, and it will be a continuous Offering pursuant to Rule 251(d)(3)(i)(F)  There is currently no trading market for our common stock

NETWORK **1** FINANCIAL
SECURITIES, INC.
*Member of FINRA/SIPC*

### Lead Underwriter

We have engaged Network 1 Financial Securities, Inc. as the Lead Underwriter (the "Underwriter") to offer the Offered Shares to prospective investors on a best efforts basis, and our Underwriter will have the right to engage such other broker-dealers or agents as it determines to assist in such offering.

These are speculative securities. Investing in our shares involves significant risks. You should purchase these securities only if you can afford a complete loss of your investment. See "Risk Factors" beginning on page 4.

1

| | Number of Shares | Price to Public | Underwriting discount and commissions (1) | Proceeds to issuer | Proceeds to other persons |
|---|---|---|---|---|---|
| Per Class A share | 1 | $ 5.00 | $ 0.30[2] | $ 4.70 | $ 0.00 |
| Underwriters' warrant/ Shares of common stock underlying underwriters' warrant | Number of shares equal to 6%[3] of the number of shares of Common Stock sold and issued in this offering | Not applicable | Not applicable | Not applicable | Not applicable |
| Total Maximum | 10,000,000 | $ 50,000,000 | $ 3,000,000 | $ 47,000,000 | $ 0.00 |

(1)       We have engaged Network 1 as our Underwriter for this offering

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION DOES NOT PASS UPON THE MERITS OF OR GIVE ITS APPROVAL TO ANY SECURITIES OFFERED OR THE TERMS OF THE OFFERING, NOR DOES IT PASS UPON THE ACCURACY OR COMPLETENESS OF ANY OFFERING CIRCULAR OR OTHER SOLICITATION MATERIALS. THESE SECURITIES ARE OFFERED PURSUANT TO AN EXEMPTION FROM REGISTRATION WITH THE COMMISSION; HOWEVER, THE COMMISSION HAS NOT MADE AN INDEPENDENT DETERMINATION THAT THE SECURITIES OFFERED ARE EXEMPT FROM REGISTRATION.

The Offering will terminate at the earlier of: (1) the date at which the maximum offering amount has been subscribed, (2) the date which is one year from this Offering Statement being qualified by the Commission, or (3) the date at which the Offering is earlier terminated by the company in its sole discretion

We are following the "Offering Circular" format of disclosure under Regulation A

16-017, 85 Broad Street, New York NY 10004

The date of this Offering Circular is July 19th, 2017

---

[2] Weighted average cost considering the 50% of the fund raised by issuer and 50% introduced by Underwriter.

[3] Weighted average cost considering the 50% of the fund raised by issuer and 50% introduced by Underwriter.

2

# EXHIBIT I

## ESCROW AGREEMENT (PUBLIC OFFERING)

**THIS AGREEMENT** (this "**Agreement**") is made this ___*9/13/17*___ by and among Longfin Corp. (the "Issuer") and the Underwriter whose name and address appears on the Information Sheet (as defined herein) attached to this Agreement and Continental Stock Transfer & Trust Company, 1 State Street, 30th Floor, New York, New York 10004 (the "**Escrow Agent**"). This Agreement restates and supersedes that certain Escrow Agreement, by and among the Issuer, the Underwriter and the Escrow Agent (the "**Original Agreement**").

## WITNESSETH:

**WHEREAS**, the Issuer, the Underwriter and the Escrow Agent previously entered into the Original Agreement;

**WHEREAS**, the Issuer has filed with the Securities and Exchange Commission (the "Commission") a Offering Statement (the "**Offering Statement**") covering a proposed public offering under the JOBS ACT (Regulation A + Offering) of its securities as described on the Information Sheet;

**WHEREAS**, the Underwriter proposes to offer the Securities, as agent for the Issuer, for sale to the public on a "best efforts" only basis for at most the Maximum Securities Amount and Maximum Dollar Amount and at the price per share or other unit all as set forth, on the Information Sheet;

**WHEREAS** the Issuer and the Underwriter propose to establish an Escrow Account (the "**Escrow Account**"), to which subscription monies which are received by the Escrow Agent from the Underwriter in connection with such public offering are to be credited, and the Escrow Agent is willing to establish the Escrow Account and the terms are subject to the conditions hereinafter set forth;

**WHEREAS**, the Escrow Agent has an agreement with JP Morgan Chase to establish a special Bank Account (the "**Bank Account**") into which the subscription monies, which are received by the Escrow Agent from the Underwriter and credited to the Escrow Account, are to be deposited;

**WHEREAS**, the Issuer, the Underwriter and the Escrow Agent wish to amend and restate the Original Agreement in its entirety; and

**NOW, THEREFORE** in consideration of the premises and mutual covenants herein contained, the parties hereto hereby agree as follows:

1     **Information Sheet.** Each capitalized term not otherwise defined in this Agreement shall have the meaning set forth for such term on the information sheet which is attached to this Agreement and is incorporated by reference herein and made a pact hereof (the "**Information Sheet**").

2     **Establishment of the Bank Account.**

2.1    The Escrow Agent shall establish a non-interest bank account at the branch of JP Morgan Chase selected by the Escrow Agent, and bearing the designation set forth on the Information Sheet (heretofore defined as the "Bank Account"). The purpose of the Bank Account is for (a) the deposit of all subscription monies (checks, or wire transfers) which are received by the Underwriter from prospective purchasers of the Securities and are delivered by the Underwriter to the Escrow Agent, (b) the holding of amounts of subscription monies which are collected through the banking system, and (c) the disbursement of collected funds, all as described herein.

2.2    On or before the date of the initial deposit in the Bank Account pursuant to this Agreement, "The Underwriter shall notify the Escrow Agent in writing of the Effective Date of the Offering Statement (the "**Effective Date**"), and the Escrow Agent shall not be required to accept any amounts for credit to the Escrow Account or for deposit in the Bank Account prior to its receipt of such notification.

2.3    The Offering Period, which shall be deemed to commence on the Effective Date, shall consist of the number of calendar days or business days set forth on the Information Sheet. The Offering Period shall be extended by an Extension Period only if the Escrow Agent shall have received written notice thereof at least five (5) business days prior to the expiration of the Offering Period. The Extension Period, which shall be deemed to commence on the next calendar day following the expiration of the Offering Period, shall consist of the number of calendar days or business days set forth on the Information Sheet. The last day of the Offering Period, or the last day of the Extension Period (if the Escrow Agent has received written notice thereof as hereinabove provided), is referred to herein as the "**Termination Date**". After the Termination Date, the Underwriter shall not deposit, and the Escrow Agent shall not accept, any additional amounts representing payments by prospective purchasers.

**3    Deposits to the Bank Account**.

3.1    The Underwriter shall promptly deliver to the Escrow Agent all monies in the form of checks or wire transfers which it receives from prospective purchasers of the Securities by the end of the next business day following receipt where internal supervisory review is conducted at the same location at which subscription documents and monies are received.. Upon the Escrow Agent's receipt of such monies, they shall be credited to the Escrow Account. All checks delivered to the Escrow Agent shall be made payable to "CST&T Longfin Corp. Escrow Account." Any check payable other than to the Escrow Agent as required hereby shall be returned to the prospective purchaser, or if the Escrow Agent has insufficient information to do so, then to the Underwriter (together with any Subscription Information, as defined below or other documents delivered therewith) by noon of the next business day following receipt of such check by the Escrow Agent, and such check shall be deemed not to have been delivered to the Escrow Agent pursuant to the terms of this Agreement.

3.2    Promptly after receiving subscription monies as described in Section 3.1, the Escrow Agent shall deposit the same into the Bank Account.  Amounts of monies so deposited are hereinafter referred to as "**Escrow Amounts**". The Escrow Agent shall cause the Bank to

process all Escrow Amounts for collection through the banking system. Simultaneously with each deposit to the Escrow Account, the Underwriter (or the Issuer, if such deposit is made by the Issuer) shall inform the Escrow Agent in writing of the name, address, and the tax identification number of the purchaser, the amount of Securities subscribed for by such purchase, and the aggregate dollar amount of such subscription (collectively, the "**Subscription Information**").

3.3     The Escrow Agent shall not be required to accept for credit to the Escrow Account or for deposit into the Bank Account checks which are not accompanied by the appropriate Subscription Information, which at minimum shall include the name address, tax identification number and the number of shares/units.   Wire transfers representing payments by prospective purchasers shall not be deemed deposited in the Escrow Account until the Escrow Agent has received in writing the Subscription Information required with respect to such payments.

3.4     The Escrow Agent shall not be required to accept in the Escrow Account any amounts representing payments by prospective purchasers, whether by check or wire, except during the Escrow Agent's regular business hours.

3.5     Only those Escrow Amounts, which have been deposited in the Bank Account and which have cleared the banking system and have been collected by the Escrow Agent, are herein referred to as the "**Fund**".

3.6     If the proposed offering is terminated before the Termination Date, the Escrow Agent shall refund any portion of the Fund prior to disbursement of the Fund in accordance with Article 4 hereof upon instructions in writing signed by both the Issuer and the Underwriter.

**4       Disbursement from the Bank Account.**

4.1     If at any time up to the close of regular banking hours on the Termination Date, the Escrow Agent determines the amount in the Fund, the Escrow Agent shall promptly notify the Issuer and the Underwriter of such fact in writing. The Escrow Agent shall promptly disburse the Fund, by drawing checks on the Bank Account in accordance with instructions in writing signed by both the Issuer and the Underwriter as to the disbursement of the Fund, promptly after it receives such instructions.

4.2     Upon disbursement of the Fund pursuant to the terms of this Article 4, the Escrow Agent shall be relieved of all further obligations and released from all liability under this Agreement. It is expressly agreed and understood that in no event shall the aggregate amount of payments made by the Escrow Agent exceed the amount of the Fund.

**5       Rights, Duties and Responsibilities of Escrow Agent.**  It is understood and agreed that the duties of the Escrow Agent are purely ministerial in nature, and that:

5.1     The Escrow Agent shall notify the Underwriter, on a daily basis, of the Escrow Amounts which have been deposited in the Bank Account and of the amounts, constituting the Fund, which have cleared the banking system and have been collected by the Escrow Agent.

3

5.2    The Escrow Agent shall not be responsible for or be required to enforce any of the terms or conditions of the underwriting agreement or any other agreement between the Underwriter and the Issuer nor shall the Escrow Agent be responsible for the performance by the Underwriter or the Issuer of their respective obligations under this Agreement.

