UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>vs.<br><br>LONGFIN CORP, *et al.*,<br><br>         Defendants. | Case No. 1:19-cv-05296-DLC |

**DECLARATION OF SERVICE**

I, Stephan J. Schlegelmilch, pursuant to 28 U.S.C. § 1746, do hereby declare as follows:

1. I am an attorney licensed to practice law in the State of Ohio and the District of Columbia, and I am admitted to appear before this Court. I am a Supervisory Trial Counsel with the Securities and Exchange Commission ("SEC") and an attorney of record in this case.

2. I submit this declaration in order to comply with the Court's August 22, 2019 Notice of Initial Pretrial Conference (ECF No. 27) and the Court's September 10, 2019 Order (ECF No. 31).

3. I make this declaration based upon personal knowledge, except where otherwise indicated, and, if called as a witness, I could and would testify thereto.

3. On September 9, 2019, I e-mailed copies of the Notice of Initial Pretrial Conference (ECF No. 27) and the Court's Individual Practices to counsel for Defendant Meenavalli. By e-mail later that same day, counsel confirmed his receipt.

4. On September 11, 2019, I sent to Defendant Longfin Corp. copies of (a) the Court's Order (ECF No. 31) and (b) the SEC's Motion for Default Judgment and supporting memorandum (ECF Nos. 28 and 29) by certified overnight mail.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 11, 2019                                  Respectfully submitted,


                                                           _/s/ Stephan J. Schlegelmilch_____
                                                           SECURITIES AND EXCHANGE COMMISSION
                                                           100 F Street, N.E.
                                                           Washington, DC 20549
                                                           (202) 551-4935 (Schlegelmilch)
                                                           SchlegelmilchS@SEC.gov

                                                           *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2019, I filed a copy of the foregoing using this Court's CM/ECF system and thereby caused a copy of the document to be served electronically on all parties of record.

                                                           _/s/ Stephan J. Schlegelmilch_____
                                                           *Counsel for Plaintiff*