

**SECURITIES AND EXCHANGE COMMISSION**
**DIVISION OF ENFORCEMENT**
100 F Street, N.E.
WASHINGTON, DC 20549

**Stephan J. Schlegelmilch**
**Supervisory Trial Counsel**
**Trial Unit, Mail Stop 5977**
**(202) 551-4935 (t)**
**(202) 772-9292 (f)**
**SchlegelmilchS@SEC.gov**

September 19, 2019

**By ECF**

Honorable Denise L. Cote
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: **Letter Motion for Continuance of September 27, 2019 Initial Pretrial Conference in *SEC v. Longfin Corp., et al.*, Case No. 1:19-cv-5296**

Dear Judge Cote:

I am writing on behalf of the U.S. Securities and Exchange Commission and counsel for Defendant Venkata S. Meenavalli to request a continuance of the Initial Pretrial Conference, which is presently scheduled for September 27, 2019. This is the first request for an extension of this conference.

In support of this request, the parties report that they are presently engaged in active and productive settlement negotiations, and, pursuant to this court's order, Mr. Meenavalli's answer is not due until October 14, 2019. Counsel have discussed their availability for a rescheduled conference, and counsel for both parties are available on November 1 and November 8. If the court schedules the hearing for the earlier of these two dates, Robert Cleary is not available, but his partner, Seetha Ramachandran, can appear for Mr. Meenavalli with the Court's permission. If the Court schedules the hearing for the latter date, Robert Cleary will appear. The parties submit that this brief continuance will permit the parties to conclude their settlement discussions and, if necessary, allow time for Mr. Meenavalli to submit his answer or other response to the Commission's complaint prior to meeting with the Court.

Accordingly, the parties respectfully request that Your Honor postpone the Initial Pretrial Conference until either November 1, 2019 or November 8, 2019.

Respectfully submitted,

/s/ Stephan J. Schlegelmilch

Stephan J. Schlegelmilch

cc: All Counsel of Record (by ECF)