UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
SECURITIES AND EXCHANGE COMMISSION,   :
                                      :        19cv5296(DLC)
                          Plaintiff,  :
                                      :           ORDER
              -v-                     :
                                      :
LONGFIN CORP. and VENKATA S. MEENAVALI,:
                                      :
                          Defendants. :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

    On September 26, 2019, a final judgment was entered against

defendant Longfin Corp.  On January 3, 2020, a final judgment

was entered against defendant Venkata S. Meenavalli.  It is

hereby

    ORDERED that the Clerk of Court is directed to close the

case.


Dated:    New York, New York
          April 7, 2020

                              _____
                                         DENISE COTE
                              United States District Judge