UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                    Plaintiff,<br><br>            v.<br><br>LONGFIN CORP., et al.<br><br>                                    Defendants. | Case No.: 19-cv-5296-DLC |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Catherine E. Pappas hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for plaintiff, the United States Securities and Exchange Commission, in the above-captioned action.

I am in good standing of the bars of the Commonwealth of Pennsylvania and the State of New Jersey and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated:  July 13, 2020                                    Respectfully submitted,

                                                                    s/ Catherine E. Pappas
                                                                    Catherine E. Pappas (PA Bar #56544)
                                                                    U.S. Securities and Exchange Commission
                                                                    One Penn Center
                                                                    1617 John F. Kennedy Blvd., Office 6113
                                                                    Philadelphia, PA 19103-1844
                                                                    Phone: (215) 597-0657
                                                                    Fax: (215) 597-2740
                                                                    Email: PappasC@sec.gov

## **CERTIFICATE OF SERVICE**

I, Catherine E. Pappas, hereby certify that, on July 13, 2020, I caused the foregoing motion and accompanying documents to be electronically filed with the clerk of the court for the U.S. District Court of Southern District of New York, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

In addition, I will send the foregoing filing by UPS to (*i*) Legalinc Corporate Services, Inc., 2035 Sunset Lake Road, Suite B-2, Newark, DE 19702 (Longfin's registered agent); and (*ii*) McManimon, Scotland & Baumann, LLC, 75 Livingston Avenue, Suite 201, Roseland, NJ 07068, Attn: Michele M. Dudas (Longfin's Assignee for the Benefit of Creditors in Monmouth County, New Jersey).

s/Catherine E. Pappas
Catherine E. Pappas
