UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br>                    Plaintiff,<br><br>            v.<br><br>**LONGFIN CORP., and**<br>**VENKATA S. MEENAVALLI,**<br>                    Defendants. | Case No.: 19-cv-5296-DLC |

### AFFIDAVIT OF CATHERINE E. PAPPAS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Catherine E. Pappas, being sworn, hereby deposes and says as follows:

1. I am an attorney employed by the U.S. Securities and Exchange Commission;

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter;

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of New Jersey and the Commonwealth of Pennsylvania;

4. I have never been convicted of a felony;

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court, and

6. There are no disciplinary proceedings presently against me.

Wherefore, the affiant respectfully submits that she be permitted to appear as counsel and advocate *pro hac vice* in the captioned case for the Plaintiff, the U.S. Securities and Exchange Commission.

Dated: July 13, 2020

Respectfully submitted,

s/Catherine E. Pappas
Catherine E. Pappas (PA Bar #56544)
U.S. Securities and Exchange Commission
One Penn Center
1617 John F. Kennedy Blvd., Office 6113
Philadelphia, PA 19103-1844
Phone: (215) 597-0657
Fax: (215) 597-2740
Email: PappasC@sec.gov



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Catherine Eleni Pappas, Esq.*

#### DATE OF ADMISSION

**November 22, 1989**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: January 10, 2020

Patricia A. Johnson
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **CATHERINE E PAPPAS** (No. **036431989**) was constituted and appointed an Attorney at Law of New Jersey on **February 01, 1990** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **10TH** day of **January**, 20**20**.

Clerk of the Supreme Court

-453a-