UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                          **Plaintiff,**<br><br>                v.<br><br>**LONGFIN CORP., et al.**<br><br>                                      **Defendants.** | Case No.:  19-cv-5296-DLC<br><br>Order for Admission *Pro Hac Vice* |

The Motion of Catherine E. Pappas, for admission for practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that she is in good standing of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey; and that her contact information is as follows:

    Catherine E. Pappas
    U.S. Securities and Exchange Commission
    1617 John F. Kennedy Blvd.
    Philadelphia, PA 19103-1844
    Phone: (215) 597-0657
    Fax: (215) 597-2740

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for plaintiff, the United States Securities and Exchange Commission, in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2020

                                                              _____
                                                              Denise Cote
                                                              United States District Judge