USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9-21-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

LONGFIN CORP. and
VENKATA S. MEENAVALLI,

Defendants.

Case No.: 19-cv-5296-DLC

(Proposed) ORDER ESTABLISHING A FAIR FUND AND AUTHORIZING DISTRIBUTION OF COLLECTED FUNDS THROUGH A RELATED ACTION

---

The Court having reviewed the motion of the plaintiff, the Securities and Exchange Commission's (the "SEC"), for an Order establishing a Fair Fund pursuant to Section 308(a) of the Sarbanes-Oxley Act of 2002, and combining the approximately $300,000 collected from the defendants in this action, plus any accrued interest and future collections, with the Fair Fund established in the related action before this Court, *SEC v. Longfin, et al.*, 18-cv-2977-DLC (the "Related Action"), for distribution to harmed investors pursuant to the distribution plan approved by the Court in that action[1] (the "Motion"),

**AND** the steps set forth in the Order to Show Cause (ECF No. 55) relating to investor notice of the Motion having been completed;

**AND**, pursuant to the Order to Show Cause, the SEC having filed a Notice informing the Court that no objections to the Motion have been submitted as of the date of that Notice, and that the memorandum accompanying the Motion and the Order to Show Cause have been published in accordance with Section I of that Order;

---

[1] *SEC v. Longfin, et al.*, 18-cv-2977-DLC (ECF No. 134) (the "Related Action Plan").

- 2 -

**AND** having considered all arguments presented and for good cause shown;

**IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED**;

2. A Fair Fund is established pursuant to Section 308(a) of the Sarbanes-Oxley Act of 2002 for all funds under the Court's jurisdiction in the captioned matter, including any accrued interest and any future collections; and

3. The SEC is ordered to combine all amounts currently held, or collected in the future, under the caption of this case, with the Fair Fund established in the Related Action, for distribution in accordance with the Related Action Plan.

Dated: September 17, 2020

By: _____
DENISE L. COTE
U.S. District Court Judge