5.3    The Escrow Agent shall not be required to accept from the Underwriter (or the Issuer) any Subscription Information pertaining to prospective purchasers unless such Subscription Information is accompanied by checks, or wire transfers meeting the requirements of Section 3.1, nor shall the Escrow Agent be required to keep records of any information with respect to payments deposited by the Underwriter (or the Issuer) except as to the amount of such payments; however, the Escrow Agent shall notify the Underwriter within a reasonable time of any discrepancy between the amount set forth in any Subscription Information and the amount delivered to the Escrow Agent therewith. Such amount need not be accepted for deposit in the Escrow Account until such discrepancy has been resolved.

5.4    The Escrow Agent shall be under no duty or responsibility to enforce collection of any check delivered to it hereunder. The Escrow Agent, within a reasonable time, shall return to the Underwriter any check received which is dishonored, together with the Subscription Information, if any, which accompanied such check.

5.5    The Escrow Agent shall be entitled to rely upon the accuracy, act in reliance upon the contents, and assume the genuineness of any notice, instruction, certificate, signature, instrument or other document which is given to the Escrow Agent pursuant to this Agreement without the necessity of the Escrow Agent verifying the truth or accuracy thereof. The Escrow Agent shall not be obligated to make any inquiry as to the authority, capacity, existence or identity or any person purporting to give any such notice or instructions or to execute any such certificate, instrument or other document.

5.6    If the Escrow Agent is uncertain as to its duties or rights hereunder or shall receive instructions with respect to the Bank Account, the Escrow Amounts or the Fund which, in its sole determination, are in conflict either with other, instructions received by it or with any provision of this Agreement, it shall be entitled to hold the Escrow Amounts, the Fund, or a portion thereof, in the Bank Account pending the resolution of such uncertainty to the Escrow Agent's sole satisfaction, by final judgment of a court or courts of competent jurisdiction or otherwise;  or the Escrow Agent, at its sole option, may deposit the Fund (and any other Escrow Amounts that thereafter become part of the Fund) with the Clerk of a court of competent jurisdiction in a proceeding to which all parties in interest are joined. Upon the deposit by the Escrow Agent of the Fund with the Clerk of any court, the Escrow Agent shall be relieved of all further obligations and released from all liability hereunder.

5.7    The Escrow Agent shall not be liable for any action taken or omitted hereunder, or for the misconduct of any employee, agent or attorney appointed by it, except in the case of willful misconduct or gross negligence. The Escrow Agent shall be entitled to consult with counsel of its own choosing and shall not be Liable for any action taken, suffered or omitted by it in accordance with the advice of such counsel.

5.8    The Escrow Agent shall have no responsibility at any time to ascertain whether or not any security interest exists in the Escrow Amounts, the Fund or any part thereof or to file any statement under the Uniform Commercial Code with respect to the Fund or any part thereof.

6    **Amendment; Resignation.**  This Agreement may be altered or amended only with the written consent of the Issuer, the Underwriter and the Escrow Agent.

6.1    The Escrow Agent may resign for any reason upon thirty (30) business days' written notice to the Issuer and the Underwriter. Should the Escrow Agent resign as herein provided, it shall not be required to accept any deposit, make any disbursement or otherwise dispose of the Escrow Amounts or the Fund, but its only duty shall be to hold the Escrow Amounts until they clear the banking system and the Fund for a period of not more than five (5) business days following the effective date of such resignation, at which time (a) if a successor escrow agent shall have been appointed and written notice thereof (including the name and address of such successor escrow agent) shall have been given to the resigning Escrow Agent by the Issuer, the Underwriter and such successor escrow agent, then the resigning Escrow Agent shall pay over to the successor escrow agent the Fund, less any portion thereof previously paid out in accordance with this Agreement; or (b) if the resigning Escrow Agent shall not have received written notice signed by the Issuer, the Underwriter and a successor escrow agent, then the resigning Escrow Agent shall promptly refund the amount in the Fund to each prospective purchaser without interest thereon or deduction therefrom, and the resigning Escrow Agent shall promptly notify the Issuer and the Underwriter in writing of its liquidation and distribution of the Fund; whereupon, in either case, the Escrow Agent shall be relieved of all further obligations and released from all liability under this Agreement. Without limiting the provisions of Section 8 hereof, the resigning Escrow Agent shall be entitled to be reimbursed by the Issuer and the Underwriter for any actual expenses incurred in connection with its resignation, transfer of the Fund to a successor escrow agent or distribution of the Fund pursuant to this Section 6.

7    **Representations and Warranties**.  The issuer and the Underwriter hereby jointly and severally represent and warrant to the Escrow Agent that:

7.1    No party other than the parties hereto and the prospective purchasers have, or shall have, any lien, claim or security interest in the Escrow Amounts or the Fund or any part thereof.

7.2    No financing statement under the Uniform Commercial Code is on file in any jurisdiction claiming a security interest in or describing (whether specifically or Generally) the Escrow Amounts or the Fund or any part thereof.

7.3    The Subscription information submitted with each deposit shall, at the time of submission and at the time of disbursement of the Fund, be deemed a representation and warranty that such deposit represents a bona fide payment by the purchaser described therein for the amount of securities in such described as Subscription Information.

7.4    All of the information contained in the Information Sheet is, as of the date hereof, and will be, at the time of any disbursement of the Fund, true and correct.

5

7.5    Reasonable controls have been established and required due diligence performed to comply with "Know Your Customer" regulations, USA Patriot Act, Office of the Foreign Asset Control (OFAC) regulations and the Bank Secrecy Act.

**8**    **Fees and Expenses**.  The Escrow Agent shall be entitled to the Escrow Agent Fees set forth on the Information Sheet, payable as and when stated therein. In addition, the Issuer and the Underwriter jointly and severally agree to reimburse the Escrow Agent for any reasonable expenses incurred in connection with this Agreement, including, but not limited to, reasonable counsel fees. Upon receipt of the Minimum Dollar Amount, the Escrow Agent shall have a lien upon the Fund to the extent of its fees for services as Escrow Agent.

**9**    **Indemnification and Contribution**.

9.1    The Issuer and the Underwriter (collectively referred to as the "Indemnitors") jointly and severally agree to indemnify the Escrow Agent and its officers, directors, employees, agents and shareholders (collectively referred to as the " Indemnitees") against, and hold them harmless of and from, any and all loss, liability, cost, damage and expense, including without limitation, reasonable counsel fees, which the Indemnitees may suffer or incur by reason of any action, claim or proceeding brought against the Indemnitees arising out of or relating in any way to this Agreement or any transaction to which this Agreement relates, unless such action, claim or proceeding is the result of the willful misconduct or gross negligence of the Indemnitees.

9.2    If the indemnification provided for in Section 9.1 is applicable, but for any reason is held to be unavailable, the Indemnitors shall contribute such amounts as are just and equitable to pay, or to reimburse the Indemnitees for, the aggregate of any and all losses, liabilities, costs, damages and expenses, including counsel fees, actually incurred by the Indemnitees as a result of or in connection with, and any amount paid in settlement of, any action, claim or proceeding arising out of or relating in any way to any actions or omissions of the Indemnitors.

9.3    The provisions of this Article 9 shall survive any termination of this Agreement, whether by disbursement of the Fund, resignation of the Escrow Agent or otherwise.

**10**    **Governing Law and Assignment**.  This Agreement shall be construed in accordance with and governed by the laws of the State of New York and shall be binding upon the parties hereto and their respective successors and assigns; provided, however, that any assignment or transfer by any party of its rights under this Agreement or with respect to the Escrow Amounts or the Fund shall be void as against the Escrow Agent unless (a) written notice thereof shall be given to the Escrow Agent; and (b) the Escrow Agent shall have consented in writing to such assignment or transfer.

**11**    **Notices**.  All notices required to be given in connection with this Agreement shall be sent by registered or certified mail, return receipt requested, or by hand delivery with receipt acknowledged, or by the Express Mail service offered by the United States Post Office, and addressed, if to the Issuer or the Underwriter, at their respective addresses set forth on the Information Sheet, and if to the Escrow Agent, at its address set forth above, to the

attention of the Trust Department.  The notice shall be deemed to have been duly given: (a) when received if personally delivered; (b) the day after it is sent, if sent for next day delivery to a domestic address by a recognized overnight delivery service (*e.g.*, Federal Express); and (c) upon receipt, if sent by certified or registered mail, return receipt requested.  The commencement of any notice periods set forth in a notice shall begin upon the deemed delivery date of such notice.

12      **Severability.**  If any provision of this Agreement or the application thereof to any person or circumstance shall be determined to be invalid or unenforceable, the remaining provisions of this Agreement or the application of such provision to persons or circumstances other than those to which it is held invalid or unenforceable shall not be affected thereby and shall be valid and enforceable to the fullest extent permitted by law.

13      **Execution in Several Counterparts.**   This Agreement may be executed in several counterparts or by separate instruments, and all of such counterparts and instruments shall constitute one agreement, binding on all of the parties hereto.

14      **Entire Agreement.**  This Agreement constitutes the entire agreement between the parties hereto with respect to the subject matter hereof and supersedes all prior agreements and understandings (written or oral) of the parties in connection therewith.

IN WITNESS WHEREOF, the undersigned have executed this Agreement as of the day and year first above written.

THE ISSUER

███████████████████

By:     Longfin Corp.
        Name: Venkata S Meenavalli
        Title: President & Chief Executive
Officer

CONTINENTAL STOCK TRANSFER &
TRUST COMPANY

███████████████████

By:
        Name: Sharmin Carter
        Title: Vice President

THE UNDERWRITER

*Network 1 Financial Securities*

███████████████████

By:
        Name:   *Merth Testaurrele*
        Title:  *SR. VP*

# EXHIBIT A

## ESCROW AGREEMENT INFORMATION SHEET

1. The Issuer
   Name: Longfin Corp.
   Address: 16-017, 85 Broad Street, New York NY 10004

2. The Underwriter
   Name: Network 1 Financial Securities, Inc
   Address: The Galleria, Penthouse 2 Bridge Avenue, Building 2, Red Bank, NJ   07701

3. The Securities
   Description of the Securities to be offered: Up to 10 million shares of the Issuer.

4. Conditions Required for Disbursement of the Escrow Account
   Aggregate dollar amount which must be collected before the Escrow Account may be disbursed to the Issuer: US$ Not Applicable

   Maximum Amounts and Conditions Required for Disbursement of the Escrow Account
   US$ 50,000,000

5. Plan of Distribution of the Securities
   Initial Offering Period: Through
   Extension Period, if any: Not Applicable

6. Title of Escrow Account
   "CST&T as agent for Longfin Corp."

7. Escrow Agent Fees and Charges
   $5,500 for the first 6 months, up to 50 inbound investments, with additional at S25.00 each: $2,750 payable at signing of the Escrow Agreement, plus S2,750 prior to the Closing. (Note: $250.00 online "view only" access to the bank account is included). A fee of $500 will be payable for document review services related to each amendment/extension to the Escrow Agreement. In addition, the Escrow Agent shall be paid a fee of $500.00 for each additional closing beyond the Initial Offering Period. Should the Escrow Agent continue for more than six months, the Escrow Agent shall receive a fee of $600.00 per month, or any portion thereof, payable in advance or the first business day of the month.

   Distribution charges:
   $10.00 per check
   $50.00 per wire
   $100.00 per check returned (NSF) check
   $100.00 lost check replacement fee
   $50.00 per DWAC (share movement to DTC)
   $10.00 per share certificate

# EXHIBIT J

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION

Washington, D.C. 20549

## Notice of Qualification

| | |
|---|---|
| **Date Qualified:** | October 11, 2017 2:00 P.M. |
| **Form:** | 1-A POS |

| | |
|---|---|
| **CIK:** | 0001699683 |
| **Company Name:** | Longfin Corp |
| **File Number:** | 024-10684 |

# EXHIBIT K

PART II AND III 2 pos7.htm POS 7

**EXPLANATORY NOTE**

This Post-Qualification Offering Circular Amendment No. 7 amends the offering circular of Longfin Corp. as qualified on June 16, 2017, and as may be amended and supplemented from time to time (the "offering circular"), to add, update and/or replace information contained in the offering circular

**Post-Qualification Offering Circular**
**Amendment No. 7 File No. 024-10684**



**Longfin Corp.**

Up to 10,000,000 Class A Common Shares
Minimum purchase: 100 Class A Common Share ($500)

We are offering up to 10,000,000 Class A common shares on a "best efforts" basis  Since there is no minimum amount of securities that must be purchased, all investor funds will be available to the company upon commencement of this Offering and no investor funds will be returned if an insufficient number of shares are sold to cover the expenses of this Offering and provide net proceeds to the company

**Generally, no sale may be made to you in this Offering if the aggregate purchase price you pay is more than 10% of the greater of your annual income or net worth. Different rules apply to accredited investors and non-natural persons. Before making any representation that your investment does not exceed applicable thresholds, we encourage you to review Rule 251(d)(2)(i)(C) of Regulation A. For general information on investing, we encourage you to refer to www.investor.gov**

Sale of these shares has not commenced as of October 4, 2017 and will commence within two calendar days post submission of this Post-Qualification Offering Circular

Prior to this offering, there has been no public market for our Class A Common Stock  We have applied to list our Common Stock on the NASDAQ Capital Market ("NASDAQ") under the symbol "LFIN "  Our Class A Common Stock will not commence trading on NASDAQ until a number of conditions are met, including that we have raised the minimum amount of offering proceeds necessary for us to meet the initial listing requirements of NASDAQ, which we currently estimate to be approximately $5 million under Net Income Standard  Even if we meet the minimum requirements for listing on NASDAQ, we may wait before terminating the offering and commencing the trading of our Class A Common Stock on NASDAQ in order to raise additional proceeds  In the event we do not meet NASDAQ's initial listing qualification requirements, we intend to apply to have our Class A Common Stock listed on other national securities exchange  This offering not contingent upon receiving NASDAQ's listing approval  The gross proceeds of this offering will be deposited at Continental Stock Transfer & Trust Company in an escrow account established by us, and upon closing the offering the funds will be released to us

1



### Lead Underwriter

We have engaged Network 1 Financial Securities, Inc. as the Lead Underwriter (the "Underwriter") to offer the Offered Shares to prospective investors on a best efforts basis, and our Underwriter will have the right to engage such other broker-dealers or agents as it determines to assist in such offering.

These are speculative securities. Investing in our shares involves significant risks. You should purchase these securities only if you can afford a complete loss of your investment. See "Risk Factors" beginning on page 4.

*We are an "emerging growth company" as defined in the Jumpstart Our Business Startups Act (the "JOBS Act") and, as such, may elect to comply with certain reduced reporting requirements for this Offering Circular and future filing after this offering.*

|  | Number of Shares | | Price to Public | | Underwriting discount and commissions (1) | | Proceeds to issuer | | Proceeds to other persons |
|---|---|---|---|---|---|---|---|---|---|
| Per Class A share | 1 | $ | 5 00 | $ | 0 21(2) | $ | 4 79 | $ | 0 00 |
| First 3,000,000 Class A shares | 3,000,000 | $ | 15,000,000 | $ | 1,050,000 | $ | 13,950,000 | $ | 0 00 |
| Next 7,000,000 Class A shares | 7,000,000 | $ | 35,000,000 | $ | 1,050,000 | $ | 33,950,000 | $ | 0 00 |
| Total | 10,000,000 | $ | 50,000,000 | $ | 2,100,000 | $ | 47,900,000 | $ | 0 00 |

(1) We have entered into an Underwriting Agreement with Network 1 Financial Securities, Inc  (the "Underwriter") to conduct this offering on a "best efforts" basis  We have agreed to pay the Underwriter a cash fee equal to (i) 7% of the gross proceeds from the first 3,000,000 shares ($15,000,000) sold in this offering and (ii) 3% of the gross proceeds from the sale of the last 7,000,000 shares ($35,000,000) sold in this offering  We have also agreed to issue the Underwriter warrants to purchase an amount of shares equal to 6% of the shares sold in this offering for $7 50 (150% of the offering price) per share exercisable from six-month date from the date of issuance until June 16, 2022, the fifth anniversary of the date this offering was qualified by the Securities and Exchange Commission  See "Plan of Distribution and Selling Security Holders" for more information on this offering and the underwriter arrangements

(2) Representing a 4 2% weighted average in commissions  See Note (1) above

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION DOES NOT PASS UPON THE MERITS OF OR GIVE ITS APPROVAL TO ANY SECURITIES OFFERED OR THE TERMS OF THE OFFERING, NOR DOES IT PASS UPON THE ACCURACY OR COMPLETENESS OF ANY OFFERING CIRCULAR OR OTHER SOLICITATION MATERIALS. THESE SECURITIES ARE OFFERED PURSUANT TO AN EXEMPTION FROM REGISTRATION WITH THE COMMISSION; HOWEVER, THE COMMISSION HAS NOT MADE AN INDEPENDENT DETERMINATION THAT THE SECURITIES OFFERED ARE EXEMPT FROM REGISTRATION.

The Offering will terminate at the earlier of: (1) the date at which the maximum offering amount has been subscribed, (2) the date which is one year from this Offering Statement being qualified by the Commission, or (3) the date at which the Offering is earlier terminated by the company in its sole discretion

This Offering Circular follows the disclosure format prescribed by Part I of Form S-1 pursuant to the general instructions of Part II(a)(1)(ii) of Form 1-A

**16-017, 85 Broad Street, New York NY 10004**

**The date of this Offering Circular is October 4, 2017**

3

## 4.   PLAN OF DISTRIBUTION AND SELLING SECURITY HOLDERS

We are offering a maximum of 10,000,000 Class A Common Shares on a "best efforts" basis  All subscribers will be instructed by the company or its agents to transfer funds by wire or ACH transfer directly to an escrow account to be established for this offering or deliver checks made payable to escrow agent

The Offering will terminate at the earlier of: (1) the date at which the maximum offering amount has been subscribed, (2) the date which is one year from this Offering Statement being qualified by the Commission, or (3) the date at which the Offering is earlier terminated by the company in its sole discretion

The Offering Statement has been qualified by the Securities and Exchange Commission on June 16, 2017; the company shall accept tenders of funds to purchase the shares  The company may close on investments on a "rolling" basis (so not all investors will receive their shares on the same date)  The funds tendered by potential investors will be transferred directly to the Company  Each time the company accepts funds directly from the investors is defined as a "Closing"

We have entered into an Underwriting Agreement with Network 1 Financial Securities, Inc  (the "Underwriter") to conduct this offering on a "best efforts" basis  The offering is being made without a firm commitment by the Underwriter, which has no obligation or commitment to purchase any of our shares  Accordingly, pursuant to the Underwriting Agreement, we will sell to investors that complete a subscription agreement with us up to the 10,000,000 shares of Class A common stock offered hereby

The Underwriter is an "underwriter" within the meaning of Section 2(a)(11) of the Securities Act and any commissions received by it and any profit realized on the sale of the securities by them while acting as principal would be deemed to be underwriting discounts or commissions under the Securities Act  The Underwriter is required to comply with the requirements of the Securities Act and the Exchange Act including, without limitation, Rule 10b-5 and Regulation M under the Exchange Act  These rules and regulations may limit the timing of purchases and sales of shares of common stock by the Underwriter  Under these rules and regulations, the Underwriter may not (i) engage in any stabilization activity in connection with our securities; and (ii) bid for or purchase any of our securities or attempt to induce any person to purchase any of our securities, other than as permitted under the Exchange Act, until they have completed their participation in the distribution

The Underwriting Agreement provides that the obligation of the Underwriter to arrange for the offer and sale of the shares of our common stock, on a "best efforts" basis, is subject to certain conditions precedent, including but not limited to (i) delivery of legal opinions, and (ii) delivery of auditor comfort letters  The Underwriter is under no obligation to purchase any shares of our common stock for its own account  Since this offering is being conducted by the Underwriter on a "best efforts" basis, there can be no assurance that the offering contemplated hereby will ultimately be completed  The Underwriter may, but is not obligated to, retain other selected dealers that are qualified to offer and sell the shares and that are members of the Financial Industry Regulatory Authority, Inc , or FINRA  The Underwriter proposes to offer the shares to investors at the offering price, and will receive the underwriting commissions, set forth on the cover of this prospectus

We anticipate the shares of our common stock will be listed on the Nasdaq Capital Market (under Net Income Standard) under the symbol "LFIN"  In order to list, the Nasdaq Capital Market requires that, among other criteria, at least 1,000,000 publicly-held shares of our common stock be outstanding, the shares be held in the aggregate by at least 300 round lot holders, the market value of the publicly-held shares of our common stock be at least $5 million, our stockholders' equity after giving effect to the sale of our shares in this offering be at least $4 million, the bid price per share of our common stock be $4 00 or more, and there be at least three registered and active market makers for our common stock  The gross proceeds of this offering will be deposited at Continental Stock Transfer & Trust Company in an escrow account established by us, and upon closing the offering the funds will be released to us  However, this offering is not contingent upon receiving NASDAQ's listing approval  In the event we do not

25

# EXHIBIT L

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549
## Notice of Qualification

**Date Qualified:**    November 22, 2017 2:00 P.M.
**Form:**              1-A POS

**CIK:**                0001699683
**Company Name:**       Longfin Corp
**File Number:**        024-10684

# EXHIBIT M

PART II AND III 2 pos9.htm POS - 9

## EXPLANATORY NOTE

This Post-Qualification Offering Circular Amendment No. 9 amends the offering circular of Longfin Corp. as qualified on June 16, 2017, and as may be amended and supplemented from time to time (the "offering circular"), to add, update and/or replace information contained in the offering circular

**Post-Qualification Offering Circular**
**Amendment No. 9 File No. 024-10684**



**Longfin Corp.**

Up to 10,000,000 Class A Common Shares

Minimum purchase: 100 Class A Common Share ($500)

We are offering up to 10,000,000 Class A common shares on a "best efforts" basis  Since there is no minimum amount of securities that must be purchased, all investor funds will be available to the company upon commencement of this Offering and no investor funds will be returned if an insufficient number of shares are sold to cover the expenses of this Offering and provide net proceeds to the company

**Generally, no sale may be made to you in this Offering if the aggregate purchase price you pay is more than 10% of the greater of your annual income or net worth. Different rules apply to accredited investors and non-natural persons. Before making any representation that your investment does not exceed applicable thresholds, we encourage you to review Rule 251(d)(2)(i)(C) of Regulation A. For general information on investing, we encourage you to refer to www.investor.gov**

Sale of these shares has been commenced post October 11, 2017 qualification

Prior to this offering, there has been no public market for our Class A Common Stock  We have applied to list our Common Stock on the NASDAQ Capital Market ("NASDAQ") under the symbol "LFIN "  Our Class A Common Stock will not commence trading on NASDAQ until a number of conditions are met, including that we have raised the minimum amount of offering proceeds necessary for us to meet the initial listing requirements of NASDAQ, which we currently estimate to be approximately $5 million under Net Income Standard  Even if we meet the minimum requirements for listing on NASDAQ, we may wait before terminating the offering and commencing the trading of our Class A Common Stock on NASDAQ in order to raise additional proceeds  In the event we do not meet NASDAQ's initial listing qualification requirements, we intend to apply to have our Class A Common Stock listed on other national securities exchange  This offering not contingent upon receiving NASDAQ's listing approval  The gross proceeds of this offering will be deposited at Continental Stock Transfer & Trust Company in an escrow account established by us, and upon closing the offering the funds will be released to us

1



SECURITIES, INC.
*Member of FINRA/SIPC*

**Lead Underwriter**

We have engaged Network 1 Financial Securities, Inc. as the Lead Underwriter (the "Underwriter") to offer the Offered Shares to prospective investors on a best efforts basis, and our Underwriter will have the right to engage such other broker-dealers or agents as it determines to assist in such offering.

These are speculative securities. Investing in our shares involves significant risks. You should purchase these securities only if you can afford a complete loss of your investment. See "Risk Factors" beginning on page 4.

*We are an "emerging growth company" as defined in the Jumpstart Our Business Startups Act (the "JOBS Act") and, as such, may elect to comply with certain reduced reporting requirements for this Offering Circular and future filing after this offering.*

|  | Number of Shares | | Price to Public | | Underwriting discount and commissions (1) | | Proceeds to issuer | | Proceeds to other persons |
|---|---|---|---|---|---|---|---|---|---|
| Per Class A share | 1 | $ | 5 00 | $ | 0 21(2) | $ | 4 79 | $ | 0 00 |
| First 3,000,000 Class A shares | 3,000,000 | $ | 15,000,000 | $ | 1,050,000 | $ | 13,950,000 | $ | 0 00 |
| Next 7,000,000 Class A shares | 7,000,000 | $ | 35,000,000 | $ | 1,050,000 | $ | 33,950,000 | $ | 0 00 |
| Total | 10,000,000 | $ | 50,000,000 | $ | 2,100,000 | $ | 47,900,000 | $ | 0 00 |

(1) We have entered into an Underwriting Agreement with Network 1 Financial Securities, Inc  (the "Underwriter") to conduct this offering on a "best efforts" basis  We have agreed to pay the Underwriter a cash fee equal to (i) 7% of the gross proceeds from the first 3,000,000 shares ($15,000,000) sold in this offering and (ii) 3% of the gross proceeds from the sale of the last 7,000,000 shares ($35,000,000) sold in this offering  We have also agreed to issue the Underwriter warrants to purchase an amount of shares equal to 6% of the shares sold in this offering for $7 50 (150% of the offering price) per share exercisable from six-month date from the date of issuance until June 16, 2022, the fifth anniversary of the date this offering was qualified by the Securities and Exchange Commission  See "Plan of Distribution and Selling Security Holders" for more information on this offering and the underwriter arrangements

(2) Representing a 4 2% weighted average in commissions  See Note (1) above

THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION DOES NOT PASS UPON THE MERITS OF OR GIVE ITS APPROVAL TO ANY SECURITIES OFFERED OR THE TERMS OF THE OFFERING, NOR DOES IT PASS UPON THE ACCURACY OR COMPLETENESS OF ANY OFFERING CIRCULAR OR OTHER SOLICITATION MATERIALS. THESE SECURITIES ARE OFFERED PURSUANT TO AN EXEMPTION FROM REGISTRATION WITH THE COMMISSION; HOWEVER, THE COMMISSION HAS NOT MADE AN INDEPENDENT DETERMINATION THAT THE SECURITIES OFFERED ARE EXEMPT FROM REGISTRATION.

The Offering will terminate at the earlier of: (1) the date at which the maximum offering amount has been subscribed, (2) the date which is one year from this Offering Statement being qualified by the Commission, or (3) the date at which the Offering is earlier terminated by the company in its sole discretion

This Offering Circular follows the disclosure format prescribed by Part I of Form S-1 pursuant to the general instructions of Part II(a)(1)(ii) of Form 1-A

**16-017, 85 Broad Street, New York NY 10004**

**The date of this Offering Circular is November 3, 2017**

#### 4.   PLAN OF DISTRIBUTION AND SELLING SECURITY HOLDERS

We are offering a maximum of 10,000,000 Class A Common Shares on a "best efforts" basis  All subscribers will be instructed by the company or its agents to transfer funds by wire or ACH transfer directly to an escrow account to be established for this offering or deliver checks made payable to escrow agent

The Offering will terminate at the earlier of: (1) the date at which the maximum offering amount has been subscribed, (2) the date which is one year from this Offering Statement being qualified by the Commission, or (3) the date at which the Offering is earlier terminated by the company in its sole discretion

The Offering Statement has been qualified by the Securities and Exchange Commission on June 16, 2017; the company shall accept tenders of funds to purchase the shares  The company may close on investments on a "rolling" basis (so not all investors will receive their shares on the same date)  The funds tendered by potential investors will be transferred directly to the Company  Each time the company accepts funds directly from the investors is defined as a "Closing"

We have entered into an Underwriting Agreement with Network 1 Financial Securities, Inc  (the "Underwriter") to conduct this offering on a "best efforts" basis  The offering is being made without a firm commitment by the Underwriter, which has no obligation or commitment to purchase any of our shares  Accordingly, pursuant to the Underwriting Agreement, we will sell to investors that complete a subscription agreement with us up to the 10,000,000 shares of Class A common stock offered hereby

The Underwriter is an "underwriter" within the meaning of Section 2(a)(11) of the Securities Act and any commissions received by it and any profit realized on the sale of the securities by them while acting as principal would be deemed to be underwriting discounts or commissions under the Securities Act  The Underwriter is required to comply with the requirements of the Securities Act and the Exchange Act including, without limitation, Rule 10b-5 and Regulation M under the Exchange Act  These rules and regulations may limit the timing of purchases and sales of shares of common stock by the Underwriter  Under these rules and regulations, the Underwriter may not (i) engage in any stabilization activity in connection with our securities; and (ii) bid for or purchase any of our securities or attempt to induce any person to purchase any of our securities, other than as permitted under the Exchange Act, until they have completed their participation in the distribution

The Underwriting Agreement provides that the obligation of the Underwriter to arrange for the offer and sale of the shares of our common stock, on a "best efforts" basis, is subject to certain conditions precedent, including but not limited to (i) delivery of legal opinions, and (ii) delivery of auditor comfort letters  The Underwriter is under no obligation to purchase any shares of our common stock for its own account  Since this offering is being conducted by the Underwriter on a "best efforts" basis, there can be no assurance that the offering contemplated hereby will ultimately be completed  The Underwriter may, but is not obligated to, retain other selected dealers that are qualified to offer and sell the shares and that are members of the Financial Industry Regulatory Authority, Inc , or FINRA  The Underwriter proposes to offer the shares to investors at the offering price, and will receive the underwriting commissions, set forth on the cover of this prospectus

We anticipate the shares of our common stock will be listed on the Nasdaq Capital Market (under Net Income Standard) under the symbol "LFIN"  In order to list, the Nasdaq Capital Market requires that, among other criteria, at least 1,000,000 publicly-held shares of our common stock be outstanding, the shares be held in the aggregate by at least 300 round lot holders, the market value of the publicly-held shares of our common stock be at least $5 million, our stockholders' equity after giving effect to the sale of our shares in this offering be at least $4 million, the bid price per share of our common stock be $4 00 or more, and there be at least three registered and active market makers for our common stock  The gross proceeds of this offering will be deposited at Continental Stock Transfer & Trust Company in an escrow account established by us, and upon closing the offering the funds will be released to us  However, this offering is not contingent upon receiving NASDAQ's listing approval  In the event we do not

26

# EXHIBIT N

**CONTINENTAL** STOCK TRANSFER & TRUST COMPANY

CONTINENTAL STOCK TRANSFER & TRUST

AS AGENT FOR  LONGFIN CORP

FED I.D. #

ACCOUNT #

Extension Date  PERIOD

TERMINATED EARLIER

Minimum:      $0.00

Extension period,  IF ANY 5 BUSINESS DAYS

Maximum:

Contact Name                              Telephone #:

From:                                Fax #:

ARTICLES OF INCORPORATION OF THE ISSUER ( ✓ )

BY LAW OF THE ISSUER ( ✓ )

INCUMBENCY CERT SIGNED BY THE ISSUER'S CORPORATE SECRETARY (✓ )

W-9 ✓

PICTURE ID (✓ )

Open Date:                                      Grand Total

9/12/2017

| Date | Name | Wire/Check | Deposit | Withdrawal | Total | Comments |
|------|------|-----------|---------|-----------|-------|----------|
| 11/7/2017 | MICHAEL L BRENS NGER | WIRE | $ 30,000.00 | | $ 30,000.00 | |
| 11/16/2017 | MR. GURRAM AKHIL REDDY REDDY | WIRE | $ 500.00 | | $ 30,500.00 | |
| 11/16/2017 | JAGADEESH PRASAD VEGI | WIRE | $ 4,000.00 | | $ 34,500.00 | |
| 11/17/2017 | PRABHAVATI MUDUNURI P | WIRE | $ 1,500.00 | | $ 36,000.00 | |
| 11/22/2017 | MR. GURRAM AKHIL REDDY REDDY 2 | WIRE | $ 1,000.00 | | $ 37,000.00 | |
| 11/27/2017 | GARY M CANTARA | WIRE | $ 100,000.00 | | $ 137,000.00 | |
| 11/27/2017 | WILLIAM PETTIT | WIRE | $ 40,000.00 | | $ 177,000.00 | |
| 11/27/2017 | MADISON EQUITY HOLDINGS LLC | WIRE | $ 25,000.00 | | $ 202,000.00 | |
| 11/27/2017 | OSCAR ELBAUM | WIRE | $ 25,000.00 | | $ 227,000.00 | |
| 11/27/2017 | MARK P BUTTARO | WIRE | $ 22,500.00 | | $ 249,500.00 | |
| 11/27/2017 | ROBERT P MAST | WIRE | $ 13,500.00 | | $ 263,000.00 | |
| 11/27/2017 | JOHN TROESCHEL | WIRE | $ 10,000.00 | | $ 273,000.00 | |
| 11/27/2017 | MICHAEL J HOMYAK | WIRE | $ 7,500.00 | | $ 280,500.00 | |
| 11/27/2017 | MARK P BUTTARO | WIRE | $ 7,500.00 | | $ 288,000.00 | |
| 11/27/2017 | GLENN HALVORSEN | CHK 1083 | $ 5,000.00 | | $ 293,000.00 | N AS ONE DEPOSIT OF $10,000 |
| 11/27/2017 | BRADLEY K. KUMMERER | CHK 173 | $ 5,000.00 | | $ 298,000.00 | |
| 11/27/2017 | VY N BUI OR PATRICK G B NDZI | WIRE | $ 15,000.00 | | $ 313,000.00 | |
| 11/28/2017 | KEITH MONTELEONE | WIRE | $ 50,000.00 | | $ 363,000.00 | |
| 11/28/2017 | SJA ASSET MGMT | WIRE | $ 25,000.00 | | $ 388,000.00 | |
| 11/28/2017 | PATRICK COGHLAN | WIRE | $ 25,000.00 | | $ 413,000.00 | |
| 11/28/2017 | OVERLAND TECHNOLOG ES LLC | WIRE | $ 25,000.00 | | $ 438,000.00 | |
| 11/28/2017 | JOSEPH P KELLY | WIRE | $ 20,000.00 | | $ 458,000.00 | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 47 | 11/28/2017 | ANDREW BARASH | WIRE | $ 17,500.00 | | $ 475,500.00 | |
| 48 | 11/28/2017 | BRIAN ROB NSON | WIRE | $ 15,000.00 | | $ 490,500.00 | |
| 49 | 11/28/2017 | JURSWIN COFFY P ETERNELLE | WIRE | $ 11,500.00 | | $ 502,000.00 | |
| 50 | 11/28/2017 | JOHN GISMOND | WIRE | $ 8,500.00 | | $ 510,500.00 | |
| 51 | 11/28/2017 | BRUCE BAUER | WIRE | $ 7,500.00 | | $ 518,000.00 | |
| 52 | 11/28/2017 | TAL VANDER | WIRE | $ 5,500.00 | | $ 523,500.00 | |
| 53 | 11/28/2017 | JOSEPH M BRENNAN | WIRE | $ 5,000.00 | | $ 528,500.00 | |
| 54 | 11/28/2017 | CHRISTIAN FUSSNER | WIRE | $ 5,000.00 | | $ 533,500.00 | |
| 55 | 11/28/2017 | STEPHEN D NICOLANTONIO | WIRE | $ 3,750.00 | | $ 537,250.00 | |
| 56 | 11/28/2017 | PAUL M. NDUNGU | CHK 4694 | $ 7,000.00 | | $ 544,250.00 | |
| 57 | 11/28/2017 | ERIC BUCKNER | WIRE | $ 3,000.00 | | $ 547,250.00 | |
| 58 | 11/29/2017 | SYED SAYEED SHAZIA KHAN JTWROS | WIRE | $ 60,000.00 | | $ 607,250.00 | |
| 59 | 11/29/2017 | CLARENCE EDWARD WHITE JR | WIRE | $ 40,000.00 | | $ 647,250.00 | |
| 60 | 11/29/2017 | JOE BURNETT JEFF TEGROTENHUIS JTWRO | WIRE | $ 27,000.00 | | $ 674,250.00 | |
| 61 | 11/29/2017 | ROBERT J MANCUSO | WIRE | $ 25,000.00 | | $ 699,250.00 | |
| 62 | 11/29/2017 | P NEHURST CAPITAL INC | WIRE | $ 20,000.00 | | $ 719,250.00 | |
| 63 | 11/29/2017 | GRACE SOTTOSANTI | WIRE | $ 20,000.00 | | $ 739,250.00 | |
| 64 | 11/29/2017 | BRUCE MCKALSON | WIRE | $ 15,000.00 | | $ 754,250.00 | |
| 65 | 11/29/2017 | CLEVE HUTCHINS | WIRE | $ 10,000.00 | | $ 764,250.00 | |
| 66 | 11/29/2017 | OSCAR ELBAUM | WIRE | $ 10,000.00 | | $ 774,250.00 | |
| 67 | 11/29/2017 | GREGORY JAMES GLEASON | WIRE | $ 7,500.00 | | $ 781,750.00 | |
| 68 | 11/29/2017 | STEPHEN MCGOVERN | WIRE | $ 5,170.00 | | $ 786,920.00 | |
| 69 | 11/29/2017 | FRANK M. WELLS JR | WIRE | $ 5,000.00 | | $ 791,920.00 | |
| 70 | 11/29/2017 | STEPHEN C GRAVES | WIRE | $ 3,000.00 | | $ 794,920.00 | |
| 71 | 11/29/2017 | PR ME SC ENCE & TECHNOLOGY INC | CHK 8668 | $ 320,000.00 | | $ 1,114,920.00 | |
| 72 | 11/29/2017 | CLEANTECH GLOBAL LIMITED | WIRE | $ 80,000.00 | | $ 1,194,920.00 | |
| 73 | 11/29/2017 | MR. PALLE JITHENDER GOUD | WIRE | $ 500.00 | | $ 1,195,420.00 | |
| 74 | 11/29/2017 | L1 CAPITAL GLOBAL OPPORTUNIT ES MASSUITE | WIRE | $ 100,000.00 | | $ 1,295,420.00 | |
| 75 | 11/30/2017 | CHRIS QUALIZZA | WIRE | $ 62,000.00 | | $ 1,357,420.00 | |
| 76 | 11/30/2017 | CHARLES WYATT | WIRE | $ 60,000.00 | | $ 1,417,420.00 | |
| 77 | 11/30/2017 | STANLEY R WHITE | WIRE | $ 50,000.00 | | $ 1,467,420.00 | |
| 78 | 11/30/2017 | BOB STANEK | WIRE | $ 25,000.00 | | $ 1,492,420.00 | |
| 79 | 11/30/2017 | DONALD H NCHMAN | WIRE | $ 17,500.00 | | $ 1,509,920.00 | |
| 80 | 11/30/2017 | MARY BETH BELEGRIN | WIRE | $ 15,000.00 | | $ 1,524,920.00 | |
| 81 | 11/30/2017 | NELSON A CHASTAIN | WIRE | $ 12,750.00 | | $ 1,537,670.00 | |
| 82 | 11/30/2017 | RAMESH CHANDER | WIRE | $ 10,000.00 | | $ 1,547,670.00 | |
| 83 | 11/30/2017 | NITIN SHAH | WIRE | $ 10,000.00 | | $ 1,557,670.00 | |
| 84 | 11/30/2017 | DARIO D VILLA | WIRE | $ 10,000.00 | | $ 1,567,670.00 | |
| 85 | 11/30/2017 | DAV D BAJULA | WIRE | $ 9,000.00 | | $ 1,576,670.00 | |
| 86 | 11/30/2017 | ARCHIE O MCFADYEN | WIRE | $ 5,000.00 | | $ 1,581,670.00 | |
| 87 | 11/30/2017 | DAT LY | WIRE | $ 4,250.00 | | $ 1,585,920.00 | |
| 88 | 11/30/2017 | DAV D HUNTER | WIRE | $ 3,000.00 | | $ 1,588,920.00 | |
| 89 | 11/30/2017 | PROFESSIONAL AUTOMATION SERVICES | WIRE | $ 1,500.00 | | $ 1,590,420.00 | |
| 90 | 12/1/2017 | LOCKE PRECISION LLC | WIRE | $ 18,950.00 | | $ 1,609,370.00 | |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 91 | 12/1/2017 | REMY BOOTS | WIRE | $ 15,000.00 | | $ 1,624,370.00 | |
| 92 | 12/1/2017 | JAMES NICHOLS | WIRE | $ 10,750.00 | | $ 1,635,120.00 | |
| 93 | 12/1/2017 | RICHARD L DEPANICIS | WIRE | $ 5,950.00 | | $ 1,641,070.00 | |
| 94 | 12/1/2017 | JERALD BURCO | WIRE | $ 4,950.00 | | $ 1,646,020.00 | |
| 95 | 12/1/2017 | BRUCE W GARDNER | WIRE | $ 1,000.00 | | $ 1,647,020.00 | |
| 96 | 12/1/2017 | JOHN S SCOTT JR | WIRE | $ 20,000.00 | | $ 1,667,020.00 | |
| 97 | 12/4/2017 | HAITHAM S ELSHE KH & CHRISTY ELSHEIKH JTWROS | WIRE | $ 100,000.00 | | $ 1,767,020.00 | |
| 98 | 12/4/2017 | ORCA CAPITAL GMBH SPERL-R NG | WIRE | $ 100,000.00 | | $ 1,867,020.00 | |
| 99 | 12/5/2017 | COR CLEARING FBO: NOEL RUB N | WIRE | $ 75,000.00 | | $ 1,942,020.00 | |
| 100 | 12/5/2017 | COR CLEARING  FBO: STACY GIUNTA | WIRE | $ 50,000.00 | | $ 1,992,020.00 | |
| 101 | 12/5/2017 | COR CLEARING FBO: DAVID LESL E | WIRE | $ 12,500.00 | | $ 2,004,520.00 | |
| 102 | 12/5/2017 | COR CLEARING  FBO: ANDREW MCNEEL | WIRE | $ 10,000.00 | | $ 2,014,520.00 | |
| 103 | 12/5/2017 | WORLD ENERGY SYSTEMS LLC | WIRE | $ 5,000.00 | | $ 2,019,520.00 | |
| 104 | 12/5/2017 | COR CLEARING FBO: FLOYD & CAROL BROMAN | WIRE | $ 1,000.00 | | $ 2,020,520.00 | |
| 105 | 12/5/2017 | RENTAI TRADING INC | WIRE | $ 500,000.00 | | $ 2,520,520.00 | |
| 106 | 12/5/2017 | GPL VENTURES LLC | WIRE | $ 200,000.00 | | $ 2,720,520.00 | |
| 107 | 12/6/2017 | RICHARD PH LLIS | WIRE | $ 1,000.00 | | $ 2,721,520.00 | |
| 108 | 12/6/2017 | CHRISTOPHER PAUL | WIRE | $ 10,000.00 | | $ 2,731,520.00 | ONL NE TRANSFER |
| 109 | 12/6/2017 | RFMR PARTNERS LLC | CHK 2133 | $ 15,000.00 | | $ 2,746,520.00 | |
| 110 | 12/6/2017 | RENTAI TRADING INC | WIRE | $ 100,000.00 | | $ 2,846,520.00 | |
| 111 | 12/6/2017 | MICHEAL J. LING | WIRE | $ 75,000.00 | | $ 2,921,520.00 | BOOK TRANSFER CREDIT |
| 112 | 12/6/2017 | KDZ PARTNERS, LLC | WIRE | $ 12,500.00 | | $ 2,934,020.00 | |
| 113 | 12/6/2017 | KDZ PARTNERS, LLC | WIRE | $ 10,000.00 | | $ 2,944,020.00 | |
| 114 | 12/7/2017 | ROBERT ROSENBLATT | WIRE | $ 15,000.00 | | $ 2,959,020.00 | |
| 115 | 12/7/2017 | CRAIG COLL NS | WIRE | $ 1,000.00 | | $ 2,960,020.00 | |
| 116 | 12/7/2017 | CHARLES PATRICK MCKEOWEN | WIRE | $ 5,000.00 | | $ 2,965,020.00 | |
| 117 | 12/7/2017 | RUGUI CHEN | WIRE | $ 120,000.00 | | $ 3,085,020.00 | |
| 118 | 12/7/2017 | CHRIS A SCHERMACHER | WIRE | $ 20,000.00 | | $ 3,105,020.00 | |
| 119 | 12/7/2017 | RAMESH T PATEL AND SUVANRA PATEL | WIRE | $ 15,000.00 | | $ 3,120,020.00 | |
| 120 | 12/7/2017 | HARMANDER S GREWAL | WIRE | $ 10,000.00 | | $ 3,130,020.00 | |
| 121 | 12/7/2017 | KEWEI LUO | WIRE | $ 100,000.00 | | $ 3,230,020.00 | |
| 122 | 12/7/2017 | NOEL RUBIN | WIRE | $ 40,000.00 | | $ 3,270,020.00 | |
| 123 | 12/8/2017 | WORLD WIDE HOLD NGS LLC | WIRE | $ 25,000.00 | | $ 3,295,020.00 | |
| 124 | 12/8/2017 | ED BRIN | WIRE | $ 19,500.00 | | $ 3,314,520.00 | |
| 125 | 12/8/2017 | SWAPNIKA RATAKONDA | WIRE | $ 5,000.00 | | $ 3,319,520.00 | |
| 126 | 12/8/2017 | LONGF N CORP US | WIRE | | $ 2,907,623.20 | $ 411,896.80 | |
| 127 | 12/8/2017 | NETWORK 1 FINANCIAL SECURIT ES INC | WIRE | | $ 232,366.40 | $ 179,530.40 | |
| 128 | 12/8/2017 | NETWORK 1 FINANCIAL SECURIT ES INC | WIRE | | $ 66,390.40 | $ 113,140.00 | LONGFIN CLOSING FFC NETWORK 1 FINANCIAL, UNDERWRITING ACCOUNT ACCOUNT |
| 129 | 12/8/2017 | NETWORK 1 FINANCIAL SECURIT ES INC | WIRE | | $ 50,000.00 | $ 63,140.00 | |
| 130 | 12/8/2017 | COR CLEARING LLC US | WIRE | | $ 31,365.00 | $ 31,775.00 | |
| 131 | 12/8/2017 | AGENT FEE | WIRE | | $ 6,775.00 | $ 25,000.00 | AGENT FEE |
| 132 | 12/11/2017 | MAGRI LAW FIRM | WIRE | | $ 25,000.00 | $ (0.00) | LONGF N CLOS NG |
| 133 | | | | | | | |
| 134 | | | | | | | |

# EXHIBIT O



E      **STATEMENT OF ACCOUNT**

LONGFIN CORP
OPERATING ACCOUNT
85 BROAD STREET
STE 16 017
NEW YORK NY 10004

| Page: | 1 of 9 |
|---|---|
| Statement Period: | Dec 01 2017-Dec 31 2017 |
| Cust Ref #: | 4338812658-414-E-### |
| Primary Account #: | |

## TD Commercial Convenience Checking

LONGFIN CORP
OPERATING ACCOUNT

Account # ▮▮▮2658

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 47,700.76 | Average Collected Balance | 900,788.71 |
| Deposits | 100,000.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 100,026.37 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 4,224,328.20 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |
| Electronic Payments | 147,272.29 | | |
| Other Withdrawals | 2,626,166.13 | | |
| Ending Balance | 1,698,616.91 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/12 | DEPOSIT | 100,000.00 |
| | Subtotal: | 100,000.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/12 | ACH SETTLEMENT, LONGFINOP1 RETURN -SETT-RET.ETRES | 100,000.00 |
| 12/15 | DEBIT CARD CREDIT, AUT 121517 VISA DDA REF<br>UBER  TRIP R25SU      800 592 8996  * CA<br>4085404018169155 | 2.00 |
| 12/18 | DEBIT CARD CREDIT, AUT 121617 VISA DDA REF<br>UBER  TRIP R25SU      800 592 8996  * CA<br>4085404018169155 | 5.41 |
| 12/22 | DEBIT CARD CREDIT, AUT 122217 VISA DDA REF<br>YELP CASHBACK        888 9776645   * CA<br>4085404018169155 | 18.96 |
| | Subtotal: | 100,026.37 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/04 | WIRE TRANSFER INCOMING, STAMPEDE ENTERPRISES INDIA PVT LTD | 44,065.00 |
| 12/08 | WIRE TRANSFER INCOMING, CONTINENTAL STOCK TRANSFER & TRUST | 2,907,623.20 |
| 12/28 | WIRE TRANSFER INCOMING, LONGFIN CORP | 974,165.00 |
| 12/28 | WIRE TRANSFER INCOMING, LONGFIN TRADEX PTE. LTD. | 298,475.00 |
| | Subtotal: | 4,224,328.20 |

# How to Balance your Account

Page:   2 of 9

**Begin by adjusting your account register as follows:**

· Subtract any services charges shown on this statement.

· Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

· Add any interest earned if you have an interest-bearing account.

· Add any automatic deposit or overdraft line of credit.

· Review all withdrawals shown on this statement and check them off in your account register.

· Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.





| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS | ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS | WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | ❷ | | | | | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY   IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

Your name and account number.
A description of the error or transaction you are unsure about.
The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY   BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

Your name and account number.
The dollar amount of the suspected error.
Describe the error and explain, if you can, why you believe there is an error.
If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

LONGFIN CORP
OPERATING ACCOUNT

| | |
|---|---|
| Page: | 3 of 9 |
| Statement Period: | Dec 01 2017-Dec 31 2017 |
| Cust Ref #: | 4338812658-414-E-### |
| Primary Account #: | |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/01 | DEBIT POS, AUT 120117 DDA PURCHASE<br>CVS PHARM 08968  222 E      NEW YORK      * NY<br>4085404018169155 | 145.73 |
| 12/04 | DEBIT CARD PURCHASE, AUT 113017 VISA DDA PUR<br>TRATTORIA DELL ARTE        NEW YORK      * NY<br>4085404018169155 | 501.29 |
| 12/04 | DEBIT CARD PURCHASE, AUT 120217 VISA DDA PUR<br>PONGAL INC            NEW YORK      * NY<br>4085404018169155 | 90.00 |
| 12/04 | DEBIT CARD PURCHASE, AUT 120117 VISA DDA PUR<br>KALUSTYAN S           NEW YORK      * NY<br>4085404018169155 | 73.74 |
| 12/04 | DEBIT CARD PAYMENT, AUT 120117 VISA DDA PUR<br>LINKEDIN 3519364344 LNKD    855 6535653   * CA<br>4085404018169155 | 65.31 |
| 12/04 | DEBIT CARD PURCHASE, AUT 120117 VISA DDA PUR<br>SARAVANAA BHAVAN        NEW YORK      * NY<br>4085404018169155 | 54.44 |
| 12/04 | DEBIT CARD PURCHASE, AUT 120317 VISA DDA PUR<br>NYCTAXI4Y38          LONG ISLAND  * NY<br>4085404018169155 | 53.80 |
| 12/04 | DEBIT CARD PURCHASE, AUT 120217 VISA DDA PUR<br>YLP  SHOP YELP COM       SHOP YELP COM * CA<br>4085404018169155 | 18.40 |
| 12/04 | DEBIT CARD PURCHASE, AUT 120317 VISA DDA PUR<br>DD BR  338712 Q35       NEW YORK      * NY<br>4085404018169155 | 10.50 |
| 12/05 | DEBIT CARD PURCHASE, AUT 120317 VISA DDA PUR<br>TAXI SVC ELMONT        ELMONT      * NY<br>4085404018169155 | 58.57 |
| 12/05 | DEBIT CARD PURCHASE, AUT 120317 VISA DDA PUR<br>AMC KIPS BAY 15  2195    NEW YORK      * NY<br>4085404018169155 | 30.98 |
| 12/05 | DEBIT CARD PURCHASE, AUT 120417 VISA DDA PUR<br>LE PAIN QUOTIDIEN       NEW YORK      * NY<br>4085404018169155 | 22.76 |
| 12/05 | DEBIT CARD PURCHASE, AUT 120417 VISA DDA PUR<br>NYCTAXI3P33          WOODSIDE    * NY<br>4085404018169155 | 22.30 |
| 12/05 | DEBIT CARD PURCHASE, AUT 120317 VISA DDA PUR<br>AMC KIPS BAY 15  2195    NEW YORK      * NY<br>4085404018169155 | 14.56 |
| 12/05 | DEBIT CARD PURCHASE, AUT 120317 VISA DDA PUR<br>JFK DD ARRIVALS        JAMAICA      * NY<br>4085404018169155 | 14.22 |



America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

LONGFIN CORP
OPERATING ACCOUNT

Page:                          4 of 9
Statement Period:    Dec 01 2017-Dec 31 2017
Cust Ref #:                 4338812658-414-E-###
Primary Account #:

---

**DAILY ACCOUNT ACTIVITY**

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/05 | DEBIT CARD PURCHASE, AUT 120417 VISA DDA PUR<br>DUNKIN  353234 Q35       NEW YORK      * NY<br>4085404018169155 | 10.19 |
| 12/06 | DEBIT CARD PURCHASE, AUT 120417 VISA DDA PUR<br>PRET A MANGER 001       NEW YORK      * NY<br>4085404018169155 | 55.89 |
| 12/06 | DEBIT CARD PURCHASE, AUT 120417 VISA DDA PUR<br>TAXI SVC LONG ISLAND C    QUEENS VILLAG * NY<br>4085404018169155 | 22.31 |
| 12/06 | DEBIT CARD PURCHASE, AUT 120517 VISA DDA PUR<br>NYC FERRY WALL ST PIER 1   NEW YORK      * NY<br>4085404018169155 | 5.50 |
| 12/07 | DEBIT CARD PURCHASE, AUT 120517 VISA DDA PUR<br>GAONNURI                NEW YORK      * NY<br>4085404018169155 | 225.98 |
| 12/07 | DEBIT CARD PURCHASE, AUT 120617 VISA DDA PUR<br>CHINA CHALET            NEW YORK      * NY<br>4085404018169155 | 80.00 |
| 12/07 | DEBIT CARD PURCHASE, AUT 120617 VISA DDA PUR<br>VIEW 34 VALET           NEW YORK      * NY<br>4085404018169155 | 32.45 |
| 12/07 | DEBIT CARD PURCHASE, AUT 120617 VISA DDA PUR<br>NYCTAXI6V43             BROOKLYN      * NY<br>4085404018169155 | 16.30 |
| 12/07 | DEBIT CARD PURCHASE, AUT 120517 VISA DDA PUR<br>TAXI SVC BROOKLYN        BROOKLYN      * NY<br>4085404018169155 | 14.80 |
| 12/07 | DEBIT POS, AUT 120617 DDA PURCHASE<br>CVS PHARM 08968  222 E     NEW YORK      * NY<br>4085404018169155 | 13.17 |
| 12/07 | DEBIT CARD PURCHASE, AUT 120617 VISA DDA PUR<br>BOMBAY S                NEW YORK      * NY<br>4085404018169155 | 11.16 |
| 12/08 | DEBIT CARD PURCHASE, AUT 120617 VISA DDA PUR<br>ALI BABA TURKISH CUISINE   NEW YORK      * NY<br>4085404018169155 | 265.75 |
| 12/08 | DEBIT CARD PURCHASE, AUT 120717 VISA DDA PUR<br>UBER   TRIP 3PDC4        HELP UBER COM * CA<br>4085404018169155 | 27.45 |
| 12/08 | DEBIT CARD PURCHASE, AUT 120617 VISA DDA PUR<br>NYC FERRY MOBILE       415 438 8311 * NY<br>4085404018169155 | 5.50 |
| 12/08 | DEBIT CARD PURCHASE, AUT 120717 VISA DDA PUR<br>NYC FERRY MOBILE       415 438 8311 * NY<br>4085404018169155 | 5.50 |
| 12/11 | ACH SETTLEMENT, LONGFINOP1 ACH TRANS -SETT-ETREASURY | 100,000.00 |

---

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

LONGFIN CORP
OPERATING ACCOUNT

| | |
|---|---|
| Page: | 5 of 9 |
| Statement Period: | Dec 01 2017-Dec 31 2017 |
| Cust Ref #: | 4338812658-414-E-### |
| Primary Account #: | ▮▮▮▮▮▮▮ |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/11 | ACH SETTLEMENT, LONGFINOP1 ACH TRANS -SETT-ETREASURY | 22,500.00 |
| 12/11 | DEBIT CARD PURCHASE, AUT 120717 VISA DDA PUR<br>HUNAN HOUSE          NEW YORK     * NY<br>4085404018169155 | 806.11 |
| 12/11 | DEBIT CARD PURCHASE, AUT 120817 VISA DDA PUR<br>D AGOSTINO STORE       NEW YORK     * NY<br>4085404018169155 | 186.89 |
| 12/11 | DEBIT CARD PURCHASE, AUT 120717 VISA DDA PUR<br>JOSEPHS             NEW YORK     * NY<br>4085404018169155 | 118.11 |
| 12/11 | DEBIT CARD PURCHASE, AUT 121017 VISA DDA PUR<br>UBER  TRIP QWRYW       HELP UBER COM * CA<br>4085404018169155 | 87.08 |
| 12/11 | DEBIT CARD PURCHASE, AUT 120917 VISA DDA PUR<br>UBER  TRIP RWMZC       HELP UBER COM * CA<br>4085404018169155 | 86.66 |
| 12/11 | DEBIT CARD PURCHASE, AUT 120717 VISA DDA PUR<br>MILK BAR MIDTOWN      NEW YORK     * NY<br>4085404018169155 | 55.45 |
| 12/11 | DEBIT CARD PURCHASE, AUT 120717 VISA DDA PUR<br>NYCTAXI7V45          BRONX      * NY<br>4085404018169155 | 22.30 |
| 12/11 | DEBIT CARD PURCHASE, AUT 120717 VISA DDA PUR<br>TAXI SVC WOODSIDE      WOODSIDE    * NY<br>4085404018169155 | 15.80 |
| 12/11 | DEBIT CARD PURCHASE, AUT 120717 VISA DDA PUR<br>MILK BAR MIDTOWN      NEW YORK     * NY<br>4085404018169155 | 5.44 |
| 12/11 | DEBIT CARD PURCHASE, AUT 120917 VISA DDA PUR<br>UBER  TRIP Y44HY       HELP UBER COM * CA<br>4085404018169155 | 4.98 |
| 12/11 | DEBIT CARD PURCHASE, AUT 120917 VISA DDA PUR<br>UBER  TRIP Y4PVO       HELP UBER COM * CA<br>4085404018169155 | 4.88 |
| 12/11 | DEBIT CARD PURCHASE, AUT 120917 VISA DDA PUR<br>UBER  TRIP SG3D5       800 592 8996 * CA<br>4085404018169155 | 1.71 |
| 12/13 | DEBIT CARD PURCHASE, AUT 121217 VISA DDA PUR<br>PERSHING SQUARE       NEW YORK     * NY<br>4085404018169155 | 81.31 |
| 12/14 | DEBIT CARD PURCHASE, AUT 121417 VISA DDA PUR<br>UBER  TRIP HJU4B       800 592 8996 * CA<br>4085404018169155 | 31.66 |
| 12/14 | DEBIT CARD PURCHASE, AUT 121317 VISA DDA PUR<br>UBER  TRIP 53QCP       800 592 8996 * CA<br>4085404018169155 | 30.15 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

LONGFIN CORP
OPERATING ACCOUNT

| | |
|---|---|
| Page: | 6 of 9 |
| Statement Period: | Dec 01 2017-Dec 31 2017 |
| Cust Ref #: | 4338812658-414-E-### |
| Primary Account #: | |

---

**DAILY ACCOUNT ACTIVITY**

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/14 | DEBIT CARD PURCHASE, AUT 121317 VISA DDA PUR<br>UBER  TRIP GDHEE     HELP UBER COM * CA<br>4085404018169155 | 26.76 |
| 12/14 | DEBIT CARD PURCHASE, AUT 121317 VISA DDA PUR<br>UBER  TRIP 3L45B      HELP UBER COM * CA<br>4085404018169155 | 16.20 |
| 12/14 | DEBIT CARD PURCHASE, AUT 121317 VISA DDA PUR<br>UBER  TRIP KY5JP      HELP UBER COM * CA<br>4085404018169155 | 15.10 |
| 12/14 | DEBIT CARD PURCHASE, AUT 121317 VISA DDA PUR<br>UBER  TRIP U2B4X      HELP UBER COM * CA<br>4085404018169155 | 14.18 |
| 12/14 | DEBIT CARD PURCHASE, AUT 121317 VISA DDA PUR<br>ORENS DAILY ROAST 12     NEW YORK    * NY<br>4085404018169155 | 12.52 |
| 12/15 | TD ATM DEBIT, AUT 121517 DDA WITHDRAW<br>576 SECOND AVENUE       NEW YORK    * NY<br>4085404018169155 | 500.00 |
| 12/15 | DEBIT CARD PURCHASE, AUT 121317 VISA DDA PUR<br>MILK BAR MIDTOWN       NEW YORK    * NY<br>4085404018169155 | 53.96 |
| 12/15 | DEBIT CARD PURCHASE, AUT 121417 VISA DDA PUR<br>UBER  TRIP KFFFK      800 592 8996  * CA<br>4085404018169155 | 29.01 |
| 12/15 | DEBIT CARD PURCHASE, AUT 121417 VISA DDA PUR<br>UBER  TRIP SAEN6      HELP UBER COM * CA<br>4085404018169155 | 21.18 |
| 12/15 | DEBIT CARD PURCHASE, AUT 121417 VISA DDA PUR<br>UBER  TRIP R25SU      800 592 8996  * CA<br>4085404018169155 | 20.45 |
| 12/18 | DEBIT CARD PURCHASE, AUT 121517 VISA DDA PUR<br>PERSHING SQUARE        NEW YORK    * NY<br>4085404018169155 | 123.33 |
| 12/18 | DEBIT CARD PURCHASE, AUT 121717 VISA DDA PUR<br>UBER  TRIP JIPGP      HELP UBER COM * CA<br>4085404018169155 | 76.32 |
| 12/18 | DEBIT CARD PURCHASE, AUT 121517 VISA DDA PUR<br>UBER  EATS UCSSD      HELP UBER COM * CA<br>4085404018169155 | 68.10 |
| 12/18 | DEBIT CARD PURCHASE, AUT 121417 VISA DDA PUR<br>TAXI SVC 41 25 36TH ST    LONG IS CITY  * NY<br>4085404018169155 | 30.31 |
| 12/18 | DEBIT CARD PURCHASE, AUT 121717 VISA DDA PUR<br>UBER  EATS 3ZDOO      800 592 8996  * CA<br>4085404018169155 | 26.77 |



America's Most Convenient Bank®

STATEMENT OF ACCOUNT

LONGFIN CORP
OPERATING ACCOUNT

Page:                              7 of 9
Statement Period:   Dec 01 2017-Dec 31 2017
Cust Ref #:                 4338812658-414-E-###
Primary Account #:   �letest

---

**DAILY ACCOUNT ACTIVITY**

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/18 | DEBIT CARD PURCHASE, AUT 121517 VISA DDA PUR<br>UBER   TRIP GOVY7        800 592 8996  * CA<br>4085404018169155 | 16.71 |
| 12/18 | DEBIT CARD PURCHASE, AUT 121617 VISA DDA PUR<br>UBER   EATS PF67T        HELP UBER COM * CA<br>4085404018169155 | 13.70 |
| 12/18 | DEBIT CARD PURCHASE, AUT 121517 VISA DDA PUR<br>UBER   TRIP YO7ZH        HELP UBER COM * CA<br>4085404018169155 | 13.32 |
| 12/18 | DEBIT CARD PURCHASE, AUT 121517 VISA DDA PUR<br>UBER   TRIP AO3JB        HELP UBER COM * CA<br>4085404018169155 | 10.15 |
| 12/18 | DEBIT CARD PURCHASE, AUT 121517 VISA DDA PUR<br>UBER   TRIP BC5FC        HELP UBER COM * CA<br>4085404018169155 | 6.32 |
| 12/19 | DEBIT CARD PURCHASE, AUT 121817 VISA DDA PUR<br>UBER   TRIP GVKEA        HELP UBER COM * CA<br>4085404018169155 | 13.56 |
| 12/20 | DEBIT CARD PURCHASE, AUT 121917 VISA DDA PUR<br>UBER   TRIP 7F6XK        HELP UBER COM * CA<br>4085404018169155 | 62.90 |
| 12/20 | DEBIT CARD PURCHASE, AUT 121917 VISA DDA PUR<br>UBER   EATS CWYCF        HELP UBER COM * CA<br>4085404018169155 | 28.92 |
| 12/20 | DEBIT CARD PURCHASE, AUT 121917 VISA DDA PUR<br>UBER   TRIP QBBBF        HELP UBER COM * CA<br>4085404018169155 | 9.84 |
| 12/22 | ACH SETTLEMENT, LONGFINOP1 ACH TRANS -SETT-ETREASURY | 20,000.00 |
| 12/22 | DEBIT CARD PURCHASE, AUT 122117 VISA DDA PUR<br>UBER   TRIP WNDV3        HELP UBER COM * CA<br>4085404018169155 | 10.73 |
| 12/26 | DEBIT CARD PURCHASE, AUT 122217 VISA DDA PUR<br>UBER   TRIP M6O7G        800 592 8996  * CA<br>4085404018169155 | 14.93 |
| 12/26 | DEBIT CARD PURCHASE, AUT 122117 VISA DDA PUR<br>NYCTAXI5M41              LONG ISLAND C * NY<br>4085404018169155 | 12.30 |

---

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

LONGFIN CORP
OPERATING ACCOUNT

STATEMENT OF ACCOUNT

| | |
|---|---|
| Page: | 8 of 9 |
| Statement Period: | Dec 01 2017-Dec 31 2017 |
| Cust Ref #: | 4338812658-414-E-### |
| Primary Account #: | ████████ |

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/26 | DEBIT CARD PURCHASE, AUT 122217 VISA DDA PUR<br>UBER   TRIP QN5BP       800 592 8996  * CA<br>4085404018169155 | 12.14 |
| 12/26 | DEBIT CARD PURCHASE, AUT 122117 VISA DDA PUR<br>NYC FERRY MOBILE       415 438 8311  * NY<br>4085404018169155 | 2.75 |
| 12/26 | DEBIT CARD PURCHASE, AUT 122117 VISA DDA PUR<br>NYC FERRY MOBILE       415 438 8311  * NY<br>4085404018169155 | 2.75 |
| | Subtotal: | 147,272.29 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/05 | WIRE TRANSFER OUTGOING, LONGFIN TRADEX PTE LTD | 44,500.00 |
| 12/11 | WIRE TRANSFER OUTGOING, LONGFIN TRADEX PTE LTD | 560,000.00 |
| 12/11 | WIRE TRANSFER OUTGOING, SMARTAHEAD SOLUTIONS LIMITED | 500,000.00 |
| 12/11 | WIRE TRANSFER OUTGOING, LONGFIN CORP | 100,000.00 |
| 12/11 | DEBIT | 100,000.00 |
| 12/13 | WIRE TRANSFER OUTGOING, STAMPEDE ENTERPRISES INDIA PRIVATE | 1,013,000.00 |
| 12/15 | SERVICE CHARGE, ANALYSIS FEES | 166.13 |
| 12/18 | WIRE TRANSFER OUTGOING, Adamson Brothers Corp | 150,000.00 |
| 12/18 | WIRE TRANSFER OUTGOING, Dragon gate | 18,500.00 |
| 12/20 | WIRE TRANSFER OUTGOING, LONGFIN CORP | 50,000.00 |
| 12/20 | WIRE TRANSFER OUTGOING, Kelley Drye & Warren LLP | 25,000.00 |
| 12/21 | WIRE TRANSFER OUTGOING, LONGFIN CORP | 25,000.00 |
| 12/21 | WIRE TRANSFER OUTGOING, Robert. J. Giordano | 20,000.00 |
| 12/26 | WIRE TRANSFER OUTGOING, BUYINS.COM, Inc | 20,000.00 |
| | Subtotal: | 2,626,166.13 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 47,700.76 | 12/14 | 755,797.12 |
| 12/01 | 47,555.03 | 12/15 | 755,008.39 |
| 12/04 | 90,752.55 | 12/18 | 586,128.77 |
| 12/05 | 46,078.97 | 12/19 | 586,115.21 |
| 12/06 | 45,995.27 | 12/20 | 511,013.55 |
| 12/07 | 45,601.41 | 12/21 | 466,013.55 |
| 12/08 | 2,952,920.41 | 12/22 | 446,021.78 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**America's Most Convenient Bank®**

LONGFIN CORP
OPERATING ACCOUNT

STATEMENT OF ACCOUNT

| | |
|---|---|
| Page: | 9 of 9 |
| Statement Period: | Dec 01 2017-Dec 31 2017 |
| Cust Ref #: | 4338812658-414-E-### |
| Primary Account #: | ▐▐▐▐▐▐▐ |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/11 | 1,569,025.00 | 12/26 | 425,976.91 |
| 12/12 | 1,769,025.00 | 12/28 | 1,698,616.91 |
| 12/13 | 755,943.69 | | |

# EXHIBIT P



# U.S. Securies and Ex  change Commission
## Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$3,243,613.00** |
| 01/01/2018-03/31/2018 | 4.00% | 0.99% | $31,991.80 | $3,275,604.80 |
| 04/01/2018-06/30/2018 | 5.00% | 1.25% | $40,832.88 | $3,316,437.68 |
| 07/01/2018-09/30/2018 | 5.00% | 1.26% | $41,796.20 | $3,358,233.88 |
| 10/01/2018-12/31/2018 | 5.00% | 1.26% | $42,322.95 | $3,400,556.83 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $50,309.61 | $3,450,866.44 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $51,621.18 | $3,502,487.62 |
| 07/01/2019-08/31/2019 | 5.00% | 0.85% | $29,747.16 | $3,532,234.78 |

| Prejudgment Violation Range | Quarter Interest Total | Prejudgment Total |
|---|---|---|
| **01/01/2018-08/31/2019** | **$288,621.78** | **$3,532,234.78** |

# EXHIBIT Q



# U.S. Securies and Ex change Commission
## Prejudgment Interest Report

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| **Violation Amount** | | | | **$3,243,613.00** |
| 01/01/2018-03/31/2018 | 4.00% | 0.99% | $31,991.80 | $3,275,604.80 |
| 04/01/2018-06/30/2018 | 5.00% | 1.25% | $40,832.88 | $3,316,437.68 |
| 07/01/2018-09/30/2018 | 5.00% | 1.26% | $41,796.20 | $3,358,233.88 |
| 10/01/2018-12/31/2018 | 5.00% | 1.26% | $42,322.95 | $3,400,556.83 |
| 01/01/2019-03/31/2019 | 6.00% | 1.48% | $50,309.61 | $3,450,866.44 |
| 04/01/2019-06/30/2019 | 6.00% | 1.5% | $51,621.18 | $3,502,487.62 |
| 07/01/2019-09/30/2019 | 5.00% | 1.26% | $44,140.94 | $3,546,628.56 |

| Prejudgment Violation Range | Quarter Interest Total | Prejudgment Total |
|---|---|---|
| **01/01/2018-09/30/2019** | **$303,015.56** | **$3,546,628.56** |